IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Patricia A. Coan

| | |
|---|---|
| **Civil Action No.**   05-cv-00637-REB-PAC | **FTR - PAC COURTROOM A-501** |
| **Date:**  June 23, 2005 | Geneva D. Mattei, Deputy Clerk |
| UNITED STATED OF AMERICA, | James Russell |
| Plaintiff, | |
| v. | |
| LEAH ANDERSON | Richard Cashette |
| and WAYNE MAJORS, | Steven Janiszewski |
| Defendants. | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**Court in Session:**    9:05 a.m.

Court calls case.  Appearances of counsel.

[ X ]    Scheduling Order signed and entered with interlineations.

The proposed Scheduling Order is reviewed.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:

Deadline for Joinder of Parties:    **July 1, 2005**

Deadline to Amend Pleadings:    **July 1, 2005**

Discovery Limitations:    Plaintiff has 50 Interrogatories and Anderson and Majors have 35 interrogatories together and Mr. Mills has 35 interrogatories. Plaintiff has 50 requests for production, Anderson and Majors together have 35 requests for production of documents and 35 requests for production for Miles.

**Civil Action No.**     05-cv-00637-REB-PAC
**Date**                 June 20, 2005

**SETTLEMENT CONFERENCE** set for: **September 7, 2005 at 3:00 p.m.**

Updated confidential settlement statements are due to Magistrate Judge Coan by **September 1, 2005**.  Parties, attorneys and client representatives with full settlement authority must be present.

**STATUS CONFERENCE** set for **August 25, 2005 at 9:30 a.m.** in Courtroom A-501.

**FINAL PRETRIAL CONFERENCE** set for:   **March 31, 2006 at 10:30 a.m.** in Courtroom A-501.

**ORDERED:   Deposition Schedule Supplement to Scheduling Order to be filed by August 15, 2005.**

Court advises counsel regarding electronic filing.

Court in Recess:      9:34 a.m.  Hearing Concluded

Total In-Court Time:    29 minutes