IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 - cv - 637 - RB - PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

## MOTION FOR LEAVE TO FILE AMENDED ANSWER

    Wayne Majors and Leah Anderson ("Defendants"), through their attorneys Richard B. Caschette and Justin G. Blankenship of the law firm Starrs Mihm & Caschette LLP, pursuant to Fed. R. Civ. P. 15(a), submit the following Motion for Leave to File Amended Answer, asserting additional defenses against the Plaintiff.  As grounds, Defendants Wayne Majors and Leah Anderson state as follows:

    1.    This is an interpleader action filed by the United States pursuant to 28 U.S.C. § 1335.

    2.    The Interpleader Complaint was filed on April 5, 2005.  Defendants Wayne Majors and Leah Anderson filed their Answer on May 2, 2005.  According to the Scheduling Order entered by the Court on June 23, 2005, the deadline for amending the pleadings is July 1, 2005.

    3.    Based upon newly acquired information, Defendants Wayne Majors and Leah Anderson move to amend their previously filed Answer to include additional defenses against the

government Plaintiff.  A copy of said Amended Answer is filed contemporaneously with this motion.

4.	Pursuant to D.C. COLO L. Civ. R. 7.1, the undersigned has made reasonable, good faith efforts to confer with the Plaintiff regarding the filing of this motion. The Plaintiff has no objection to the granting of Defendants' Motion to Amend, however, the Plaintiff reserves the right to file an appropriate pleading in response.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Amend the Answer and for such further relief as the Court deems proper under the circumstances.

Respectfully submitted June 29, 2005.

/s/ Richard B. Caschette

Richard B. Caschette
Justin G. Blankenship
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, CO 80202
Phone:  (303) 592-5900
Fax:  (303) 592-5910
*Attorneys for Defendants Leah Anderson and Wayne Majors*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James S. Russell
Assistant United States Attorney
US Department of Justice
1225 17th Street, Suite 700
Denver, Colorado 80202
James.Russell2@usdoj.gov

Steven Janiszewski, Esq.
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, Inc.
7979 E. Tufts Avenue Parkway, Ste 1300
Denver, Colorado 80237
sjaniszewski@riggsabney.com


    /s/   Justin G. Blankenship