IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 - cv - 637 - RB - PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

**ORDER GRANTING MOTION FOR LEAVE TO AMEND ANSWER**

ORDER ENTERED BY
Dated: June 29, 2005

    Defendants Wayne Majors and Leah Anderson's Motion for Leave to Amend their Answer [filed June 29, 2005], is hereby GRANTED and Defendants' Amended Answer is RECEIVED FOR FILING.

    BY THE COURT:

    _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05 - cv - 637 - RB - PAC

Certificate of Service

The undersigned certifies that a copy of the foregoing was delivered on this day of June 29, 2005, by:

{ }     delivery to:

{ }     e-mail to:

Richard B. Caschette
Justin G. Blankenship
Starrs Mihm & Caschette LLP
1675 Broadway, Suite 1800
Denver, CO 80202
rcaschette@starrslaw.com
jblankenship@starrslaw.com

James S. Russell
Assistant United States Attorney
US Department of Justice
1225 17th Street, Suite 700
Denver, Colorado 80202
James.Russell2@usdoj.gov

Steven Janiszewski
Riggs, Abney, Neal, Turpen, Orbison & Lewis, Inc.
7979 E. Tufts Avenue Parkway, Ste. 1300
Denver, Colorado 80237
sjaniszewski@riggsabney.com

{ }     facsimile to:

{ }     depositing same in the United States mail postage prepaid, addressed to:

GREGORY C. LANGHAM Clerk

_____
_____ Clerk for