IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 - cv - 637 - RB - PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

## AMENDED ANSWER

Wayne Majors and Leah Anderson ("Defendants"), through their attorneys Richard B. Caschette and Justin G. Blankenship of the law firm Starrs Mihm & Caschette LLP, file this Amended Answer to Plaintiff's Complaint as follows:

### JURISDICTION AND VENUE

1. Defendants admit that this is an interpleader action and that jurisdiction is proper in the United States District Court pursuant to 28 U.S.C. § 1345.

2. Defendants admit that venue is proper pursuant to 28 U.S.C. § 1391(b).

### FUNDS IN DISPUTE

3. Defendants admit the allegations of paragraphs 4, 9, 11, and 13.

4. Defendants admit only that Leah Anderson, Wesley Metzger, and Wayne Majors all live in Douglas County, and that they called the Douglas County Sheriff's Office to report that a large sum of money in the range of $400,000 had been stolen. Upon further investigation, Defendants discovered that the actual sum of missing money was significantly greater than

originally believed.  Defendants lack sufficient information to admit or deny the remaining allegations of paragraph 5 and therefore deny the same.

5.  Defendants deny Jerry Mills account of how the money came into his possession.  Defendants lack sufficient knowledge to admit or deny the remaining allegations of paragraph 6 and therefore deny the same.

6.  Defendants admit that the money is now in the possession of the Internal Revenue Service Criminal Investigation Division.  Defendants lack sufficient knowledge to admit or deny the remaining allegations of paragraph 7 and therefore deny the same.

7.  Defendants deny that Jerry Mills had been sent to Las Vegas at their behest or that he was ever directed to take possession of the funds in question.  Defendants lack sufficient knowledge to admit or deny the remaining allegations of paragraph 8 and therefore deny the same.

8.  Defendants admit that the exact amount of money they first reported stolen changed as they continued to investigate how much money was missing from Wesley Metzger's home.  Defendants also admit that they had spoken to Mr. Mills about returning the money directly to them, but deny that they knew how much money Mr. Mills had left after making unknown disbursements to friends and family.  Defendants admit that they had spoken to the Douglas County Sheriff's office about dropping charges against Mr. Mills if he voluntarily returned the money to them.  The Defendants deny the remaining allegations of paragraph 10.

9.  Defendants admit that they have objected through counsel to the return of any funds to Mr. Mills.  Defendants also admit that the exact amount of money reported stolen changed as they made further efforts to determine what was missing.  Defendants deny that the funds are related to any criminal investigation that may take place in the Eastern District of

California.  The Defendants lack sufficient knowledge to admit or deny the remaining allegations of paragraph 12, and therefore deny the same.

10. Defendants deny each and every allegation of the Complaint unless admitted or otherwise addressed above.

## **DEFENSES**

1. Plaintiff has failed to state a claim upon which relief can be granted.  There should be no material dispute as to the rightful owner of the money and, therefore, the funds should be returned to Defendant Leah Anderson.

2. Plaintiff does not have clean hands in the matter in question herein, nor is Plaintiff attempting to be fair or equitable.  Plaintiff should be denied any equitable relief by this Court.

3. Plaintiff's claims are barred in whole or in part by the doctrines of waiver and/or estoppel.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff's Complaint with prejudice and that judgment be entered in favor of Defendant Leah Anderson, in the amount of $534,070, plus interest and costs, with such further relief as the Court deems proper under the circumstances.

Respectfully submitted June 30, 2005.

/s/ Justin G. Blankenship

Richard B. Caschette
Justin G. Blankenship
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, CO 80202
Phone:  (303) 592-5900
Fax:  (303) 592-5910
rcaschette@starrslaw.com
jblankenship@starrslaw.com
*Attorneys for Defendants Leah Anderson and Wayne Majors*