IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

      Defendant(s).

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Defendant Majors' and Anderson's Motion for Leave to File Amended Answer [filed June 29, 2005] is **granted**. The tendered Amended Answer shall be date-stamped and filed this date.

Dated:  June 30, 2005