IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

**UNCONTESTED MOTION TO COMPEL DEPOSIT OF THE INTERPLEADED FUNDS**

    Wayne Majors and Leah Anderson ("Defendants"), through their attorneys Richard B. Caschette and Justin G. Blankenship of the law firm Starrs Mihm & Caschette LLP, file this Motion to Compel Deposit of the Interpleaded Funds, stating in support as follows:

    1.    The United States ("Plaintiff") filed its Complaint for Interpleader and Injunctive Relief ("Complaint") on April 5, 2005 as a disinterested stakeholder. Plaintiff made clear in its Complaint that "no seizure has ever occurred in this case, and the United States does not intend to seek forfeiture of the funds." Complaint, ¶ 13. Furthermore, Plaintiff has already requested that it "be permitted to deposit the currency into the registry of the Court." Complaint, ¶ c.

    2.    Plaintiff has filed a statutory interpleader action pursuant to 28 U.S.C. § 1335. A jurisdictional prerequisite to any interpleader action under § 1335 is that "the plaintiff has deposited such money or property . . . into the registry of the court, there to abide the judgment of the court, or has given bond payable to the clerk of the court in such amount and with such surety

as the court or judge may deem proper, conditioned upon the compliance by the plaintiff with the future order or judgment of the court with respect to the subject matter of the controversy." 28 U.S.C. § 1335(a)(2) (2005).  The requirement that a plaintiff deposit the disputed funds with the Court "is to assure the safety of the disputed property and to facilitate the Court's final judgment." *Network Solutions v. Clue Computing*, 946 F. Supp. 858, 860 (D. Colo. 1996).

3.  Pursuant to D.C. COLO L.Civ.R. 7.1, the undersigned has made reasonable, good faith efforts to confer with the Plaintiff and Co-Defendant Mills regarding the filing of this motion.  Neither party has any objection to this motion.

4.  A proposed order has been submitted with this motion.

WHEREFORE, Defendants Wayne Majors and Leah Anderson respectfully request that this Court grant their Motion to Compel Deposit of the Interpleaded Funds and for such further relief as the Court deems proper under the circumstances.

Respectfully submitted July 7, 2005.

s/
Richard B. Caschette
Justin G. Blankenship
*Attorneys for Defendants Leah Anderson and Wayne Majors*
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, CO 80202
Phone:  (303) 592-5900
Fax:  (303) 592-5910
rcaschette@starrslaw.com
jblankenship@starrslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James S. Russell
Assistant United States Attorney
US Department of Justice
1225 17th Street, Suite 700
Denver, Colorado 80202
James.Russell2@usdoj.gov

Steven Janiszewski, Esq.
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, Inc.
7979 E. Tufts Avenue Parkway, Ste 1300
Denver, Colorado 80237
sjaniszewski@riggsabney.com

        s/
        Richard B. Caschette
        Justin G. Blankenship
        *Attorneys for Defendants Leah Anderson and Wayne Majors*
        STARRS MIHM & CASCHETTE LLP
        1675 Broadway, Suite 1800
        Denver, CO 80202
        Phone: (303) 592-5900
        Fax: (303) 592-5910
        rcaschette@starrslaw.com
        jblankenship@starrslaw.com