IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

### ORDER RE: DEFENDANTS' UNCONTESTED MOTION TO COMPEL DEPOSIT OF THE INTERPLEADED FUNDS

**ORDER ENTERED BY** Patricia A. Coan, Magistrate Judge

    IT IS HEREBY **ORDERED** that Defendants Majors' and Anderson's Motion to Compel Deposit of the Interpleaded Funds [filed July 7, 2005] is **granted**.  The United States is hereby ordered to deposit the interpleaded funds into the registry of the court.  The funds shall be deposited with the financial department of the Clerk of the Court within five business days from the entry of this order.

Dated July 7, 2005.

                                                 BY THE COURT:

                                                 s/Patricia A. Coan
                                                 Patricia A. Coan
                                                 Magistrate Judge