```
nWed Jul 13 13:52:11 2005

    UNITED STATES DISTRICT COURT
    DENVER              , CO

Receipt No.     100 261502
Cashier             stacie

Tender Type  CASH

Transaction Type   C

Case No./Def No. 1:05-CV-000637/   1

DO Code    Div No      Acct
4613         1         604700

Amount              $   2000.00

FROM TED LAIR IRS, 600 17TH ST MS9000 DE
NVER CO 80202

05-CV-637, PER ORDER DATED 07/07/05, SG
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

---

## ORDER RE: DEFENDANTS' UNCONTESTED MOTION TO COMPEL DEPOSIT OF THE INTERPLEADED FUNDS

---

**ORDER ENTERED BY** Patricia A. Coan, Magistrate Judge

IT IS HEREBY **ORDERED** that Defendants Majors' and Anderson's Motion to Compel Deposit of the Interpleaded Funds [filed July 7, 2005] is **granted**. The United States is hereby ordered to deposit the interpleaded funds into the registry of the court. The funds shall be deposited with the financial department of the Clerk of the Court within five business days from the entry of this order.

Dated July 7, 2005.

                                  BY THE COURT:

                                  s/Patricia A. Coan
                                  Patricia A. Coan
                                  Magistrate Judge