IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, AND JERRY MILLS

        Defendant(s).

and

LEAH ANDERSON and WAYNE MAJORS,

        Counterclaim Plaintiffs,

v.

JERRY MILLS,

        Defendant.

---

## UNITED STATES' STATUS REPORT

---

COMES NOW the United States of America, by and through Assistant United States Attorney James S. Russell, and hereby reports to the Court the status of the Interpleaded funds.

1.  The Interpleaded Funds were received by the IRS in late January 2005.  Two thousand dollars ($2000.00) was retained in its original currency form as evidence by the IRS, and, as required, the remainder was deposited by the IRS with the National Finance Center (NFC).

2.  By Order of July 7, 2005, this Court required that the Interpleaded Funds be deposited with the financial department of the Clerk within five (5) days.

3.    The undersigned Assistant United States Attorney was out of the State and District of Colorado July 6, 7, and 8, 2005, and only received the Court's Order when he returned to the office on Monday July 11, 2005, at which time he immediately communicated the substance of the Court's Order to the Internal Revenue Service.

4.    In compliance with the Court's order, on July 13, 2005 the IRS deposited with the Clerk  the $2000.00 it had retained in its possession.  The IRS also directed the NFC to transfer the remainder Interpleaded Funds to the Clerk of the Court.   The NFC attempted to wire transfer the funds to the Clerk of the Court, but the attempted wire transfer was unsuccessful; apparently the necessary computer software between the Clerk and NFC are mutually incompatible and did not allow for the wire transfer; the undersigned Assistant United States Attorney knows that the NFC has had a similar inability to wire transfer funds to the Court in another, unrelated case. Accordingly, the IRS has directed NFC to prepare and mail a check for the remainder of the Interpleaded Funds to the Court by the United States Postal Service.  The NFC has indicated that the process of preparing a physical check manually and mailing it will take six to eight weeks.

5.    The United States Attorney's Office for the District of Colorado is attempting to contact  the NFC directly, to determine if there is a means to correct the wire transfer blockade or to expedite  the manual preparation and mailing of the check.

6.    The undersigned Assistant United States Attorney has communicated this information to counsel for defendants.

Respectfully submitted,

WILLIAM J. LEONE
Acting United States Attorney

s/ James S. Russell
James S. Russell, United States Attorney's Office
1225 17th Street, Suite 700,  Denver, CO.  80202
Telephone: (303) 454-0100, Fax: (303) 454-0402
E-mail: James.Russell2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2005, I electronically file the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following

e-mail addresses:


Richard B. Caschette
Justin G. Blankenship
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, Colorado 80202
rcaschette@starrslaw.com
jblankenship@starrslaw.com


Steven Janiszewski, Esq.
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, Inc.
7979 E. Tufts Avenue Parkway, Ste 1300
Denver, Colorado 80237
sjaniszewski@riggsabney.com