#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-637-REB-PAC

**UNITED STATES OF AMERICA**

    Plaintiff,

v.

**LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER,
and JERRY MILLS,**

    Defendants.

_____

#### DEFENDANT JERRY MILLS' INITIAL INTERROGATORIES AND
#### REQUESTS FOR PRODUCTION OF DOCUMENTS TO WAYNE MAJORS
_____

    **COMES NOW** Defendant Jerry Mills, by and through the law firm of Riggs, Abney, Neal, Turpen, Orbison & Lewis, Steven Janiszewski, and pursuant to F.R.C.P. 33 and 34 submits his initial discovery requests to Leah Anderson.

#### INSTRUCTIONS AND DEFINITIONS

    1. You must answer these interrogatories under oath, within thirty days. Each answer must be as complete and straightforward as the information reasonably available to you permits. If an interrogatory cannot be answered completely, answer it to the extent possible. Whenever an interrogatory may be answered by referring to a document, the document may be attached as an exhibit to the response and referred to in the response. If the document has more than one page, refer to the page and section where the answer to the interrogatory can be found. Whenever an address and telephone number for the same person are requested in more than one interrogatory, you are required to furnish them in answering only the first interrogatory asking for that

information. Your answers to these interrogatories must be verified, dated, signed, and notarized. You may wish to use the following form at the end of your answers: "I declare under penalty of perjury that the foregoing answers are true and correct."

(DATE)_____ (SIGNATURE)_____

2. The words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

(a) **YOU OR ANYONE ACTING ON YOUR BEHALF** includes you, your agents, your employees, your insurance companies, their agents, their employees, your attorneys, your accountants, your investigators, and anyone else acting on your behalf.

(b) **PERSON** includes a natural person, firm, association, organization, partnership, business, trust, corporation, or public entity.

(c) **DOCUMENT** is defined as in F.R.C.P. 34(a), which definition is incorporated by reference. The term shall include, but is not limited to, a writing, a defined in CRE 1001 and includes the original or a copy of handwriting, typewriting, printing, photostating, photographing, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds, or symbols, or combinations of them.  (f) **ADDRESS** means the street address, including the city, state, and zip code.

## INTERROGATORIES

1. State:

    (a)    your name;

    (b)    every name you have used in the past;

    (c)    the dates you used each name.

2. State the date and place of your birth.

2

3. During the time that your wife was allegedly accumulating the cash at issue in this case, did you have a driver's license?    If so, state:

        (a)    the state or other issuing entity;

        (b)    the license number and type;

        (c)    the date of issuance;

        (d)    all restrictions.

4.  During the time that your wife allegedly accumulating the cash at issue, was she acting as an agent or employee for you or for any entity in which you hold an interest?

    If so, state:

        (a)   the name, **ADDRESS**, and telephone number of that entity;

        (b)   a description of your wife's duties.

        (c)   your wife's salary or wage.

5.  State:

        (a)   your present residence **ADDRESS**;

        (b) the rent for that residence;

        (c)   your residence **ADDRESSES** for the last five years;

        (d)   the rent for those residences;

        (c)   the dates you lived at each **ADDRESS**.

6. State:

        (a)   the name, **ADDRESS**, and telephone number of your present employer or place of self-employment;

   (b) the name, **ADDRESS**, dates of employment, job title, and nature of work for each employer or self-employment you have had from five years before your wife started accumulating the cash at issue in this case until today;

   (c) the salary or wage you received at each of these jobs.

7. State:

   (a) the name and **ADDRESS** of each school or other academic or vocational institution you have attended beginning with high school;

   (b) the dates you attended;

   (c) the highest grade level you have completed;

   (d) the degrees received.

8. Have you ever been convicted of a felony, misdemeanor; petty offense, or any other Federal offense?

   If so, for each conviction state:

   (a) the city and state where you were convicted;

   (b) the date of conviction;

   (c) the offense;

   (d) the court and case number.

9. Are you currently the target in any pending investigation for crime?

   If so, for each investigation please state:

   (a) the city and state where you are being investigated;

   (b) the date the investigation began;

   (c) the offense being investigated;

10. Have you been a party in any civil lawsuits in the past five years?

4

If so, state for each lawsuit:

a. the jurisdiction and court;

b. the case number;

(c) your designation (Plaintiff, Defendant, etc.)

(d) the subject matter;

(e) the resolution.

11. State the name, **ADDRESS**, and telephone number of each and every business entity in which you have an interest and for each state:

(a) the date you first acquired an interest in the entity;

(b) the date you lost your interest in the entity;

(c) the scope of your interest;

(d) the position(s) you held/hold, if any;

(e) your compensation;

(f) the nature of the business of the entity.

REQUEST FOR PRODUCTION OF DOCUMENTS

1. Produce all documents that you identified in response to the interrogatories above.

2. Produce at your attorney's office for viewing purposes only the original lease agreement upon which your Counterclaim against Mills is based and an alleged copy of which is attached to your Counterclaim against Mills as Exhibit A.

3. Produce a copy of the Marriage License for your marriage to Leah Anderson.

Dated: August 1, 2005

5

RESPECTFULLY SUBMITTED,

                                                                                _____
Steven Janiszewski
***RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS***
7979 East Tufts Avenue Parkway, Suite 1300
Denver, Colorado 80237
Phone: (303) 298-7392
Fax:    (303) 298-1319
ATTORNEY FOR DEFENDANT JERRY MILLS

## CERIFICATE OF SERVICE

I hereby certify that on August 1, 2005, a true and correct copy of the foregoing **DEFENDANT JERRY MILLS' INITIAL INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO WAYNE MAJORS** was served upon parties and addressed as follows:

James S. Russell
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado  80202

Richard B. Caschette
STARRS MIHM & CASHETTE, LLP
1675 Broadway, Suite 1800
Denver, Colorado 80202
Attorney for Defendants Majors and Anderson

Service was by:

☐ U. S. Mail postage pre-paid    ☐ Hand Delivery    ☐ Federal Express

☒ Electronically (via ECF)    ☐ Facsimile    ☐ Overnight    ☐ Private Courier

_____
Steven Janiszewski