**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON,
WAYNE MAJORS,
WESLEY METZGER, and
JERRY MILLS,

    Defendants.

## MINUTE ORDER

    The court is in receipt of Defendant Jerry Mills' Initial Interrogatories and Requests for Production of [*sic*] Documents Leah Anderson [#36], and Defendant Jerry Mills' Initial Interrogatories and Requests for Production of Documents to Wayne Majors [#37], both filed August 1, 2005. Said documents are STRICKEN pursuant Fed.R.Ci.P.5(d) and  D.C.COLO.L.Civ.R.5.5.

Dated:  August 2, 2005
-----------------------------------------------------------------------------------------------------------