IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

      Defendants.

---

**ENTRY OF APPEARANCE**

---

      Ross W. Pulkrabek of the law firm STARRS MIHM & CASCHETTE hereby enters his appearance in the above action on behalf of Defendants Leah Anderson and Wayne Majors.

      Dated August 15, 2005.

s/ Ross W. Pulkrabek
Richard B. Caschette
Ross W. Pulkrabek
Justin G. Blankenship
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, CO 80202-4767
Telephone:  (303) 592-5900
FAX:  (303) 592-5910
E-mail: rcaschette@starrslaw.com
rpulkrabek@starrslaw.com
jblankenship@starrslaw.com
Attorneys for Defendants Leah Anderson
and Wayne Majors

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James S. Russell
Assistant United States Attorney
US Department of Justice
1225 17th Street, Suite 700
Denver, Colorado 80202
James.Russell2@usdoj.gov

Steven Janiszewski, Esq.
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, Inc.
7979 E. Tufts Avenue Parkway, Ste 1300
Denver, Colorado 80237
sjaniszewski@riggsabney.com

   I hereby certify that on August 15, 2005, I caused the foregoing to be served by United States mail, postage prepaid, addressed to the following:

Wayne and Leah Majors
292 Starburst Circle
Castle Rock, CO 80104

          s/ Ross W. Pulkrabek
          Richard B. Caschette
          Ross W. Pulkrabek
          Justin G. Blankenship
          STARRS MIHM & CASCHETTE LLP
          1675 Broadway, Suite 1800
          Denver, CO 80202-4767
          Telephone:  (303) 592-5900
          FAX:  (303) 592-5910
          E-mail:  rcaschette@starrslaw.com
          rpulkrabek@starrslaw.com
          jblankenship@starrslaw.com
          Attorneys for Defendants Leah Anderson
          and Wayne Majors