IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

## DEPOSITION SCHEDULE

Pursuant to section 7(e) of the Scheduling Order entered on June 23, 2005, Leah Anderson and Wayne Majors submit the deposition schedule upon which they and co-defendant Jerry Mills have agreed, and move for amendment of the Scheduling Order to enlarge the period of time to depose Ronnie Chavez and Carla Oachs as follows:

| Deponent | Date | Time | Expected Length |
| --- | --- | --- | --- |
| Ronnie Chavez | Oct. 3, 4, 5, or 7, 2005 | 9:00 a.m. | 3 hours |
| Carla Oachs | Oct. 3, 4, 5, or 7, 2005 | 1:00 p.m. | 3 hours |
| Leah Anderson | Sept. 23, 2005 | 9:00 a.m. | 4 hours |
| Wayne Majors | Sept. 23, 2005 | 2:00 p.m. | 4 hours |
| Jerry Mills | Oct. 6, 2005 | 9:00 a.m. | 7 hours |

Undersigned counsel is authorized to state that co-defendant Jerry Mills joins in the above schedule.

Although section 7(e) of the Scheduling Order provided that the parties would depose Ronnie Chavez and Carla Oachs on or before August 15, 2005, Defendants Anderson and Majors respectfully request that the Court grant them leave to depose Mr. Chavez and Ms. Oachs during the week of October 3, 2005. Counsel for the parties have conferred, and Defendant Mills has no objection extending the time to depose Mr. Chavez and Ms. Oachs. No person or party will be prejudiced by the requested enlargement of time to depose these two individuals.

Dated August 15, 2005.

      s/ Ross W. Pulkrabek
Richard B. Caschette
Ross W. Pulkrabek
Justin G. Blankenship
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, CO 80202-4767
Telephone:  (303) 592-5900
FAX:  (303) 592-5910
E-mail: rcaschette@starrslaw.com
rpulkrabek@starrslaw.com
jblankenship@starrslaw.com
Attorneys for Defendants Leah Anderson and Wayne Majors

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James S. Russell
Assistant United States Attorney
US Department of Justice
1225 17th Street, Suite 700
Denver, Colorado 80202
James.Russell2@usdoj.gov

Steven Janiszewski, Esq.
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, Inc.
7979 E. Tufts Avenue Parkway, Ste 1300
Denver, Colorado 80237
sjaniszewski@riggsabney.com

      I hereby certify that on August 15, 2005, I caused the foregoing to be served by United States mail, postage prepaid, addressed to the following:

Wayne and Leah Majors
292 Starburst Circle
Castle Rock, CO 80104

                                                s/ Ross W. Pulkrabek
                                                Richard B. Caschette
                                                Ross W. Pulkrabek
                                                Justin G. Blankenship
                                                STARRS MIHM & CASCHETTE LLP
                                                1675 Broadway, Suite 1800
                                                Denver, CO 80202-4767
                                                Telephone:  (303) 592-5900
                                                FAX:  (303) 592-5910
                                                E-mail: rcaschette@starrslaw.com
                                                rpulkrabek@starrslaw.com
                                                jblankenship@starrslaw.com
                                                Attorneys for Defendants Leah Anderson
                                                and Wayne Majors