IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0637-REB-PAC

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, AND JERRY MILLS,

Defendants.

## NOTICE OF DEPOSITION OF LEAH ANDERSON

PLEASE TAKE NOTICE that counsel for Defendant, Jerry Mills, shall take the deposition of Leah Anderson pursuant to F.R.C.P. 30 on Thursday, September 8, 2005 beginning at the hour of 9:00 a.m. and continuing until 1 p.m. in the office of Riggs, Abney, Neal, Turpen, Orbison & Lewis, P.C., 7979 East Tufts Avenue Parkway, Suite 1300, Denver, Colorado 80237. The deposition will be recorded before a certified shorthand reporter and notary public.

RESPECTFULLY Submitted this 19th Day of August, 2005.

                                          Steven Janiszewski
                                          RIGGS, ABNEY, NEAL, TURPEN,
                                          ORBISON & LEWIS
                                          7979 East Tufts Avenue Suite 1300
                                          Denver, CO 80237
                                          Telephone: 303-298-7392
                                          Facsimile: 303-298-7398
                                          sjaniszewski@riggsabney.com
                                          Attorney for Defendant Jerry Mills

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)

    I hereby certify that on the 19th day of August, 2005, I electronically filed the foregoing **NOTICE OF DEPOSITION OF LEAH ANDERSON** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James S. Russell, Esq.
Assistant United States Attorney
U.S. Department of Justice
1225 17th Street, Suite 700
Denver, CO 80202
James.Russell2@usdoj.gov

Richard B. Caschette, Esq.
Ross W. Pulkrabek, Esq.
Justin G. Blankenship, Esq.
Starrs Mihm & Caschette, LLP
1675 Broadway, Suite 1800
Denver, CO 80202
rcaschette@starrslaw.com
rpulkrabek@starrslaw.com
jblankenship@starrslaw.com

_____
Scott O. Sutton