IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Deposition Schedule and Request for Amendment of the Scheduling Order to Enlarge the Period of Time to Depose Ronnie Chavez and Carla Oachs is **GRANTED** as follows:

    Defendants Anderson and Majors shall depose Mr. Chavez and Ms. Oachs the week of October 3, 2005.

Dated:  August 22, 2005