```
nMon Aug 22 15:35:38 2005

   UNITED STATES DISTRICT COURT

   DENVER          , CO

Receipt No.   100 262380
Cashier        stacie

Tender Type   CHECK

Check Number: 204979016220

Transaction Type   C

Case No./Def No. 1:05-CV-000637/   1

DO Code    Div No    Acct
 4613         1       604700

Amount            $ 531970.00

FROM US TREASURY/IRS 600 17TH ST MS 9000
 DENVER CO 80202

05-CV-637-REB-PAC, PER ORDER 07/08/05 BY
 MAGISTRATE JUDGE COAN, SG
```