IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

## MOTION FOR SUMMARY JUDGMENT

Defendants / Cross-Claimants Wayne Majors ("Majors") and Leah Anderson ("Anderson"), through their attorneys Richard B. Caschette, Ross W. Pulkrabek, and Justin G. Blankenship of the law firm Starrs Mihm & Caschette LLP, move pursuant to Fed.R.Civ.P. 56 for entry of summary judgment in Majors's favor for $534,070 in funds interpleaded by the United States of America and deposited into the Court's registry, plus any accrued interest. As grounds, Anderson and Majors state as follows:

    1.    The United States of America has disclaimed any interest in the interpleaded funds.

    2.    Defendant Jerry Mills ("Mills") asserts that he stole the interpleaded funds from Majors.

    3.    The only other co-defendant named as a potential claimant in this interpleader action, Wesley Majors, has never asserted any interest in the funds.

4. Therefore, the Court should award the interpleaded funds to Majors.

5. Majors and Anderson incorporate the points and authorities in their Memorandum Brief in Support of Motion for Summary Judgment as if fully set forth herein.

6. This motion for summary judgment only requests an order awarding the interpleaded funds to Majors. It does not address Anderson's counterclaim against Mills for civil theft or Majors's counterclaim against Mills for breach of contract. *See* Defendants Wayne Majors and Leah Anderson's Answer to Cross Claims and Counterclaims [Docket # 16] (May 24, 2005).

WHEREFORE, Defendants Leah Anderson and Wayne Majors respectfully request that the Court enter judgment in favor of Wayne Majors for the interpleaded funds in the full amount of $534,070, together with any accumulated interest.

Respectfully submitted August 26, 2005.

s/ Ross W. Pulkrabek
Richard B. Caschette
Ross W. Pulkrabek
Justin G. Blankenship
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, CO 80202
Phone: (303) 592-5900
Fax: (303) 592-5910
*Attorneys for Defendants Leah Anderson and Wayne Majors*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James S. Russell
Assistant United States Attorney
US Department of Justice
1225 17th Street, Suite 700
Denver, Colorado 80202
James.Russell2@usdoj.gov

Steven Janiszewski, Esq.
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, Inc.
7979 E. Tufts Avenue Parkway, Ste 1300
Denver, Colorado 80237
sjaniszewski@riggsabney.com

    s/ Ross W. Pulkrabek
    Richard B. Caschette
    Ross W. Pulkrabek
    Justin G. Blankenship
    STARRS MIHM & CASCHETTE LLP
    1675 Broadway, Suite 1800
    Denver, CO 80202
    Phone:  (303) 592-5900
    Fax:  (303) 592-5910
    rcaschette@starrslaw.com
    rpulkrabek@starrslaw.com
    jblankenship@starrslaw.com

    *Attorneys for Defendants Leah Anderson and Wayne Majors*