# Internal Revenue Service
# Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| In Re: | JERRY MILLS | Location: | IRS Offices |

**Investigation #:** 840530096
**Date:** January 25, 2005
**Time:** 9:00a - 3:00p
**Participant(s):** JERRY MILLS, SUBJECT
Michael Queisert, Special Agent
Kareem Carter, Special Agent

On the above date and time Special Agent Michael Queisert and I introduced ourselves to JERRY MILLS (MILLS) as special agents with Internal Revenue Service, Criminal Investigation. MILLS provided consent for us to search his person for weapons. MILLS did not have any weapons on his person. I explained to MILLS that he is the subject of an investigation to determine potential criminal violations of tax laws. I advised MILLS of his constitutional rights by reading from Document 5661, *Statement of Rights (Non-Custody)*. I asked MILLS if he understood his rights and MILLS responded, "Yes." MILLS agreed to proceed with the interview and provided the following relevant information in response to questions asked of him during the course of the interview:

1. JERRY MILLS (MILLS) currently is residing with friends named Andrew and Ronnie Heald in Parker, CO. The current number for the Heald household is (303) 805-0040.

2. MILLS first met Wayne J. Majors (Majors) in June 2001. MILLS had no credit history and had trouble obtaining financing for a vehicle. Majors owned and operated Major Brand Sales & Leasing. Majors agreed to finance MILLS for a loan. Majors then hired MILLS part-time as a lot boy. Approximately one month later MILLS was hired as a full-time employee.

3. Louis V. Brand, the step-father of Majors is listed as the owner of Major Brand Sales & Leasing (MBSL). MBSL sold lease to own vehicles to individuals who could not obtain financing from other car dealerships.

4. MILLS also explained that Majors operated a law office, American Attorney

000299

Center (AAC), that specialized in bankruptcy in Sacramento, California. Leah Anderson (Anderson), Majors' wife did the bookkeeping for AAC out of an office located in Reno, NV. Mike O'neal is an attorney and is listed as the owner of AAC. MILLS informed us that this business would do approximately 10 to 20 bankruptcies per day, they would receive anywhere between $1,100 and $2,500 per bankruptcy. This business employed approximately 60 to 70 employees which included 7 to 8 employees at their phone center.

5. Wesley Metzger (Metzger) and Wendy Metzger also worked in the bookkeeping business mentioned above. In September 2002, IRS executed search warrants on MBSL, AAC, and the bookkeeping office. IRS confiscated all records that the offices maintained, shortly after, MBSL, Majors, and Anderson moved from Reno, NV to Las Vegas, NV. The vehicles owned by MBSL were hidden from the IRS in Las Vegas, NV.

6. In November 2003, Majors, Anderson, and Wesley and Wendy Metzger moved to Colorado. Majors and Anderson married so she would not have to testify against Majors in trial. Majors and Anderson rented a house located at 292 Starburst Circle, Parker, CO. Wesley and Wendy Metzger rented a house in Elizabeth, CO and later relocated to 4600 N. Mesa Drive, Castle Rock, CO. MILLS moved to Colorado in February 2004. Majors rented MILLS a house located at 20085 E. Main Street, Parker, CO. MILLS stated that the vehicles from MBSL were moved to his address in Parker, CO.

7. MILLS continued working for Majors as a handyman. The bookkeeping office continued to be run out of the Metzger household in Castle Rock, CO.

8. MILLS stated that he and Wesley Metzger were asked on numerous occasions by Majors to create phony receipts for checks made payable to them by Majors for false reimbursements. Majors would make checks payable to MILLS and/or Wesley Metzger for amounts as large as $30,000. Majors would then instruct MILLS and/or Wesley Metzger to cash the check and bring the money back to Majors. MILLS and/or Wesley Metzger would then create false receipts to substantiate the reimbursement checks. MILLS stated that the checks usually were drawn against the MBSL bank account. MBSL maintained bank accounts at US Bank and Wells Fargo.

9. On December 18, 2004 at approximately 10:00 p.m. MILLS received a Direct Connect, Nextel phone call from Majors. Majors instructed MILLS to run to Las Vegas immediately to pick up something for him. Majors then instructed MILLS to call him (Majors) when he arrived. MILLS then proceeded to leave for Las Vegas from his home in Parker, CO. MILLS drove his burgundy colored Tahoe and arrived in Las Vegas around 10:30 a.m. MILLS direct connected Majors from his Nextel phone. Majors instructed MILLS to exit on Charleston, go east to 7-Eleven and pull in the parking lot and wait. MILLS purchased a cup of coffee and waited in his vehicle. Approximately five minutes later a guy with dark hair, medium build, roughly 5'6" tall asked MILLS if he was Jerry and handed him a box and walked away. MILLS direct connected Majors and

informed Majors that he was in possession of the box. Majors told MILLS to drive back as fast as possible without getting stopped. MILLS arrived at Wesley Metzger's home on December 19, 2004, at approximately 9:30 a.m. MILLS used cash on his trip to and back from Las Vegas. MILLS did not stop or stay at a hotel for any period of time.

10. Majors told MILLS to put the 1 ½ x 1 ½ x 1 ½ heavily taped box in the hay located near the barn on the Metzger property. MILLS did not know what was in the box and did not ask what was in the box. However, MILLS suspected that the box contained cash. MILLS suspected this because he has made cash runs for Majors in the past when they lived in Las Vegas. MILLS remembers making runs to Sacramento to pick up cash from Sandy Viega. Majors always told MILLS not to use credit cards on these runs.

11. On December 20, 2004, MILLS reported to work as regular and attended to his duties which included answering the collection phone, caring for the dogs and horses and other miscellaneous duties. MILLS also helped load the Metzger's vehicle with luggage and Christmas presents for the vacation to Alabama.

12. On December 21, 2004, the Metzger's left for Alabama. MILLS reported to work at approximately 9:00 a.m. to perform his normal duties. MILLS did maintenance to Majors' vehicle in preparation for their vacation to Alabama. At this time MILLS was asked to stay at the Metzger home so he could maintain his regular responsibilities and answer phones as the Metzger's had left for vacation and Majors and Anderson were preparing to leave for vacation.

13. On December 22, 2004, MILLS attended to his normal duties. Majors and Anderson left for their vacation. MILLS worked that day until about 6:45 p.m. After working, MILLS began thinking about what was in the box. MILLS decided to check and see if the box was still located in the hay near the barn. MILLS retrieved and opened the box. MILLS found bundles of cash inside the box. There were approximately 110 bundles. MILLS counted two bundles which contained $10,000 each in denominations of $100 bills. MILLS assumed that the remaining bundles contained the same amount. MILLS estimated the total to be at least $1.1M. MILLS decided to take the money. MILLS stated that he felt he had put up with Majors long enough and decided to teach him a lesson. MILLS put the money in a duffel bag and stored it in the corner of the room of the Metzger house in which he was staying in at the time.

14. On December 23, 2004, MILLS performed his daily duties. In addition MILLS sent packages to the following locations: MILLS sent $20,000 to his mother, Marilyn Silveria, P.O. Box 6132, State Line, Nevada, 89449 via express mail United States Postal Service. MILLS stated the money was put into a plastic grocery sack and subsequently put into an express mail package. MILLS called his mother and told her she would be receiving a package soon and for her to call him when the package arrives.

15. MILLS sent $20,000 to his brother, Rick Mills, 1368 Southwest 12th Street,

Ontario, Oregon, 97914 via express mail United States Postal Service. MILLS stated the money was put into a plastic grocery sack and subsequently put into an express mail package. MILLS called his brother and told him he was sending a Christmas present. MILLS also sent $20,000 to his brother, Brian Mills to the same address of Rick Mills.

16. MILLS also gave his girlfriend, Michelle Simono, $300,000 to hold for him. MILLS and Simono then went to their friend Joey Wetherbee's house located in Parker and asked her to store the money in her safe. MILLS then went back to the Metzger house and spent the night.

17. On December 24, 2004, MILLS performed his normal duties at work. MILLS sent $75,000 to his brother, Bill Mills in Alabama. MILLS sent this package express mail also. MILLS also sent his mother $500,000 express mail. MILLS told his mother to put this money away. MILLS spent roughly $500 to $600 at Wal-Mart. MILLS also bought $4,000 in jewelry from a jewelry store located in the Hilltop shopping center in Parker. MILLS gave the jewelry to his girlfriend. MILLS proceeded to a downtown Denver homeless shelter and passed out approximately $6,500 to $7,500 in one hundred dollar bills to homeless people. MILLS then went to another homeless shelter located on 14th street and handed out roughly $30,000 to $35,000 in one hundred dollar bills to homeless people. MILLS then went out to dinner with his girlfriend and Joey and Robyn Wetherbee. MILLS gave Joey Wetherbee $21,000 and gave Robyn Wetherbee $21,000.

18. On December 25, 2004, MILLS spent approximately $23,000 at a casino in Blackhawk.

19. On December 26, 2004, MILLS went to another homeless shelter and gave $10,000 ($5,000 a piece) to two separate families.

20. On December 29, 2004, Majors and Anderson and the Metzgers returned from vacation. MILLS worked until around 6:15 p.m. MILLS then told his girlfriend he had to leave. MILLS packed his clothes and tools and headed towards Oregon to visit his brother. MILLS threw his Nextel away and cut up his company credit cards. MILLS made it to Laramie, Wyoming and stayed at the Ramada Inn.

21. On December 30, 2004, MILLS visited Brian Mills in Payette, Idaho.

22. On December 31, 2004, MILLS went to a blues club in Boise, Idaho with Brian Mills, Rick Mills, and Victoria (wife of Rick). MILLS paid for three rooms at the Doubletree Riverside.

23. On January 1, 2005, MILLS purchased two computers ($2,000 a piece) for the children of Brian Mills.

24. On January 5, 2005, MILLS went to see his mother in State Line, Nevada.

MILLS picked up $450,000 of the $500,000 that was sent his mother on 12/24/2005. MILLS left $50,000 with his mother for safe keeping. MILLS then left his mother's house and proceeded to Lake Tahoe. MILLS spent between $45,000 and $50,000 at Harrah's Casino in Lake Tahoe.

25. On January 6, 2005, MILLS met with IRS agents in Sacramento, California and talked to them for roughly 1.5 hours. MILLS did not inform the IRS that he had taken approximately $1.1M from Wayne Majors.

26. On January 7, 2005, MILLS headed towards Salt Lake City, UT. During the trip MILLS stopped at various casinos throughout Nevada and spent approximately $55,000.

27. On January 8, 2005, MILLS spent $2,000 for a message at the Wild Horse.

28. On January 9, 2005, MILLS also spent $20,000 in two nights at the Northern Exposure Strip Club in Salt Lake City, Utah. MILLS also provided another homeless guy in Salt Lake City $10,000.

29. On January 10, 2005, MILLS made his way back to Denver and turned over approximately $118,000 to Investigator, Ronnie Chavez, Douglas County Sheriffs Office.

30. MILLS explained that Majors asked him to kill Majors' ex-wife's, Kimberly (LNU) current husband Shawn (LNU). Majors believes that Shawn set him (Majors) up concerning the IRS investigation. Majors also was upset with Shawn for exposing himself in front of his (Majors) daughters. Majors discussed multiple ways that this could be done but MILLS declined Majors offer.

31. MILLS stated that he and Wesley Metzger built a wall at the residence of Wesley Metzger located at 4600 N. Mesa Drive, Castle Rock, Colorado to conceal approximately $500,000 to $600,000. The money was placed in five fire proof safes. The wall is located in the kitchen area (please see diagram). MILLS has also assisted with digging up buried money at the residence of Henry Viega. MILLS helped dig up 9 packages of money located in the back yard at 3401 Arden Way, Sacramento, California. The money was loaded in Majors' truck.

32. Furthermore, MILLS has also buried money at Majors' brother, Larry Majors' house in San Diego, California. MILLS recalls that he buried approximately $300,000 to $400,000 near the drainage close to the bushes in two fire proof safes in June 2004. MILLS stated that the safes were previously buried in the flower bed of Wesley Metzger's former home in Elizabeth, Colorado.

33. The interview was concluded at approximately 3:00 p.m.