Click the picture to play the video



Detective Chavez: And you brought with you a bag, right? What's---can you tell me what's in that bag real quick?

Mills: Roughly $120,000, twelve bundles.

Detective Chavez: Okay, and where did you get this from?

Mills: From J. Majors [Defendant Wayne J. Majors].

Detective Chavez: Okay, and during what course of action---how did you get that?

Mills: I picked up a bundle in Vegas for him and brought it back, and it contained $1.1 million, and I took it.

## Exhibit B