Click the picture to play the video



Mills: I know it's not my money, you know, and I know I have no right to it . . . .

Exhibit C