IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0637-REB-PAC

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, AND JERRY MILLS,

Defendants.

## AMENDED NOTICE OF DEPOSITION OF LEAH ANDERSON

PLEASE TAKE NOTICE that counsel for Defendant, Jerry Mills, shall take the deposition of Leah Anderson pursuant to F.R.C.P. 30 on Friday, September 23, 2005 beginning at the hour of 9:00 a.m. and continuing until 1 p.m. in the office of Riggs, Abney, Neal, Turpen, Orbison & Lewis, P.C., 7979 East Tufts Avenue Parkway, Suite 1300, Denver, Colorado 80237. The deposition will be recorded before a certified shorthand reporter and notary public.

RESPECTFULLY Submitted this 26th Day of August, 2005.

                                             /s/ Steven Janiszewski\_\_\_
                                             Steven Janiszewski
                                             RIGGS, ABNEY, NEAL, TURPEN,
                                             ORBISON & LEWIS
                                             7979 East Tufts Avenue Suite 1300
                                             Denver, CO 80237
                                             Telephone: 303-298-7392
                                             Facsimile: 303-298-7398
                                             sjaniszewski@riggsabney.com
                                             Attorney for Defendant Jerry Mills

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on the 26th day of August, 2005, I electronically filed the foregoing **AMENDED NOTICE OF DEPOSITION OF LEAH ANDERSON** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James S. Russell, Esq.
Assistant United States Attorney
U.S. Department of Justice
1225 17th Street, Suite 700
Denver, CO 80202
James.Russell2@usdoj.gov

Richard B. Caschette, Esq.
Ross W. Pulkrabek, Esq.
Justin G. Blankenship, Esq.
Starrs Mihm & Caschette, LLP
1675 Broadway, Suite 1800
Denver, CO 80202
rcaschette@starrslaw.com
rpulkrabek@starrslaw.com
jblankenship@starrslaw.com


/s/ Scott O. Sutton
Scott O. Sutton