IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0637-REB-PAC

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, AND JERRY MILLS,

Defendants.

### AMENDED NOTICE OF DEPOSITION OF WAYNE MAJORS

PLEASE TAKE NOTICE that counsel for Defendant, Jerry Mills, shall take the deposition of Wayne Majors pursuant to F.R.C.P. 30 on Friday, September 23, 2005 beginning at the hour of 2:00 p.m. and continuing until 6 p.m. in the office of Riggs, Abney, Neal, Turpen, Orbison & Lewis, P.C., 7979 East Tufts Avenue Parkway, Suite 1300, Denver, Colorado 80237. The deposition will be recorded before a certified shorthand reporter and notary public.

RESPECTFULLY Submitted this 26th Day of August, 2005.

        /s/ Steven Janiszewski
        Steven Janiszewski
        RIGGS, ABNEY, NEAL, TURPEN,
        ORBISON & LEWIS
        7979 East Tufts Avenue Suite 1300
        Denver, CO 80237
        Telephone: 303-298-7392
        Facsimile: 303-298-7398
        sjaniszewski@riggsabney.com
        Attorney for Defendant Jerry Mills

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 26th day of August, 2005, I electronically filed the foregoing **AMENDED NOTICE OF DEPOSITION OF WAYNE MAJORS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James S. Russell, Esq.
Assistant United States Attorney
U.S. Department of Justice
1225 17th Street, Suite 700
Denver, CO 80202
James.Russell2@usdoj.gov

Richard B. Caschette, Esq.
Ross W. Pulkrabek, Esq.
Justin G. Blankenship, Esq.
Starrs Mihm & Caschette, LLP
1675 Broadway, Suite 1800
Denver, CO 80202
rcaschette@starrslaw.com
rpulkrabek@starrslaw.com
jblankenship@starrslaw.com

/s/ Scott O. Sutton
Scott O. Sutton