**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Patricia A. Coan**

| | |
|---|---|
| **Civil Action No.** 05-cv-00637-REB-PAC | FTR - PAC COURTROOM A-501 |
| **Date:** August 29, 2005 | Deputy Clerk: Ben Van Dyke |
| UNITED STATES OF AMERICA, | James Sandy Russell |
| | Nicole Davidson, paralegal |
| Plaintiff, | |
| v. | |
| LEAH ANDERSON, | Richard B. Caschette |
| WAYNE MAJORS, | Steven C. Janiszewski |
| WESLEY METZGER, and | |
| JERRY MILLS, | |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**Status Conference**

**9:32 a.m.**   **Court in session.**

Court calls case. Appearances of counsel.

Mr. Russell advises the Court that $531,970.00 was paid to the Court by the U.S. Treasury/I.R.S. on August 22, 2005.

**ORDERED:** **Defendants Wayne Majors and Leah Anderson's Motion for Leave to File Amended Answer dated June 30, 2005 (doc. 26) is GRANTED and the Amended Answer is to be date stamped and filed with the Court this date.**

Mr. Russell advises the Court that he will file a motion for default against defendant Wesley Metzger within the next week.

Discussion regarding a discovery dispute between Mr. Caschette and Mr. Janiszewski. The Court advises counsel to confer and attempt to reach an agreement; if they cannot reach an agreement, the Court will rule on any remaining issues.

**9:47 a.m.**   **Court in recess.**

Total time in court:   15 minutes. Hearing concluded.