**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON,
WAYNE MAJORS,
WESLEY METZGER, and
JERRY MILLS,

    Defendants.

---

## MINUTE ORDER

---

    The Unopposed Motion for Default Judgment Only as to Defendant Wesley Metzger [#51], filed September 7, 2005, is DENIED without prejudice. Plaintiff must first obtain an entry of default from the Clerk of the Court pursuant to Fed.R.Civ.P 55(a) before this court can entertain a motion for default judgment under Fed.R.Civ.P 55(b). Plaintiff is further admonished to consult and comply with REB Civ. Practice Standard V.I. if and when it reurges its motion for default judgment.

Dated:  September 7, 2005

-----------------------------------------------------------------------------------------------------------------