## MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO: Docketing

DATE: September 7, 2005

FROM: Patricia A. Coan
U.S. Magistrate Judge

Case No.: 05-cv-00637-REB-PAC

USA v. Anderson, et al.

( x ) A Settlement Conference was held today and no settlement was reached.

(  ) A Settlement Conference was held on　　　　and a settlement was reached. The parties are to submit their settlement documents to Judge　　　on or before　　　　2005.

Settlement Conference held for 1 hours 45 minutes.

Settlement Conference concluded: Yes

Record Made: no

cc: District Judge Blackburn
Magistrate Judge
Magistrate Judge Coan

Source:H:Judge\Settlement Conference Form.wpd