**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-00637-REB-PAC

**UNITED STATES OF AMERICA**
    Plaintiff,

v.

**LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER,
and JERRY MILLS,**
    Defendants.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO
FILE JERRY MILLS' RESPONSIVE BRIEF ADDRESSING THE
MOTION FOR SUMMARY
FILED BY DEFENDANTS MAJORS AND ANDERSON**
_____

**COMES NOW** Defendant Jerry Mills, by and through the law firm of Riggs, Abney, Neal, Turpen, Orbison & Lewis, Steven Janiszewski, and moves this Court, pursuant to F.R.C.P. 6(b)(1), D.C.Colo.LCivR 6.1, and D.C.Colo.LCivR 7, for an extension of time to and including September 22, 2005, in which to file his Responsive Brief to the Motion For Summary Judgment filed by Defendants Majors and Anderson, and as grounds therefor, states as follows:

**D.C.Colo.LCivR 7.1 A Certification**

1. Pursuant to D.C.Colo.LCivR 7.1 A, Counsel has conferred with counsel for Majors and Anderson, Richard B. Caschette, about this MOTION and is pleased to report that this MOTION is unopposed.

2. Mills was served a copy of the Motion For Summary Judgment , together with a Brief in support thereof, on August 26, 2005, making his Responsive Brief due on September 15, 2005. D.C. Colo.L.CivR 56.1A.  Therefore, this Motion is timely filed under F.R.C.P. 6(b)(1).

3. Mills has not previously obtained an extension of time in which to file his Responsive Brief.

4. Mills requires an extension of time to and including September 22, 2005, in order to adequately research the cases cited by Majors and Anderson and to prepare a Responsive Brief.

5. No party to this case would be prejudiced and the interests of justice would be served by granting Mills the requested extension of time.

**WHEREFORE**, Defendant Jerry Mills prays that this Court grant him an extension of time to and including September 22, 2005, in which to file his Responsive Brief addressing the Motion For Summary Judgment filed by Defendants Majors and Anderson..

Dated: September 8, 2005

RESPECTFULLY SUBMITTED,

/s/ Steven Janiszewski
Steven Janiszewski
***RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS***
7979 East Tufts Avenue Parkway, Suite 1300
Denver, Colorado 80237
Phone: (303) 298-7392
Fax:    (303) 298-1319
ATTORNEY FOR DEFENDANT JERRY MILLS

2

## CERIFICATE OF SERVICE

I hereby certify that on September 8, 2005 I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE JERRY MILLS' RESPONSIVE BRIEF ADDRESSING THE MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS MAJORS AND ANDERSON** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses

James S. Russell
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado  80202
James.Russell2@usdoj.gov

Richard B. Caschette
Starrs Mihm & Caschette LLP
1675 Broadway, Suite 1800
Denver, Colorado
rcachette@starrslaw.com

/s/ Steven Janiszewski
Steven Janiszewski
***RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS***
7979 East Tufts Avenue Parkway, Suite 1300
Denver, Colorado 80237
Phone: (303) 298-7392
Fax:    (303) 298-1319
ATTORNEY FOR DEFENDANT JERRY MILLS

## CERIFICATE OF SERVICE

I hereby certify that on September 8, 2005 a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE JERRY MILLS' RESPONSIVE BRIEF ADDRESSING THE MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS MAJORS AND ANDERSON** was placed in the U.S. Mails, first class postage prepaid, and addressed as follows:

Jerry Mills
P.O. Box 48
Rifle, Colorado  81650

/s/ Scott O. Sutton
Scott O. Sutton

3