# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

 Plaintiff,

v.

LEAH ANDERSON,
WAYNE MAJORS,
WESLEY METZGER, and
JERRY MILLS,

 Defendants.

---

## MINUTE ORDER

---

 The Unopposed Motion for Extension of Time in Which to File Jerry Mills' Responsive Brief Addressing the Motion for Summary Judgment filed by Defendants Majors and Anderson [#54], filed on September 8, 2005, is DENIED without prejudice. Counsel has not shown good cause, as cited in REB Civ. Practice Standard II.G.1.

Dated:  September 8, 2005
-----------------------------------------------------------------------------------------------------------------