IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00637-REB-PAC

**UNITED STATES OF AMERICA**
    Plaintiff,

v.

**LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER,
and JERRY MILLS,**
    Defendants.

_____

**AMENDED
UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO
FILE JERRY MILLS' RESPONSIVE BRIEF ADDRESSING THE
MOTION FOR SUMMARY
FILED BY DEFENDANTS MAJORS AND ANDERSON**
_____

**COMES NOW** Defendant Jerry Mills, by and through the law firm of Riggs, Abney, Neal, Turpen, Orbison & Lewis, Steven Janiszewski, and moves this Court, pursuant to F.R.C.P. 6(b)(1), D.C.Colo.LCivR 6.1, and D.C.Colo.LCivR 7, for an extension of time to and including September 22, 2005, in which to file his Responsive Brief to the Motion For Summary Judgment filed by Defendants Majors and Anderson, and as grounds therefor, states as follows:

### D.C.Colo.LCivR 7.1 A Certification

1.    Pursuant to D.C.Colo.LCivR 7.1 A, Counsel has conferred with lead counsel for Majors and Anderson, Richard B. Caschette, about this MOTION and is pleased to report that this MOTION is unopposed.

2.    Mills was served a copy of the Motion For Summary Judgment, together with a Brief in support thereof, on August 26, 2005, making his Responsive Brief due on

September 15, 2005. D.C. Colo.L.CivR 56.1A. Therefore, this Motion is timely filed under F.R.C.P. 6(b)(1).

3. Mills has not previously obtained an extension of time in which to file his Responsive Brief.

4. Counsel for Mills had arranged to take and did take August 26, 2005 off from work to celebrate his 58th birthday and did not see the Motion For Summary Judgment until Monday, August 29, 2005, just before the Status Conference in this case. Counsel had a bench trial set in Douglas County District Court case no. 2004 CV 1579 for September 6, 2005, the day after Labor Day. Preparation for this trial and last-minute settlement negotiations took a large part of Counsel's time during the week before Labor Day, but the parties did settle the case. Counsel had a bench trial set in Denver District Court case no. 05 CV 1106 for September 12 and 13, 2005, wherein Counsel represents one of three defendants. Preparation for that case was relieved just today when the court granted one of the other defendant's a continuance and leave to add a third party defendant by September 20, 2005. Counsel is working this case alone against three attorneys who have entered their appearances on behalf of Majors and Anderson. Their Brief in Support of Summary Judgment raises complex legal issues. Counsel for Mills requires an extension of time to and including September 22, 2005, in order to adequately research the cases cited by Majors and Anderson and to prepare a Responsive Brief.

5. No party to this case would be prejudiced and the interests of justice would be served by granting Mills the requested extension of time.

2

**WHEREFORE**, Defendant Jerry Mills prays that this Court grant him an extension of time to and including September 22, 2005, in which to file his Responsive Brief addressing the Motion For Summary Judgment filed by Defendants Majors and Anderson.

Dated: September 8, 2005

RESPECTFULLY SUBMITTED,

/s/ Steven Janiszewski
Steven Janiszewski
*RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS*
7979 East Tufts Avenue Parkway, Suite 1300
Denver, Colorado 80237
Phone:      (303) 298-7392
Fax:    (303) 298-1319
ATTORNEY FOR DEFENDANT JERRY MILLS

## CERIFICATE OF SERVICE

I hereby certify that on September 8, 2005 I electronically filed the foregoing **AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE JERRY MILLS' RESPONSIVE BRIEF ADDRESSING THE MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS MAJORS AND ANDERSON** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses

James S. Russell
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado  80202
James.Russell2@usdoj.gov

Richard B. Caschette
Starrs Mihm & Caschette LLP
1675 Broadway, Suite 1800
Denver, Colorado
rcachette@starrslaw.com

/s/ Steven Janiszewski_____
Steven Janiszewski
***RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS***
7979 East Tufts Avenue Parkway, Suite 1300
Denver, Colorado 80237
Phone:     (303) 298-7392
Fax:    (303) 298-1319
ATTORNEY FOR DEFENDANT JERRY MILLS

## CERIFICATE OF SERVICE

I hereby certify that on September 8, 2005 a true and correct copy of the foregoing **AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE JERRY MILLS' RESPONSIVE BRIEF ADDRESSING THE MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS MAJORS AND ANDERSON** was placed in the U.S. Mails, first class postage prepaid, and addressed as follows:

Jerry Mills
P.O. Box 48
Rifle, Colorado  81650

/s/ Scott O. Sutton_____
Scott O. Sutton