**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON,
WAYNE MAJORS,
WESLEY METZGER, and
JERRY MILLS,

    Defendants.

MINUTE ORDER

    The matter comes before the court on the **Amended Unopposed Motion for Extension of Time in Which to File Jerry Mills' Responsive Brief Addressing the Motion for Summary Judgment Filed by Defendants Majors and Anderson** [#56]. Given the brevity of the request, the motion is GRANTED. Counsel is advised that under this court's practice standard REB Civ. Practice Standard II.G.1, press of business does not constitute good cause. Counsel should also be aware of REB Civ. Practice Standard V.C.1, that an unopposed motion shall have a proposed order submitted with the motion. Without a proposed order, the motion may be denied without prejudice *sua sponte* as abandoned. In submitting the proposed order, counsel is directed to the Electronic Case Filing Procedures V.L.1. (a) and (b).

Dated: September 9, 2005
-----------------------------------------------------------------------------------------------------------------