IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILS,

      Defendants.

---

CERTIFICATE OF COMPLIANCE WITH
REB Civ. PRACTICE STANDARD V.I.1

---

      COMES NOW the United States of America, by and through Assistant United States Attorney James S. Russell, and in support of the Second Unopposed Motion for Default Judgment Only As To Defendant Wesley Metzger, submits the following statements and documents in compliance with REB Civ. Practice Standard V.I.1:

      1.    The United States filed its Complaint and Interpleader for Injunctive Relief pursuant to Rule 22 of the Federal Rules of Civil Procedure, and Title 22, United States Code, Section 1335, on April 5, 2005, 2005, seeking a judgment stating that:

      a.    The defendants be required to interplead each other concerning their claims to the subject $534,070.00 in U.S. Currency (the "Subject Funds").

      b.    The defendants be restrained and enjoined from commencing any actions against the United States relative to the Subject Funds.

      c.    The plaintiff be permitted to deposit the Subject Funds into the registry of the Court, and upon such payment into court, plaintiff be discharged from any further liability to any of the parties in this action.

      d.    The plaintiff have such other and further relief as to the Court may deem just and proper.

1

2. The Court issued a Summons as to all defendants on April 5, 2005, which Summons was served by the United States and returned to the Court on April 13, 2005. Accordingly, Execution of Process was validly effected. A copy of the Summons served on defendant Wesley Metzger is attached hereto.

3. On May 2, 2005, defendants Leah Anderson and Wayne Majors filed an Answer.

4. On May 11, 2005, defendant Jerry Mills filed an Answer and Cross Claims.

5. On May 18, 2005, plaintiff The United States filed an Answer to Defendant Jerry Mills' Cross Claims.

6. On May 24, 2005, defendants Leah Anderson and Wayne Majors filed an Answer to Cross Claim and Counterclaims.

7. On June 15, 2005, defendant Jerry Mills filed an Answer to Counterclaims Filed by Anderson and Majors.

8. On June 30, 2005, defendants Leah Anderson and Wayne Majors filed an Amended Answer.

9. On August 29, 2005, defendants Leah Anderson and Wayne Majors filed a second Amended Answer.

10. To date, defendant Wesley Metzger has filed no answer, motion for extension of time, or any other responsive pleadings in this matter; therefore, Default as to defendant Metzger can enter.

11. Attached is an Affidavit of Assistant United States Attorney James S. Russell indicating that defendant Wesley Metzger is not an infant, incompetent person, officer or agency of the United States or State of Colorado, or in the military service.

12. No damages or interest are sought by Plaintiff.

13. No attorneys fees are requested by Plaintiff.

14. This is not an action on a Promissory Note.

15. A Second Unopposed Motion for Default Judgment Only As To Defendant Wesley Metzger is being filed contemporaneously herewith.

16. The proposed form of judgment is tendered herewith.

Respectfully submitted this 9th day of September, 2005.

>William J. Leone
>United States Attorney
>
>s/ James S. Russell
>JAMES S. RUSSELL
>Assistant United States Attorney
>1225 17th Street, Suite 700
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>FAX: (303) 454-0402
>E-mail: James.Russell2@usdoj.gov
>Attorney for Plaintiff