## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 05-RB-637 (PAC)

**SUMMONS**

UNITED STATES OF AMERICA

PLAINTIFF(S),

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS

DEFENDANT(S).

To the above named Defendant(s):

You are hereby summoned and required to serve upon
ASSISTANT UNITED STATES ATTORNEY JAMES S. RUSSELL

plaintiff's attorney, whose address is:
1225 17th STREET, SUITE 700
DENVER, COLORADO  80202

**AND FILE WITH THE CLERK OF THE COURT**

an answer to the complaint which is herewith served upon you, within __20__ days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____
Deputy Clerk

(Seal of the Court)

Date:  APR - 6 2005

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

NAME OF SERVER: Kareem Carter    TITLE: Special Agent

Check one box to indicate appropriate method of service.

[X] Served personally upon the defendant. Place where left: Wesley Metzger, Castle Rock, CO

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

[ ] Returned unexecuted:: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 04/12/05
Date

Signature of Server

600 17th St. Denver, CO. 80202
Address of Server