IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILS,

        Defendants.

_____

AFFIDAVIT
_____

        I, James S. Russell, Assistant United States Attorney for the District of Colorado, Department of Justice, being duly sworn according to law, depose and state that the following facts contained herein are true to the best of my knowledge, information and belief, namely that:

        1. Defendant Wesley Metzger is not an infant, incompetent person, officer or agency of the United States or the State of Colorado, or in the military service.

                                            s/ James S. Russell
                                            JAMES S. RUSSELL
                                            Assistant United States Attorney
                                            1225 17th Street, Suite 700
                                            Denver, Colorado 80202
                                            Telephone: (303) 454-0100
                                            FAX: (303) 454-0402
                                            E-mail: James.Russell2@usdoj.gov
                                            Attorney for Plaintiff

STATE OF COLORADO            )
                                     )ss.
CITY AND COUNTY OF DENVER)

        The foregoing AFFIDAVIT of James S. Russell was subscribed before me this 9th day of

1

September, 2005, by James S. Russell.

                                           s/ Nicole C. Davidson
                                          Notary Public, State of Colorado
                                          My Commission Expires 6/12/2006