IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, AND JERRY MILLS

        Defendants.

---

**SECOND UNOPPOSED MOTION FOR DEFAULT JUDGMENT
ONLY AS TO DEFENDANT WESLEY METZGER**

---

        COMES NOW the United States of America (the "United States"), by United States Attorney William J. Leone and Assistant United States Attorney James S. Russell, and pursuant to Fed.R.Civ.P. 55, again moves for entry of a default judgment only as to defendant Wesley Metzger. In support, Plaintiff states:

        1.      The United States filed its Complaint and Interpleader for Injunctive Relief pursuant to Rule 22 of the Federal Rules of Civil Procedure, and Title 22, United States Code, Section 1335, on April 5, 2005, 2005, seeking a judgment stating that:

        a.      The defendants be required to interplead each other concerning their claims to the subject $534,070.00 in U.S. Currency (the "Subject Funds").

        b.      The defendants be restrained and enjoined from commencing any actions against the United States relative to the Subject Funds.

        c.      The plaintiff be permitted to deposit the Subject Funds into the registry of

the Court, and upon such payment into court, plaintiff be discharged from any further liability to any of the parties in this action.

       d.     The plaintiff have such other and further relief as to the Court may deem just and proper.

2.     The Court issued a Summons as to all defendants on April 5, 2005, which Summonses were personally served by the United States and returned to the Court on April 13, 2005.

3.     On May 2, 2005, defendants Leah Anderson and Wayne Majors filed an Answer.

4.     On May 11, 2005, defendant Jerry Mills filed an Answer and Cross Claims.

5.     On May 18, 2005, plaintiff The United States filed an Answer to Defendant Jerry Mills' Cross Claims.

6.     On May 24, 2005, defendants Leah Anderson and Wayne Majors filed an Answer to Cross Claim and Counterclaims.

7.     On June 15, 2005, defendant Jerry Mills filed an Answer to Counterclaims Filed by Anderson and Majors.

8.     On June 30, 2005, defendants Leah Anderson and Wayne Majors filed an Amended Answer.

9.     On August 29, 2005, defendants Leah Anderson and Wayne Majors filed a second Amended Answer.

10.     To date, defendant Wesley Metzger has filed no answer, motion for extension of time, or any other responsive pleadings in this matter; therefore, Default as to defendant Metzger can enter.

11. During the Status Conference held in this matter on August 29, 2005, counsel for the United States and defendants Leah Anderson, Wayne Majors, and Jerry Mills, agreed and informed the Court that the United States will seek default judgment as to defendant Wesley Metzger.

12. A Certificate of Compliance with REB Civ. Practice Standard V.I.1 is being filed contemporaneously herewith and is incorporated herein.

WHEREFORE, for the reasons set forth above, the United States again prays for entry of default judgment only as to defendant Wesley Metzger, that defendant Metzger be restrained and enjoined from commencing any actions against the United States relative to the Subject Funds, and that the United States be discharged from any liability to defendant Metzger relating to this action.

Respectfully submitted this 9th day of September, 2005.

    WILLIAM J. LEONE
    United States Attorney


By: s/ James S. Russell
    JAMES S. RUSSELL
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0402
    E-mail: James.Russell2@usdoj.gov
    Attorney for Plaintiff

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 9th day of September, 2005, I electronically filed the foregoing SECOND UNOPPOSED MOTION FOR DEFAULT JUDGMENT ONLY AS TO DEFENDANT WESLEY METZGER with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

Richard B. Caschette
Justin G. Blankenship
Ross W. Pulkrabek
Stars Mihm Y Caschette, LP
1675 Broadway, Suite 1800
Denver, Colorado 80202
(303) 592-5900
Fax: (303) 592-5910
rcaschette@starrslaw.com
jblankenship@starrslaw.com
rpulkrabek@starrslaw.com


Steven Janiszewski
Riggs, Abney, Neal, Turpen, Orbison & Lewis
7979 East Tufts Avenue Parkway
Suite 1300
Denver, Colorado 80237
(303) 298-7392
Fax: (303) 298-1319
sjaniszewski@riggsabney.com

                                 s/ Nicole C. Davidson
                                 NICOLE C. DAVIDSON
                                 Office of the U.S. Attorney