IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, AND JERRY MILLS,

       Defendants.

---

## ENTRY OF DEFAULT

---

THIS  MATTER is before the Clerk's Office on Plaintiff's Second Unopposed Motion for Default Judgment Only As To Defendant Wesley Metzger.  Upon examination of our records, we find that:

(a)      Personal service on all named defendants was made as evidenced by the plaintiff's Summons and Returns of Service filed with the Court on April 13, 2005.

(b)      To date, no claim, answer, or other responsive pleading has been filed by defendant Wesley Metzger.

Therefore, DEFAULT only as to defendant Wesley Metzger may enter.

DONE at Denver, Colorado this _____ day of _____, 2005.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK


By: _____
    Deputy Clerk