IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, AND JERRY MILLS,

       Defendants.

---

## AMENDED RETURN OF SERVICE AS TO DEFENDANT WESLEY METZGER

---

    I, Kareem Carter, Special Agent with the Internal Revenue Service Criminal Investigation Division (IRS/CID), hereby certify the following:

    1. On April 12, 2005, I personally served defendant Wesley Metzger with the United States' Complaint for Interpleader and Injunctive Relief, and Summons, at defendant Metzger's residence in Castle Rock, Colorado.

    2. The Return of Service was filed with this Court on April 13, 2005, on which Return I inadvertently failed to include the complete address where defendant Metzger was served.

    3. Defendant Wesley Metzger was personally served at the following address:

Wesley Metzger
4600 North Mesa Drive
Castle Rock, Colorado 80108

    Dated this 12th day of September, 2005.

                                                       s/ Kareem Carter
                                                       Special Agent, IRS/CID