IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON,
WAYNE MAJORS,
**WESLEY METZGER**, and
JERRY MILLS,

    Defendant.

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the defendant **WESLEY METZGER**, on April 12, 2005, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Fed.R.Civ.P. 55(a).

DATED: September 12, 2005.

                              GREGORY C. LANGHAM, CLERK

                              s/Stephen P. Ehrlich
    By:  _____
                              Stephen P. Ehrlich, Chief Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEAH ANDERSON,
WAYNE MAJORS,
**WESLEY METZGER**, and
JERRY MILLS,

      Defendant.

---

**CERTIFICATE OF SERVICE (CM/ECF)**

---

      I hereby certify that on September 12, 2005, I mailed the **"Minute Order"** for using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

      And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

Wesley Metzger
4600 North Mesa Drive
Castle Rock, Colorado 80108

GREGORY C. LANGHAM, Clerk

By:   s/ Debra Brown
        Deputy Clerk