**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, AND JERRY MILLS

       Defendants.
_____

### DEFAULT JUDGMENT ONLY AS DEFENDANT TO WESLEY METZGER
_____

       THIS MATTER comes before the Court on the United States' Unopposed Motion for Default Judgment Only As To Defendant Wesley Metzger, the Court having reviewed said Motion FINDS:

       THAT The United States commenced this action pursuant to Rule 22 of the Federal Rules of Civil Procedure, and Title 22, United States Code, Section 1335;

       THAT all known interested parties have been provided an opportunity to respond;

       THAT after notice, defendants Leah Anderson, Wayne Majors, and Jerry Mills have file the requisite Answers in this matter;

       THAT after notice, defendant Wesley Metzger has failed to file an answer, motion for extension of time or other responsive pleadings, or to make an appearance at any hearing or conference in this matter;

2

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default judgment only as to defendant Wesley Metzger is hereby entered in favor of the United States; and

THAT Metzger is hereby restrained and enjoined from commencing any actions against the United States relative to the Subject Funds, and the United States is discharged from any liability to defendant Metzger relating to this action.

Dated this 12th day of September, 2005.

BY THE COURT:

s/ Robert E. Blackburn

ROBERT E. BLACKBURN
United States District Court Judge