**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON,
WAYNE MAJORS,
**WESLEY METZGER**, and
JERRY MILLS,

    Defendant.

---

**CERTIFICATE OF SERVICE (CM/ECF)**

---

    I hereby certify that on September 12, 2005, I mailed the **"Order"** for using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

    And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

Wesley Metzger
4600 North Mesa Drive
Castle Rock, Colorado 80108


                        GREGORY C. LANGHAM, Clerk


                        By:   s/ Debra Brown
                               Deputy Clerk