IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, AND JERRY MILLS

        Defendant(s).

_____

### UNITED STATES' RESPONSE TO MOTION FOR PROTECTIVE ORDER

        COMES NOW the United States of America, by and through Assistant United States Attorney James S. Russell, and in response to the Unopposed Motion for Protective Order filed by defendants Leah Anderson and Wayne Majors, states that:

        The United States does not oppose the Motion for Protective Order.

        The United States does not believe that the Douglas County Sheriff's Office has an investigation of defendant Jerry Mills.

        The United States in no way is conceding that its participation in or access to the depositions would be or would have been improper.

        Respectfully submitted,

        WILLIAM J. LEONE
        United States Attorney

.                                         s/ James S. Russell
James S. Russell, United States Attorney's Office
1225 17th Street, Suite 700, Denver, CO. 80202
Telephone: (303) 454-0100, Fax: (303) 454-0402
E-mail: James.Russell2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2005, I electronically file the foregoing UNITED STATES' RESPONSE TO MOTION FOR PROTECTIVE ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard B. Caschette
Justin G. Blankenship
Ross Whiting Pulkrabek
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, Colorado 80202
rcaschette@starrslaw.com
jblankenship@starrslaw.com
rpulkrabek@starrslaw.com

Steven Janiszewski, Esq.
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, Inc.
7979 E. Tufts Avenue Parkway, Ste 1300
Denver, Colorado 80237
sjaniszewski@riggsabney.com

                                          s/ James S. Russell
James S. Russell,
United States Attorney's Office
1225 17th Street, Suite 700,
Denver, CO. 80202
Telephone: (303) 454-0100,
Fax: (303) 454-0402
E-mail: James.Russell2@usdoj.gov