Case 1:05-cv-00637-REB-PAC Document 65-2 Filed 09/13/2005 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

---

### ORDER

---

    This matter comes before the Court on Defendant Leah Anderson and Wayne Majors's Sept 13, 05 Unopposed Motion for Protective Order [#64]. Upon a finding of good cause as described therein, said Motion is hereby GRANTED. The Court enters the following protective order pursuant to Fed.R.Civ.P. 26(c):

    1.    Transcripts of the depositions of Leah Anderson, Wayne Majors, and Jerry Mills (collectively, "the deposition transcripts") shall be made available only to Majors, Anderson, Mills, and their respective counsel. The deposition transcripts shall not be disclosed to any other person or entity, including but not limited to Plaintiff United States of America, except as provided herein.

    2.    Copies of the deposition transcripts, or any part thereof, filed with the Court or described in documents filed with the Court shall be submitted under seal in accordance with D.C.COLO.LCivR 7.3.

~~Case 1:05-cv-00637-REB-PAC   Document 65-2   Filed 09/13/2005   Page 2 of 2~~

3. The deposition transcripts may be used in this action only and shall not be used in any other proceeding.

4. At the close of this action, all copies of the deposition transcripts, including copies stored in digital format, shall be destroyed, deleted, or erased within thirty days after any non-appealable judgment, opinion, or order of dismissal is entered in the action.

5. Any person receiving a subpoena for one or more of the deposition transcripts, or any part thereof, shall immediately give written notice to the person(s) whose deposition transcript has been subpoenaed. The person receiving the subpoena shall refrain from producing the deposition transcript(s) until the person(s) whose deposition transcript has been subpoenaed has had a reasonable opportunity, not less than five full business days, to object to the subpoena.

6. All persons having possession or access to the deposition transcripts shall take all reasonable steps to preserve the confidentiality of the deposition transcripts. Violation of any provision of this order by any party to this case shall be punishable as contempt of court.

Dated 22 September, 2005.

S/ PATRICIA A COAN
PATRICIA A COAN
~~Judge Robert E. Blackburn~~
MAGISTRATE JUDGE

2