IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

## UNOPPOSED MOTION FOR ENLARGEMENT

    Defendants Leah Anderson ("Anderson") and Wayne Majors ("Majors"), through their counsel Richard B. Caschette, Ross W. Pulkrabek, and Justin G. Blankenship of Starrs Mihm & Caschette LLP, move for entry of an order enlarging their deadline to file a reply brief in support of their Motion for Summary Judgment [#45] up to and including October 12, 2005.  As grounds, Anderson and Majors state as follows:

    1.    Counsel for Anderson and Majors certify pursuant to D.C.COLO.LCivR 7.1A that they conferred with counsel for Jerry Mills ("Mills"), who does not oppose this motion.  The remaining named parties have been dismissed from this action.

    2.    Anderson and Majors state pursuant to D.C.COLO.LCivR 6.1C that this is the first extension of time sought by them with respect to this matter.

    3.    Mills filed his Response to Motion for Summary Judgment [#70] on September 19, 2005.  Therefore, Anderson and Majors's reply in support of their Motion

for Summary Judgment would be due October 4, 2005.  See D.C.COLO.LCivR 56.1A.

4. Mills unexpectedly raised a technical objection to the admissibility of certain exhibits to the Memorandum Brief in Support of Motion for Summary Judgment [#46] on the grounds that they are not self-authenticating.  See Response to Motion for Summary Judgment at 11-13.  Those exhibits include video recordings of statements personally made by Mills during an interview with Detective Ronnie Chavez of the Douglas County Sheriff's Office.  Mills does not actually contend that the exhibits are unauthentic.  See id.  Instead, Mills argues as a general proposition that non-self authenticating exhibits to a motion for summary judgment cannot be considered unless they have been authenticated through a witness's sworn testimony.  See id.

5. The parties will be deposing witnesses capable of authenticating the exhibits to which Mills has objected during the week of October 3, 2005.  In particular, Detective Chavez will be deposed on October 4, 2005, and it is anticipated that his testimony will authenticate the video recordings of statements against interest made by Mills.  Anderson and Majors intend to provide the Court with transcripts of the relevant deposition testimony when they file their reply in support of their Motion for Summary Judgment, thus mooting Mills's technical objections based on authenticity.

6. Stenographers often require as much as a week to prepare a final deposition transcript, depending upon the length of the deposition and their workload.  Anderson and Majors anticipate that they will have transcripts authenticating the exhibits to which Mills has objected by October 12, 2005.

7. This is a case that can and should be decided on summary judgment. The requested enlargement will allow Anderson and Majors to moot Mills's evidentiary objections to their Motion for Summary Judgment, thus narrowing the issues before the Court and facilitating the Court's ruling on the Motion for Summary Judgment.

8. For the foregoing reasons, the Court should find that Anderson and Mills have shown good cause under Fed.R.Civ.P. 6(b) for enlargement of their deadline to file a reply in support of their Motion for Summary Judgment.

9. A proposed order is submitted herewith in accordance with REB Civ. Practice Standard V.C.1.

WHEREFORE, Defendants Leah Anderson and Wayne Majors respectfully request that the Court enter an Order enlarging their deadline to file a reply brief in support of their Motion for Summary Judgment up to and including October 12, 2005.

Dated September 29, 2005.

s/ Ross W. Pulkrabek
Richard B. Caschette
Ross W. Pulkrabek
Justin G. Blankenship
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, CO 80202
Phone: (303) 592-5900
Fax: (303) 592-5910
rcaschette@starrslaw.com
rpulkrabek@starrslaw.com
jblankenship@starrslaw.com

*Attorneys for Defendants Leah Anderson and Wayne Majors*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Steven Janiszewski, Esq.
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, Inc.
7979 E. Tufts Avenue Parkway, Ste 1300
Denver, Colorado 80237
sjaniszewski@riggsabney.com

In addition, I certify pursuant to D.C.COLO.LCivR 6.1 D, that on September 29, 2005, the foregoing was served by United States Mail, postage prepaid, upon the following:

Leah Anderson and Wayne Majors
292 Starburst Circle
Castle Rock, CO 80104

        s/ Ross W. Pulkrabek
        Richard B. Caschette
        Ross W. Pulkrabek
        Justin G. Blankenship
        STARRS MIHM & CASCHETTE LLP
        1675 Broadway, Suite 1800
        Denver, CO 80202
        Phone:  (303) 592-5900
        Fax:  (303) 592-5910
        rcaschette@starrslaw.com
        rpulkrabek@starrslaw.com
        jblankenship@starrslaw.com

        *Attorneys for Defendants Leah Anderson and Wayne Majors*