IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

---

**ORDER**

---

    This matter comes before the Court on Defendants Leah Anderson and Wayne Majors's September 29, 2005, Unopposed Motion for Enlargement [#74].  Upon a finding of good cause as described therein, said Motion is hereby GRANTED.  The time for Defendants Anderson and Majors to file a reply in support of their Motion for Summary Judgment is enlarged up to and including October 12, 2005.

    Dated _____, 2005.

                                                          _____

                                                          Judge Robert E. Blackburn