1

1         IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLORADO

3   Case No. 05-CV-637-REB-PAC

4   THE UNITED STATES OF AMERICA,

5          Plaintiff,

6   vs.

7   LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

8          Defendants.

9

10              DEPOSITION OF RONNIE CHAVEZ
                    October 4, 2005
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CARPENTER REPORTING, INC.
(303) 752-1200


EXHIBIT F

84

1   A   No.
2   Q   I guess you get thick skin.
3   A   You just -- you don't know.
4   Q   Mr. Mills really isn't a very nice guy,
5   is he?
6       MR. JANISZEWSKI:  Objection as to form.
7   Q   (BY MR. CASCHETTE)  Is he?
8   A   I have no opinion on that.
9   Q   All right.  Let me see if you have an
10  opinion on this.  Let me hand you what is marked as
11  Deposition Exhibit 9.  Actually, it's two pages.  And
12  let me represent to you -- and I want you to tell me if
13  what I'm telling you seems incorrect -- that this is a
14  video -- this is a picture taken of a videotape that
15  you took of Mr. Mills on or about January 13th, 2005.
16  Does that appear to be Mr. Mills?
17  A   Yeah.
18  Q   All right.  So the first -- it says
19  Exhibit B to Exhibit 9.  That's Mr. Mills in the photo,
20  isn't it?
21  A   Uh-huh.
22  Q   And then read below that and tell me if
23  that -- that conversation that you had with Mr. Mills
24  was had during the course of that taped interview.
25      MR. JANISZEWSKI:  May I see this?

CARPENTER REPORTING, INC.
(303) 752-1200

85

1      MR. CASCHETTE: Yeah.
2    A   Okay.
3    Q   (BY MR. CASCHETTE) Is that what you
4 said and that's what he said during that interview?
5    A   Yeah. Sounds right.
6    Q   Let's go back to page 2 of Exhibit 9,
7 which is called Exhibit C. Is that Mr. Mills?
8    A   That is Mr. Mills.
9    Q   And below there is a -- a statement that
10 Mr. Mills made? Do you remember him making that
11 statement to you during that taped interview?
12   A   I do.
13   Q   All right. So Exhibit 9 fairly and
14 accurately represents the conversation that you had
15 with Mr. Mills on or about January 13th, 2005, at
16 your office; correct?
17   A   Correct.
18   Q   Thank you.
19      MR. JANISZEWSKI: Is that a different
20 exhibit?
21   A   It's the back page.
22   Q   (BY MR. CASCHETTE) Let me also show you
23 Deposition Exhibit 10. Let me ask you if you can
24 identify that.
25      MR. JANISZEWSKI: May I have a copy?

CARPENTER REPORTING, INC.
(303) 752-1200

Click the picture to play the video



Detective Chavez: And you brought with you a bag, right? What's---can you tell me what's in that bag real quick?

Mills: Roughly $120,000, twelve bundles.

Detective Chavez: Okay, and where did you get this from?

Mills: From J. Majors [Defendant Wayne J. Majors].

Detective Chavez: Okay, and during what course of action---how did you get that?

Mills: I picked up a bundle in Vegas for him and brought it back, and it contained $1.1 million, and I took it.

### Exhibit B



DEPOSITION EXHIBIT

Click the picture to play the video



Mills: I know it's not my money, you know,
and I know I have no right to it . . . .

Exhibit C