EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-RB-PAC

UNITED STATES OF AMERICA

        Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS,
WESLEY METZGER, AND JERRY MILLS

        Defendants

### AFFIDAVIT OF LEAH M. ANDERSON

    I, LEAH M. ANDERSON, being first duly sworn and under oath, state under penalty of perjury as follows:

    1.    I reside at 292 Starburst Circle, Castle Rock, Colorado 80104. I moved to Colorado in October 2003. Prior to moving to Colorado, I lived in Las Vegas, Nevada from January 2003 to October 2003. Before that, I lived in Reno, Nevada for several years.

    2.    I have read this affidavit carefully and it represents my sworn testimony.

    3.    I am married to Wayne Majors and have been since July 2002. Wesley Metzger is my brother.

    4.    I first met Jerry Mills ("Mills") in mid-2001, when he was hired as a handyman by my father-in-law's business, Major Brand Sales and Leasing. Prior to

employing Mills, we were told that he had recently been released from prison after serving 14 years for bank robbery and escape.

## MY ACCUMULATION OF THE INTERPLEADED FUNDS

5. Since 2002, I have been employed as the executive general administrator of American Legal, Inc. I am responsible for running the day-to-day operations of the business. Prior to American Legal, Inc., I was self-employed doing similar work for American Attorney Center, P.C. My occupation involves providing outsourced administrative support to bankruptcy lawyers, including advertising, billing, and collection services.

6. Beginning in 2002, I started saving the majority of my compensation. My husband and I were, and still are, involved in a dispute with the IRS regarding past tax liabilities. I was saving as much of my compensation as possible so that we would be able to pay whatever taxes and fines we are found to owe.

7. My gross compensation for the years 2002 to 2004 was as follows:

| Year | Employer | Description | Amount |
|---|---|---|---:|
| 2002 | American Attorney Center, P.C. | Nonemployee compensation | $116,895.00 |
| 2002 | American Legal, Inc. | Wages, tips, other compensation | $149,066.51 |
| 2002 | American Legal, Inc. | Nonemployee compensation | $484,428.57 |
| 2003 | American Legal, Inc. | Wages, tips, other compensation | $254,999.79 |
| 2004 | American Legal, Inc. | Wages, tips, other compensation | $364,999.88 |
| | | | **$1,370,389.75** |

Copies of Form W-2 and Paystub Details reflecting my compensation for 2002 to 2004 are attached hereto as Exhibit A.

8.  For the past few years, my practice has been to keep a large amount of my money in cash, rather than solely in bank accounts. I started doing this after the IRS unlawfully seized money and other property from me in June 2002, while I was still living in Reno, Nevada. Although the IRS eventually returned the funds to me, the episode persuaded me that it would be best not to keep all of my money in the bank until our dispute with the IRS is resolved in due course.

9.  I estimate that, by December 2004, I had accumulated cash totaling between $700,000 and $750,000. The following is a summary of how I came to possess the cash that ultimately was stolen by Mills:

| | |
|---|---:|
| Loan repayment checks cashed | $250,000 |
| Heritage Bank - Anderson Management Co. | 18,900.00 |
| Heritage Bank - Personal Account | 32,665.00 |
| CalFed | 91,200.00 |
| Wells Fargo - Personal Account | 316,275.00 |
| Wells Fargo - Cash back from deposits | 49,976.37 |
| Paychecks cashed and never deposited | 93,559.47 |
| **Subtotal amount converted to cash** | **$852,575.84** |
| Estimated amount of cash spent | <$100,000.00 - $150,000.00> |
| **Total cash at time of theft by Mills (est.)** | **$700,000.00 - $750,000.00** |

3

Each of the above transactions is discussed in more detail below.

10. I received five checks from Major Brand Sales and Leasing totaling $250,000 in repayment for a loan I had made to my father-in-law's business. I cashed each of these checks, receiving the cash in $100 bills bundled in packets of $10,000. Checks were cashed as follows:

| Date | Check Number | Amount |
|---|---|---|
| 8/20/02 | 1172 | $50,000.00 |
| 8/21/02 | 1175 | 50,000.00 |
| 8/22/02 | 1176 | 50,000.00 |
| 8/30/02 | 1183 | 50,000.00 |
| 9/13/02 | 1198 | 50,000.00 |
| | | **$250,000** |

11. Between June 13, 2002 and July 5, 2002, I cashed out my Anderson Management Company account at Heritage Bank for a total of $18,900.00 as follows:

| Date | Check Number | Amount |
|---|---|---|
| 6/13/02 | 1070 | $9,200.00 |
| 6/17/02 | 1071 | 6,700.00 |
| 7/5/02 | 1085 | 3,000.00 |
| | | **$18,900** |

True and correct copies of checks for cash drawn on my Anderson Management Company account at Heritage Bank are attached as Exhibit B.

12. Between June 10 and September 23, 2002, I drew down my personal account at Heritage Bank. I wrote the following six checks for cash totaling $24,365.00:

4

| Date | Check Number | Amount |
|---|---|---|
| 7/9/02 | 1034 | $4,335.00 |
| 7/22/02 | 1041 | 6,000.00 |
| 7/26/02 | 1046 | 4,950.00 |
| 7/31/02 | 1048 | 3,000.00 |
| 8/16/02 | 1062 | 3,300.00 |
| 9/23/02 | 1090 | 2,780.00 |
| | | **$24,365.00** |

I received most of this cash in $100 bills. True and correct copies of the checks for cash are attached hereto as Exhibit C.

13.    At the beginning of October 2002, I opened an account at Cal Fed Banking in Reno, Nevada by depositing checks totaling $92,200.00. Between October 15 and 24, 2002, wrote checks for cash totaling $47,500.00 on my account at Cal Fed Banking as follows:

| Date | Check Number | Amount |
|---|---|---|
| 10/15/02 | 501 | $9,000.00 |
| 10/18/02 | 502 | 8,500.00 |
| 10/24/02 | 503 | 30,000.00 |
| | | **$47,500.00** |

At the end of October 2002, I withdrew the remainder of my balance at Cal Fed Banking in the form of a cashier's check for $43,700.00, which I later exchanged for cash. I received all of the cash from the bank in $100 bills. True and correct copies of account statements at Cal Fed Banking are attached hereto as Exhibit D.

14. Between December 27, 2002 and December 17, 2004, I made cash withdrawals totaling $316,275.00 from my personal account at Wells Fargo Bank. I received most of the cash in $100 bills. The withdrawals were as follows:

| Date | Check Number | Amount |
| --- | --- | --- |
| 12/27/02 | | $1,400.00 |
| 12/31/02 | 97 | 2,600.00 |
| 2/12/03 | 1018 | 30,000.00 |
| 2/23/03 | 1019 | 30,000.00 |
| 3/7/03 | 1026 | 22,500.00 |
| 3/28/03 | 1029 | 4,500.00 |
| 4/25/03 | 1034 | 6,500.00 |
| 5/28/03 | 1045 | 6,000.00 |
| 12/17/03 | 1082 | 1,200.00 |
| 1/22/04 | 1088 | 4,000.00 |
| 2/27/04 | 1093 | 2,400.00 |
| 3/5/04 | 1096 | 3,600.00 |
| 3/12/04 | 1098 | 3,600.00 |
| 3/19/04 | 1099 | 5,000.00 |
| 3/26/04 | 1100 | 9,000.00 |
| 4/2/04 | 1101 | 20,000.00 |
| 4/2/04 | 1103 | 30,000.00 |
| 4/7/04 | 1104 | 5,850.00 |
| 4/15/04 | 1105 | 4,100.00 |
| 4/16/04 | 1106 | 4,100.00 |
| 4/23/04 | 1108 | 4,600.00 |
| 4/30/04 | 1109 | 4,000.00 |
| 5/11/04 | 1110 | 5,000.00 |

| Date | Check No. | Amount |
|---|---|---|
| 5/17/04 | 1113 | 5,000.00 |
| 5/21/04 | 1114 | 4,600.00 |
| 6/1/04 | 1115 | 5,000.00 |
| 6/4/04 | 1117 | 4,000.00 |
| 6/14/04 | 1118 | 5,000.00 |
| 6/22/04 | 1119 | 5,000.00 |
| 6/25/04 | 1120 | 4,000.00 |
| 7/7/04 | 1121 | 4,600.00 |
| 8/16/04 | 1129 | 8,000.00 |
| 8/20/04 | 1130 | 4,600.00 |
| 9/3/04 | 1139 | 3,000.00 |
| 9/14/04 | 1145 | 4,300.00 |
| 9/20/04 | 1150 | 4,300.00 |
| 9/27/04 | 1154 | 3,500.00 |
| 10/1/04 | 1163 | 2,700.00 |
| 10/4/04 | 1165 | 1,700.00 |
| 10/12/04 | 1171 | 3,695.00 |
| 10/15/04 | 1178 | 4,500.00 |
| 10/26/04 | 1186 | 4,430.00 |
| 11/8/04 | 1123 | 3,000.00 |
| 11/17/04 | 1125 | 4,600.00 |
| 11/24/04 | 1133 | 4,600.00 |
| 12/1/04 | 1137 | 2,700.00 |
| 12/4/04 | 1196 | 2,000.00 |
| 12/6/04 | 1143 | 1,200.00 |
| 12/17/04 | 1202 | 6,000.00 |
| | | **$316,275.00** |

In addition, I received cash back from Wells Fargo in lieu of depositing my entire paycheck from American Legal, Inc. as follows:

| Date | Am. Legal Check No. | Check Amt. | Amt. Received as Cash Back |
|---|---|---|---|
| 1/24/03 | 1878 | $3076.31 | $2,150.00 |
| 7/11/03 | 2316 | 3,472.46 | 2,800.00 |
| 7/29/03 | 2355 | 3,472.46 | 2,900.00 |
| 8/4/03 | 2377 | 3,472.46 | 2,700.00 |
| 8/8/03 | 2393 | 3,100.00 | 3,100.00 |
| 8/19/03 | 2423 | 3,472.46 | 3,000.00 |
| 9/5/03 | 2461 & 2478 | 6,944.91 | 5,800.00 |
| 10/10/03 | 2558 & 2570 | 7,853.46 | 6,671.70 |
| 10/31/03 | 2631 | 3,926.73 | 822.17 |
| 11/14/03 | 2661 | 3,926.72 | 2,869.75 |
| 12/9/03 | 2708 | 3,926.73 | 2,595.10 |
| 12/19/03 | 2731 | 3,926.73 | 2,700.00 |
| 1/2/04 | 1013 | 3,926.73 | 1,935.00 |
| 1/26/04 | 1024 | 3,597.65 | 1,932.65 |
| 8/10/04 | 1850 | 15,000.00 | 8,000.00 |
| | | | **$49,976.37** |

True and correct copies of bank and paycheck records reflecting the above transactions are attached hereto as Exhibit E. Prior to November 2003, the above transactions would have occurred at Wells Fargo branch offices in Reno or Las Vegas, Nevada. Several of the transactions occurred at the Park Lane branch office of Wells Fargo in Reno, Nevada.

8

15. Between January 2003 and February 2004, I cashed a total of $93,559.47 paychecks that were never deposited into any bank account. Copies of those paychecks are attached hereto as Exhibit F.

16. I estimate that I spent between $100,000 and $150,000 of the net cash saved during the period 2002 to 2004.

17. As of mid-December 2004, I was planning to put the money I had saved in a safe deposit box before leaving town for the holidays. Unfortunately, I ran out of time, so I put the money I had saved into fire-proof metal boxes and hid them in my brother's attic. Each box was able to hold approximately $250,000. My brother helped me put the boxes in his attic. Two of the boxes were full of cash and a third box was mostly full. I estimate that I had somewhere between $200,000 and $250,000 in the third box. The total amount of cash that I stored in my brother's attic was somewhere between $700,000 and $750,000.

### HOW JERRY MILLS STOLE MY MONEY

18. In December 2003, American Legal, Inc. hired Mills to handle clerk, courier, collections, and other miscellaneous tasks. Mills seemed like a dependable worker and never missed a day of work, although he often would tell us incredible stories about his past, gambling, drugs, bank robberies, and his time in prison.

19. On December 21, 2004, my family departed for Mobile, Alabama, where we were to spend Christmas. My brother and his wife left home at about 8:00 a.m. My

husband and I were delayed briefly because one of our horses needed care. Mills assured us that he could take care of the horse and that we should enjoy our vacation.

20. While I was out of town, Mills was left to handle administrative tasks and courier calls for American Legal, Inc. from my office, which was located in the basement of my brother's house. Mills had a key to the basement entrance of my brother's house.

21. My husband and his sons returned from Alabama on December 28, 2004, and I returned on December 29, 2004.

22. Mills did not show up for work on December 29, 2004, as scheduled. He could not be reached on his radio. He was not at his house, and his car was missing. I eventually became nervous about Mills's unexpected disappearance and discovered that my money was missing from my brother's attic.

23. I filed a police report with Officer Compton of the Douglas County Sheriff's Office on December 31, 2004. Officer Compton told me that I would hear from an investigator.

## IDENTIFICATION OF THE MONEY

24. I have reviewed various photographs of the interpleaded funds that were taken by the United States of America. Based on the bands around some of the cash that was photographed, I am able to identify those funds as the money that I had hidden in my brother's attic and that was stolen from me by Mills.

25.     The photograph in Exhibit G at page 000877 clearly depicts money that I received from the Wells Fargo office at the Park Lane Mall in Reno, Nevada, where I used to do a lot of my banking. I lived in Reno, Nevada until January 2003. The address of the Park Lane office of Wells Fargo is 390 East Plumb Lane, Reno, NV 89502. For the Court's reference, I have attached a copy of one of my deposit slips for the Park Lane office as Exhibit H, as well as a map that accurately reflects the bank's location in relation to the Park Lane Mall in Reno as Exhibit I. Several additional photographs showing Wells Fargo's three-diamond symbol on bands of cash I received are shown in Exhibit G at 000876, 000878-000882, and 000891.

26.     Two of the bundles of cash depicted in Exhibit G at page 000878 and two of the bundles at page 000879 is money that I received from Heritage Bank, where I had a personal checking account.

27.     I also recognize the handwritten numbers on the bills depicted in Exhibit J. The numbers were written on the top of stacks of bills by my husband after they had been counted and rubber-banded together.

28.     The money that was photographed by the United States of America and interpleaded into this case is the same money that I earned from my employment at American Legal, Inc, that I was temporarily storing in my brother's attic in late December 2004, that Mills stole from my brother's attic, and that ultimately was interpleaded by the United States of America in this case.

11

Further Affiant Sayeth Naught

_____   11-17.05
Leah M. Anderson                   Date

STATE OF COLORADO  )
                   ) ss.
DENVER COUNTY      )

Subscribed and sworn to before me, in my presence, on Nov. 17, 2005 by Leah M. Anderson.

My commission expires: My Commission Expires 09/24/2007.

(SEAL)

_____ NOTARY PUBLIC

12