EXHIBIT A

Form 1099-MISC - Instructions for Recipient

Box 6. Report on Schedule C or C-EZ (Form 1040).

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No 1545-0115 |
|---|---|---|---|
| American Legal, Inc.<br><br>4790 Caughlin Pkwy No 324<br>Reno NV 89509<br>(916) 649-0777 | 3 Other income $ | 4 Federal income tax withheld $ | **2002**<br>Miscellaneous Income |
| | 5 Fishing boat proceeds $ | 6 Medical & health care pmts. $ | Form 1099-MISC |
| PAYER'S Federal identification number: 86-0873736 | RECIPIENT'S identification number: 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 | 7 Nonemployee compensation $ 484428.57 | 8 Substitute payments in lieu of dividends or interest $ | Copy B<br>For Recipient |
| RECIPIENT'S name<br>Leah M. Anderson<br>Anderson Management Co<br>3401 Arden Creek Rd<br>Sacramento CA 95825 | 9. Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| | 15 | | |
| Account number (optional) | 16 State tax withheld $ <br>$ | 17 State/Payer's state no. | 18 State income $ <br>$ |

Form **1099-MISC**

Department of the Treasury - Internal Revenue Service

| | | | |
|---|---|---|---|
| a Control number: 1 | | Copy B To Be Filed With Employee's FEDERAL Tax Return. OMB No. 1545-0008 | |
| b Employer identification number: 86-0873736 | | 1 Wages, tips, other comp. 149066.51 | 2 Fed. income tax withheld 38141.00 |
| c Employer's name, address, and ZIP code: American Legal, Inc. 4790 Caughlin Pkwy #324 Reno NV 89509-0907 | | 3 Social security wages 84900.00 | 4 Soc. sec. tax withheld 5263.80 |
| | | 5 Medicare wages and tips 149066.51 | 6 Medicare tax withheld 2161.46 |
| | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number: 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 | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code: Leah M. Anderson 4790 Caughlin Parkway No 324 Reno NV 89509 | | 11 Nonqualified plans | 12a See inst. for box 12 |
| | | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | | 14 Other | 12c |
| | | | 12d |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2002** (Rev. February 2002)
39-1908647   Department of the Treasury -- Internal Revenue Service
This information is being furnished to the Internal Revenue Service.

2 BW2EEBC    NTF 2558205    Copyright 2002 Greatland/Nelco – Forms Software Only

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 |
|---|---|---|---|
| American Attorney Center, P.C.<br>1565 River Park Dr., Ste A<br>Sacramento CA 95815-4601<br>(916) 649-0777 | 3 Other income $ | 4 Federal income tax withheld $ | **2002**<br>**Miscellaneous Income** |
| | 5 Fishing boat proceeds $ | 6 Medical & health care pmts. $ | Form 1099-MISC |
| PAYER'S Federal identification number: 91-1819346 | RECIPIENT'S identification number: 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 | 7 Nonemployee compensation $ 116895.00 | 8 Substitute payments in lieu of dividends or interest $ | Copy B<br>For Recipient |
| RECIPIENT'S name<br>Leah  M. Anderson<br>Anderson Management Co<br>890 E Parr Blvd.<br>Reno NV 89512 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| | 15 | | |
| Account number(optional) | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form 1099-MISC DXA                                                           Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 |
|---|---|---|---|
| American Attorney Center, P.C.<br>1565 River Park Dr., Ste A<br>Sacramento CA 95815-4601<br>(916) 649-0777 | 3 Other income $ | 4 Federal income tax withheld $ | **2002**<br>**Miscellaneous Income** |
| | 5 Fishing boat proceeds $ | 6 Medical & health care pmts. $ | Form 1099-MISC |
| PAYER'S Federal identification number: 91-1819346 | RECIPIENT'S identification number: 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 | 7 Nonemployee compensation $ 116895.00 | 8 Substitute payments in lieu of dividends or interest $ | Copy 2<br>To be filed with recipient's state income tax return, when required. |
| RECIPIENT'S name<br>Leah  M. Anderson<br>Anderson Management Co<br>890 E Parr Blvd.<br>Reno NV 89512 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | |
| | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| | 15 | | |
| Account number(optional) | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form 1099-MISC DXA                                                           Department of the Treasury - Internal Revenue Service

---

## Form 1099-MISC - Instructions for Recipient

Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals.

Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on line 21 of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 30% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf after transfer of your securities for use in a short sale. Report on line 21 of Form 1040.

**Box 9.** If marked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for line 58.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15.** Other information may be provided to you in box 15.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

| a Control number 1 | | OMB No. 1545-0008 | | Visit the IRS Web Site at www.irs.gov |
|---|---|---|---|---|
| b Employer identification number 86-0873736 | | | 1 Wages, tips, other compensation 254999.79 | 2 Federal income tax withheld 63088.00 |
| c Employer's name, address, and ZIP code AMERICAN LEGAL, INC. 890 E PARR BLVD RENO   NV   89512 | | | 3 Social security wages 87000.00 | 4 Social security tax withheld 5394.00 |
| | | | 5 Medicare wages and tips 254999.79 | 6 Medicare tax withheld 3697.50 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name LEAH M.   ANDERSON 890 E PARR BLVD RENO   NV   89512 | | | 11 Nonqualified plans | 12a |
| | | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | | | 14 Other | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |
| 15 State   Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |

Form **W-2** Wage and Tax Statement          **2003**          Department of the Treasury - Internal Revenue Service

Copy B To Be Filed with Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.
DAA

# Paystub Detail

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Check Date: 12/31/2004
Pay Period: 12/24/2004 - 12/30/2004
Check No.:

## Personal Information

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

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

Direct Deposit

## Earnings and Hours

| Description | Qty | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | 7,307.69 | 363,999.88 |
| Bonus | | | | 1,000.00 |
| Total | | | 7,307.69 | 364,999.88 |

## Deductions from gross

| Description | Qty | Rate | Current | YTD |
|---|---|---|---|---|
| Total | | | | |

## Taxable Company Contributions

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Withholding | -1,983.00 | -97,703.00 |
| Medicare Employee | -105.96 | -5,292.50 |
| Social Security Employee | 0.00 | -5,449.80 |
| Total | -2,088.96 | -108,445.30 |

## Adjustments to Net Pay

| Description | Current | YTD |
|---|---|---|
| Deposit to #6471615143 | -5,218.73 | |
| Total | -5,218.73 | |

## Summary

| | Current | YTD |
|---|---|---|
| Earnings | 7,307.69 | 364,999.88 |
| Deductions from gross | 0.00 | 0.00 |
| Taxes | -2,088.96 | -108,445.30 |
| Adjustments | -5,218.73 | 0.00 |
| NET PAY | 0.00 | 256,554.58 |

| | Used | Available | Status | Allowances | Extra |
|---|---|---|---|---|---|
| Sick | 0:00 | 0:00 | Federal | Married | 2 |
| Vacation | 0:00 | 0:00 | | | |