EXHBIT B

ERSON MANAGEMENT COMPANIES INT'L                94-181/1212                    1070
...PARKWAY, #323  775-348-8055                  10100456

                                                DATE June 13 02

Cash                                                              $9200-

PAY TO THE ORDER OF ...Grand Sub Maund Ltd - P/w         DOLLARS

...Reno NV 89510
...Reno NV 89502

121201814 1070   101004156   000097 00000

000186

```
                                                                    1071
ANDERSON MANAGEMENT COMPANY    Heritage Bank      94-181/1212
4790 CAUGHLIN PARKWAY, #324  775-348-6051         101000455
RENO, NV  89509                                              DATE June 17 02
                                    JUN 17 2002
                                                                $ 6705
PAY TO THE ORDER OF  Cash
Six Thousand Seven Hundred Five                              DOLLARS

Heritage
Bank of Nevada
P.O. Box 11920 • Reno, NV 89510
1401 S. Virginia • Reno, NV 89502               [signature] Leah M____

MEMO

⑆121201814⑆ 1071   1010084156⑈ 043   ⑈000006705000⑆
```

000109

