EXHIBIT C

**Check 1046** — Leah M. Anderson, 4790 Caughlin Pkwy. #324, Reno, NV 89509
Date: July 26 02
Pay To The Order Of: Cash
$4950-
Four Thousand Nine Hundred Fifty -
Heritage Bank of Nevada, P.O. Box 11920, Reno, NV 89510, 1401 S. Virginia, Reno, NV 89502
Stamped: Heritage Bank of Nevada, JUL 26 2002, TELLER #2
Signed: Leah M Anderson
⑆121201814⑆ 1046  1010004198″043 ⑆00000495000⑆

**Check 1041** — Leah M. Anderson, 4790 Caughlin Pkwy. #324, Reno, NV 89509
Date: July 22 02
Pay To The Order Of: Cash
$6000=
Six Thousand
Heritage Bank of Nevada, P.O. Box 11920, Reno, NV 89510, 1401 S. Virginia, Reno, NV 89502
Stamped: Heritage Bank of Nevada, JUL 23 2002, TELLER #6
Signed: Leah M Anderson
⑆121201814⑆ 1041  1010004198″043 ⑆00000600000⑆

**Check 1048** — Leah M. Anderson, 4790 Caughlin Pkwy. #324, Reno, NV 89509
Date: July 31 02
Pay To The Order Of: Cash
$3000-
Three Thousand -
Heritage Bank of Nevada, P.O. Box 11920, Reno, NV 89510, 1401 S. Virginia, Reno, NV 89502
Stamped: Heritage Bank of Nevada, JUL 31 2002, TELLER #5
Signed: Leah M Anderson

**Check 1034** — Leah M. Anderson, 4790 Caughlin Pkwy. #324, Reno, NV 89509
Date: July 7 02
Pay To The Order Of: Cash
$4335-
Four Thousand Three Hundred Thirty Five
Heritage Bank of Nevada, P.O. Box 11920, Reno, NV 89510, 1401 S. Virginia, Reno, NV 89502
Signed: Leah M Anderson
⑆121201814⑆ 1034  1010004198″043 ⑆00000433500⑆

4790 CAUGHLIN PKWY. #324
RENO, NV 89509

AUG 16 2002
TELLER # 4

Date Aug 16 02

Pay To
The Order Of  Cash

$3300—

Three Thousand Three Hundred — /100 Dollars

HERITAGE BANK OF NEVADA
P.O. BOX 11920
RENO, NV 89510
1401 S. VIRGINIA
RENO, NV 89502

For _____

⑆121201814⑆ 1062  1010004198⑈043  ⑈00000330000⑈

4790 CAUCHLIN PKWY. #324
RENO, NV 89509

Date: Sept 23 02

Heritage Bank of Nevada

Pay To The Order Of: Cash          $ 2130—

Two Thousand Seven Hundred Eighty —/xx Dollars

SEP 25 2002
TELLER #6

HERITAGE BANK OF NEVADA
P.O. BOX 11920
RENO, NV 89510
1401 S. VIRGINIA
RENO, NV 89502

For _____

/s/ Leah M Curd

⑆121201814⑆ 1090 1010004198⑉043 ⑈0000278000⑈