EXHIBIT D



**CAL FED BANKING**

2375 So. Virginia ST
Reno, NV 89502

890

LEAH M ANDERSON
4790 CAUGHLIN PKWY # 324
RENO NV 89509-0907

**Account Statement**
October 1, 2002 - October

Account Number  890-42559
Enclosures  3
Questions? Call 1-800-843-2265

890-425591-9

Thank you for banking with us.

**Infinity Checking**

| | |
|---|---|
| Previous balance | $ 0.00 |
| Deposits and credits | + 91,200.00 |
| Withdrawals and debits | - 47,500.00 |
| New balance | $ 43,700.00 |

**Deposits and Credits**

| Trans. Date | Date Posted | Description | |
|---|---|---|---|
| 10/01 | 10/01 | Opening Deposit | |
| 10/02 | 10/02 | Deposit | |
| 10/08 | 10/08 | Deposit | |
| Total | | | $ 91,2... |

**Debits and Withdrawals**

Checks

| Check Number | Date Paid | | Amount |
|---|---|---|---|
| 501 | # 10/15 | Br 890 | 9,000.00 |
| 502 | # 10/18 | Br 890 | 8,500.00 |
| 503 | # 10/24 | Br 890 | 30,000.00 |
| Total | | | $ 47,500.00 |

\# Indicates check cashed in branch

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 100.00 | 10/08 | 91,200.00 | 10/18 | 73,700.00 |
| 10/02 | 50,100.00 | 10/15 | 82,200.00 | 10/24 | 43,700.00 |

Minimum Balance  $ 100.00

Average Daily Balance  $ 68,612.00

**CAL FED**
**BANKING** +

2375 So. Virginia ST
Reno, NV 89502

## Account Statement
October 26, 2002 - November 27, 2002

045002

Account Number   890-425591-9
Enclosures       0
Questions? Call 1-800-843-2265    Page 1

890   LEAH M. ANDERSON
      4790 CAUGHLIN PKWY # 324
      RENO         NV 89509-0907

+ Effective November 13, 2002 Cal Fed Bank became Citibank (West), FSB.

### Thank you for banking with us.

### Infinity Checking                                890-425591-9

| | |
|---|---:|
| Previous balance | $ 43,700.00 |
| Deposits and credits | + 0.00 |
| Withdrawals and debits | - 43,700.00 |
| New balance | $ 0.00 |

**Debits and Withdrawals**

**Other Transactions and Service Fees**

| Trans. Date | Posted Date | Description | Amount |
|---|---|---|---:|
| 10/28 | 10/28 | Withdrawal | 43,700.00 |
| | | Total | $ 43,700.00 |

**Daily Balance**

| Date | Balance | Date | Balance |
|---|---:|---|---:|
| 10/26 | 43,700.00 | 10/28 | 0.00 |

Minimum Balance   $ 0.00

Average Daily Balance   $ 43,700.00

ATTENTION HOMEOWNERS: Visit your Cal Fed branch to apply for Cal Fed's Equity Prime line of credit. For an instant initial credit decision, call 1-800-CAL FED4 and your application will be taken over the phone. Or apply online at www.calfed.com.

OUR LOWEST HOME EQUITY RATES IN 25 YEARS! Visit your Cal Fed branch to apply for Cal Fed's Equity Prime line of credit. For an instant initial credit decision, call 1-800-CAL FED4 and your application will be taken over the phone. Or apply online at www.calfed.com.

IS FDIC INSURANCE IMPORTANT TO YOU? Call 1-800-THE BANK today for the current rates being paid on Certificates of Deposit and the Money Market Advantage account. Or log on to www.calfed.com. You Have The Power To Grow Your Money.

**OFFICIAL CHECK**

**CAL FED**
CALIFORNIA FEDERAL BANK F.S.B.

340 STILLWATER ROAD
WEST SACRAMENTO, CA 95605-1649

16-3717/1220   012671101 9

DATE

AMOUNT

FORTY THREE THOUSAND SEVEN HUNDRED and 00/100************Dollars

PAY TO THE ORDER OF

REMITTER

NON NEGOTIABLE
AUTHORIZED SIGNATURE
CUSTOMER COPY
DRAWER: CALIFORNIA FEDERAL BANK
NOT VALID FOR $10,000.00 OR MORE
WITHOUT VALID SECOND SIGNATURE

Issued by Integrated Payment Systems Inc., Englewood, Colorado  Wells Fargo Bank Ltd. N.A., Los Angeles, CA