EXHIBIT E

# Account Statement

December 11, 2,002 through January 10, 2003
Account Number: 647-1615143
Page 1 of 3
40,150

**WELLS FARGO**

```
LEAH M ANDERSON
4790 CAUGHLIN PKWY APT 324
RENO NV 89509-0907
```

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

## Wells Fargo Free Checking

Leah M Anderson
**Account Number:** 647-1615143

## Activity summary

| | |
|---|---|
| Balance on 12/11 | $0.00 |
| Deposits | 9,887.23 |
| Withdrawals | - 7,249.88 |
| Balance on 01/10 | $2,637.35 |

## Activity detail
### Deposits

| Date | Description | $ Amount |
|---|---|---|
| 12/11 | Deposit Cash to open account | 100.00 |
| 12/23 | Deposit paycheck # 1844 | 3,355.46 |
| 12/27 | Deposit paycheck # 5010 | 3,355.46 |
| 01/03 | Deposit paycheck # 5028 | 3,076.31 |
| **Total deposits** | | $9,887.23 |

**WELLS FARGO**

December 11, 2,002 through January 10, 2003
Account Number: 647-1615143
Page 2 of 3
  40,151

## Withdrawals
### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|--------|------|----------|
| 093 | 12/23 | 200.00 | 095 | 12/30 | 78.48 | 098* | 01/08 | 1,000.00 |
| 094 | 12/27 | 202.42 | 096 | 12/30 | 126.85 | 099 | 01/06 | 550.00 |

Total checks
* Gap in Check Sequence

$2,157.75

### Other withdrawals

| Date | Description | $ Amount |
|------|-------------|----------|
| 12/27 | Withdrawal Made In A Branch/Store | |
| 12/30 | Peoples Bank Speedpay 021227 221172180612461 Leah Anderson | 1,400.00 |
| 12/31 | Withdrawal Made In A Branch/Store | 1,000.00 |
| 01/06 | POS Purchase - 01/05 Mach ID 000000 4855 Kietzke Lawal-Mart #Reno S Nv 7902 | 2,600.00 |
| | | 92.13 |

Total other withdrawals

$5,092.13

**Total withdrawals**

$7,249.88

## Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|-----------|------|-----------|------|-----------|
| 12/11 | 100.00 | 12/30 | 3,803.17 | 01/06 | 3,637.35 |
| 12/23 | 3,255.46 | 12/31 | 1,203.17 | 01/08 | 2,637.35 |
| 12/27 | 5,008.50 | 01/03 | 4,279.48 | | |

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | | Check number: 1844 | | Pay Period: 12/13/2002 - 12/19/2002 | | Pay Date: 12/20/2002 |
|---|---|---|---|---|---|---|---|

**Employee**

Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|
| ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 144,451.13 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,193.00 | -36,948.00 |
| Medicare Employee | -66.92 | -2,094.54 |
| Social Security Employee | | -5,263.80 |
| | -1,259.92 | -44,306.34 |

| Net Pay | 3,355.46 | 100,144.79 |
|---|---|---|

American Legal, Inc , 4790 Caughlin Parkway, #324, Reno, NV 89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV  89509


Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509


| Employee Paystub | | Check number: 5010 | | | Pay Period: 12/20/2002 - 12/26/2002 | | Pay Date: 12/27/2002 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | \*\*\*-\*\*-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 149,066.51 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,193.00 | -38,141.00 |
| Medicare Employee | | | -66.92 | -2,161.46 |
| Social Security Employee | | | | -5,263.80 |
| | | | -1,259.92 | -45,566.26 |
| **Net Pay** | | | 3,355.46 | 103,500.25 |

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV  89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV  89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | | Check number: 5028 | | | Pay Period: 12/27/2002 - 01/02/2003 | Pay Date: 01/02/2003 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 4,615.38 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,186.00 | -1,186.00 |
| Social Security Employee | -286.15 | -286.15 |
| Medicare Employee | -66.92 | -66.92 |
| | -1,539.07 | -1,539.07 |
| Net Pay | 3,076.31 | 3,076.31 |

American Legal, Inc , 4790 Caughlin Parkway #324, Reno, NV 89509

## Account Statement

January 11 through February 11, 2003
Account Number: 647-1615143
Page 1 of 3
41,760

**WELLS FARGO**

LEAH M ANDERSON
3401 ARDEN CREEK RD
SACRAMENTO CA 95825-0445

**Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

THE FOLLOWING CHANGES ARE EFFECTIVE APRIL 1, 2003. *DOCUMENT COPIES (CHECKS & STATEMENTS), NO CHARGE FOR CHECK SAFEKEEPING CUSTOMERS & $3 PER ITEM FOR NON- CHECK SAFEKEEPING CUSTOMERS. PLEASE SEE YOUR BANKER ABOUT OUR FREE CHECK SAFEKEEPING SERVICE. *LEGAL PROCESS FEE, $60 PER REQUEST. THESE FEES MAY NOT APPLY TO YOU. FOR QUESTIONS, PLEASE CONTACT YOUR WELLS FARGO BANKER OR CALL 1-800-TO-WELLS (1-800-869-3557). WE APPRECIATE YOUR BUSINESS & LOOK FORWARD TO CONTINUING TO SERVE YOUR FINANCIAL NEEDS.

*EFFECTIVE 6/2/03 FOR QUARTERLY SAVINGS.

## Wells Fargo Free Checking

Leah M Anderson
**Account Number:** 647-1615143

## Activity summary

| | |
|---|---:|
| Balance on 01/10 | |
| Deposits | $2,637.35 |
| Withdrawals | 77,299.16 |
| | - 4,638.03 |
| Balance on 02/11 | $75,298.48 |

**WELLS FARGO**

January 11 through February 11, 2003
Account Number: 647-1615143
Page 2 of 3
41,761

## Activity detail
### Deposits

| Date | Description | $ Amount |
|------|-------------|----------|
| 01/17 | Deposit paycheck # 1859 | |
| 01/24 | Deposit paycheck #1818 *3076.31* (cash back *2150.00*) | 3,076.31 |
| 01/27 | Deposit # returned from IRS (was originally seized 6/5/02) | 926.31 |
| 01/29 | Check Crd Pur Rtrn 01/28 Hdd Harley REN00027417 Reno Nv 432371XXXXX7902 74399000WMYA6HJ1F ?MCC= 5571 321270742DA | 69,400.00 / 31.05 |
| 02/10 | Bank By Mail Deposit paycheck *1907 - 3076.31 /expense reimb check #1913 from AL *789.18* | 3,865.49 |

| Total deposits | **$77,299.16** |
|---|---|

## Withdrawals
### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|--------|------|----------|
| 1001 | 01/16 | 300.00 | 1007 | 01/27 | 2,201.77 | 1013 | 02/05 | 100.00 |
| 1002 | 01/17 | 20.00 | 1008 | 01/28 | 78.48 | 1014 | 02/05 | 185.00 |
| 1003 | 01/13 | 150.00 | 1009 | 01/27 | 20.00 | 1015 | 02/03 | 69.95 |
| 1004 | 01/14 | 40.00 | 1010 | 02/05 | 26.00 | 1016 | 02/11 | 133.10 |
| 1005 | 01/27 | 321.70 | 1011 | 01/31 | 15.16 | | | |
| 1006 | 01/21 | 53.88 | 1012 | 02/03 | 20.00 | | | |

| Total checks | **$3,735.04** |
|---|---|

### Other withdrawals

| Date | Description | $ Amount |
|------|-------------|----------|
| 01/13 | Check Crd Purchase 01/10 Red Lobster 00004721 Reno Nv 432371XXXXX7902 24399000B40GP3SS3 ?MCC= 5812 321270742DA | 40.00 |
| 01/27 | Check Crd Purchase 01/24 Hdd Harley REN00027417 Reno Nv 432371XXXXX7902 24399000TMYA6F3Jv ?MCC= 5571 321270742DA | 67.46 |
| 01/29 | Check Crd Purchase 01/27 Olive Garden 00010850 Reno Nv 432371XXXXX7902 24399000W42QAFLK7 ?MCC= 5812 321270742DA | 25.00 |
| 02/03 | Peoplefirst Loan Pmts 2983532 Anderson, Leah | 770.53 |

| Total other withdrawals | **$902.99** |
|---|---|

| Total withdrawals | **$4,638.03** |
|---|---|

## Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|-----------|------|-----------|------|-----------|
| 01/10 | 2,637.35 | 01/21 | 5,109.78 | 01/31 | 72,737.57 |
| 01/13 | 2,447.35 | 01/24 | 6,036.09 | 02/03 | 71,877.09 |
| 01/14 | 2,407.35 | 01/27 | 72,825.16 | 02/05 | 71,566.09 |
| 01/16 | 2,107.35 | 01/28 | 72,746.68 | 02/10 | 75,431.58 |
| 01/17 | 5,163.66 | 01/29 | 72,752.73 | 02/11 | 75,298.48 |

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | Check number: 1859 | | | | Pay Period: 01/10.2003 - 01/16/2003 | | Pay Date: 01/17/2003 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 13,846.14 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,186.00 | -3,558.00 |
| Social Security Employee | | | -286.15 | -858.46 |
| Medicare Employee | | | -66.92 | -200.77 |
| | | | -1,539.07 | -4,617.23 |
| Net Pay | | | 3,076.31 | 9,228.91 |

American Legal, Inc , 4790 Caughlin Parkway #324, Reno, NV 89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509


Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | | Check number: 1878 | | Pay Period: 01/17/2003 - 01/23/2003 | | Pay Date: 01/24/2003 |
|---|---|---|---|---|---|---|---|

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 18,461.52 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,186.00 | -4,744.00 |
| Social Security Employee | -286.15 | -1,144.61 |
| Medicare Employee | -66.92 | -267.69 |
| | -1,539.07 | -6,156.30 |
| Net Pay | 3,076.31 | 12,305.22 |

American Legal, Inc , 4790 Caughlin Parkway #324, Reno, NV 89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | Check number: 1907 | | | | Pay Period: 01/31/2003 - 02/06/2003 | | Pay Date: 02/07/2003 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 27,692.28 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,186.00 | -7,116.00 |
| Social Security Employee | -286.15 | -1,716.92 |
| Medicare Employee | -66.92 | -401.54 |
| | -1,539.07 | -9,234.46 |
| **Net Pay** | **3,076.31** | **18,457.82** |

**Account Statement**
February 12 through March 11, 2003
Account Number: 647-1615143
Page 1 of 3

41,334



Ildhddhhdhldhldllhdhhhhhhlhhhhllhdl
LEAH M ANDERSON
3401 ARDEN CREEK RD
SACRAMENTO CA 95825-0445

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

IF YOU'RE THINKING OF BUYING A HOME OR REFINANCING YOUR CURRENT MORTGAGE, YOU CAN COUNT ON WELLS FARGO HOME MORTGAGE TO HELP YOU FIND THE BEST HOME FINANCING SOLUTIONS. USE OUR ONLINE TOOLS TO TAKE THE GUESS WORK OUT OF SELECTING THE RIGHT HOME LOAN OR KEEP NG TRACK OF INTEREST RATE TRENDS. VISIT WELLSFARGOSPECIAL.COM TODAY AND ENTER KEYWORD: FREE TOOLS. AND AS A WELLS FARGO BANK CUSTOMER, YOU ARE ELIGIBLE FOR A SPECIAL DISCOUNT WHEN YOU FINANCE YOUR HOME WITH WELLS FARGO HOME MORTGAGE. FOR DETAILS, CALL 1-866-295-9153 OR STOP BY ANY BRANCH AND MENTION CODE DMX7AY9. EQUAL HOUSING LENDER.

## Advantage Plus Checking
Leah M Anderson
**Account Number:** 647-1615143

### Activity summary

| | |
|---|---|
| Balance on 02/11 | $75,298.48 |
| Deposits and interest | 15,141.03 |
| Withdrawals | - 85,601.28 |
| Balance on 03/11 | $4,838.23 |

### Interest you've earned
**Interest earned this period**

| | |
|---|---|
| Average collected balance this period | $0.35 |
| Annual percentage yield earned | $13,700.20 |
| Interest and bonuses paid this year | 0.05% |
| Total interest and bonuses earned in 2002 | $0.35 |
| | $0.00 |

February 12 through March 11, 2003
Account Number: 647-1615143
Page 2 of 3
41,335



## Activity detail

### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 02/18 | Bank By Mail Deposit *paycheck # 1921* | |
| 02/21 | Deposit | 3,076.31 |
| 03/04 | Deposit | 488.07 |
| 03/06 | Bank By Mail Deposit *paycheck # 1953* | 8,500.00 |
| 03/11 | Interest Payment | 3,076.30 |
| | | 0.35 |
| **Total deposits and interest** | | **$15,141.03** |

### Withdrawals

#### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1017 | 02/18 | | 1020 | 03/03 | 21.95 | 1024* | 03/11 | 130.93 |
| 1018 | 02/12 | 1,000.00 | 1021 | 02/28 | 18.29 | 1025 | 03/11 | 1,000.00 |
| 1019 | 02/21 | 30,000.00 | 1022 | 03/10 | 159.58 | 1026 | 03/07 | 22,500.00 |
| | | 30,000.00 | | | | | | |
| **Total checks** | | | | | | | | **$84,830.75** |

* Gap in Check Sequence

#### Other withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 02/19 | Peoplefirst Loan Pmts 2983532 Anderson Leah | 770.53 |
| **Total other withdrawals** | | **$770.53** |
| **Total withdrawals** | | **$770.53** |

### Daily balance summary

$85,601.28

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 2/11 | 75,298.48 | 02/21 | 17,092.33 | 03/06 | 28,628.39 |
| 2/12 | 45,298.48 | 02/28 | 17,074.04 | 03/07 | 6,128.39 |
| 2/18 | 47,374.79 | 03/03 | 17,052.09 | 03/10 | 5,968.81 |
| 2/19 | 46,604.26 | 03/04 | 25,552.09 | 03/11 | 4,838.23 |

4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | Check number: 1921 | | | Pay Period: 02/07/2003 - 02/13/2003 | | | Pay Date: 02/14/2003 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 32,307.66 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,186.00 | -8,302.00 |
| Social Security Employee | | | -286.15 | -2,003.07 |
| Medicare Employee | | | -66.92 | -468.46 |
| | | | -1,539.07 | -10,773.53 |

| Net Pay | | | | |
|---|---|---|---|---|
| | | | 3,076.31 | 21,534.13 |

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV 89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV  89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

**Employee Paystub**                    Check number: 1953

| Employee | | | | | Pay Period: 02/21/2003 - 02/27/2003 | | Pay Date: 02/28/2003 |
|---|---|---|---|---|---|---|---|
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | SSN | Status (Fed/State) | | Allowances/Extra |
| | | | | ***-**-0105 | Married | | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 41,538.42 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,186.00 | -10,674.00 |
| Social Security Employee | -286.15 | -2,575.38 |
| Medicare Employee | -66.93 | -602.31 |
| | -1,539.08 | -13,851.69 |

| Net Pay | | |
|---|---|---|
| | 3,076.30 | 27,686.73 |

American Legal, Inc , 4790 Caughlin Parkway #324, Reno, NV  89509





DO NOT USE
FOR REORDERING   1019

☐ Mortgage / Rent   ☐ Transportation        ☐ Entertainment & Travel
☐ Gas / Electric    ☐ Credit Card           ☐ Medical / Dental
☐ Telephone         ☐ Taxes                 ☐ Dependent Care
☐ Food              ☐ Insurance             ☐ Savings & Investment
                      (Life, Home, Auto)
☐ Clothing          ☐ Home Improvement      ☐ Other _____
                      (Maintenance, Repairs)

*Cash*

*Thirty Thousand*

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box.

Memo _____

| | |
|---|---|
| BAL. FOR'D | |
| THIS PAYMENT | 30,000— |
| BALANCE | |
| OTHER | |
| BAL. FOR'D | |

NOT NEGOTIABLE

✓ **Track Your Expenses...**

| Mortgage / Rent | Transportation | Entertainment & Travel |
| Gas / Electric | Credit Card | Medical / Dental |
| Telephone | Taxes | Dependent Care |
| Food | Insurance (Life, Home, Auto) | Savings & Investment |
| Clothing | Home Improvement (Maintenance, Repairs) | Other _____ |

DO NOT USE
FOR REORDERING

| | |
|---|---|
| BAL. FOR'D | |
| THIS PAYMENT | |
| BALANCE | |
| OTHER | |
| BAL. FOR'D | |

**...Here's How:**
- Carry balance forward
- Check type of expense
- Add details on memo line
- Retain duplicates in Deluxe Check box

Memo _____

**NOT NEGOTIABLE**

$22,500

March 12 through April 9, 2003
Account Number: 647-1615143
Page 1 of 3
43,360
I-4

**WELLS FARGO**

||..|..||..|..||.|.|||.|....||.|..|.|.|.|.|||.....|||..||

LEAH M ANDERSON
3401 ARDEN CREEK RD
SACRAMENTO CA 95825-0445

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

A HOME EQUITY ACCOUNT CAN HELP YOU IMPROVE YOUR HOME, PAY FOR COLLEGE, OR CONSOLIDATE BILLS. APPLY TODAY. CALL 1-866-847-6410 OR APPLY ONLINE AT WELLSFARGOSPECIAL.COM AND ENTER KEYWORD: HE RESOURCES. WELLS FARGO BANKS. EQUAL HOUSING LENDERS.

## Advantage Plus Checking
Leah M Anderson
**Account Number:** 647-1615143

### Activity summary
| | |
|---|---:|
| Balance on 03/11 | |
| Deposits and interest | $4,838.23 |
| Withdrawals | 9,280.33 |
| | - 5,936.62 |
| Balance on 04/09 | $8,181.94 |

### Interest you've earned
**Interest earned this period**
| | |
|---|---:|
| Average collected balance this period | $0.24 |
| Annual percentage yield earned | $6,098.59 |
| Interest and bonuses paid this year | 0.05% |
| | $0.59 |

DIRECT DEPOSIT ADVANCE - ADDITIONAL TERMS: IF NO REPAYMENT HAS OCCURRED BY THE 35TH DAY, WELLS FARGO BANK NEVADA, N.A. WILL AUTOMATICALLY DEDUCT THE OUTSTANDING BALANCE AND FINANCE CHARGES FROM YOUR CHECKING ACCOUNT. IF THE AUTOMATIC REPAYMENT OVERDRAWS YOUR ACCOUNT, YOU WILL NOT HAVE ACCESS TO DIRECT DEPOSIT ADVANCE UNTIL THE OVERDRAFT IS PAID IN FULL, INCLUDING ANY OVERDRAFT AND OTHER CHECKING ACCOUNT FEES THAT MAY APPLY. IF THE OVERDRAFT IS NOT PAID WITHIN 8 DAYS, THE SERVICE WILL BE DISCONTINUED. HOWEVER, IF YOUR ACCOUNT IS ALREADY OVERDRAWN AT THE TIME THE AUTOMATIC REPAYMENT TAKES PLACE, THE SERVICE WILL BE DISCONTINUED AFTER THE AUTOMATIC REPAYMENT AND THE ACCOUNT HAS BEEN OVERDRAWN FOR AT LEAST 8 CONSECUTIVE DAYS (THE 8 DAYS MAY OCCUR BEFORE OR AFTER THE AUTOMATIC REPAYMENT).

PLEASE NOTE: ALTERNATIVE FORMS OF SHORT-TERM CREDIT EXIST THAT MIGHT BE LESS EXPENSIVE AND MORE SUITABLE AND ADVANTAGEOUS TO YOU AS THE BORROWER.

March 12 through April 9, 2003
Account Number: 647-1615143
Page 2 of 3
43,361

**WELLS FARGO**

## Activity detail
### Deposits and interest

| Date | Description | $ Amount |
|------|-------------|----------|
| 03/18 | Bank By Mail Deposit *paycheck #1788* | 3,076.31 |
| 03/24 | Bank By Mail Deposit *paycheck #2003* | 3,076.30 |
| 04/04 | Deposit *3076,31 – paycheck #2099* | 3,127.48 |
| 04/09 | Interest Payment | 0.24 |
| **Total deposits and interest** | | **$9,280.33** |

## Withdrawals
### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|--------|------|----------|
| 1023 | 03/13 | 87.76 | 1028 | 04/02 | 201.83 | | | |
| 1027* | 03/27 | 200.00 | 1029 | 03/28 | 4,500.00 | | | |

Total checks
*\* Gap in Check Sequence*                                                          $4,989.59

### Other withdrawals

| Date | Description | $ Amount |
|------|-------------|----------|
| 03/18 | Peoplefirst Loan Pmts 2983532 Anderson Leah | 770.53 |
| 04/07 | Check Crd Purchase 03/28 Continental 0051026396 Atlanta Ga 432371XXXXXX7902 241640730SXQ70KR7 ?MCC = 3061 321270742DA | 162.50 |
| 04/09 | Monthly Service Fee | 14.00 |
| **Total other withdrawals** | | **$947.03** |

**Total withdrawals**                                                              **$5,936.62**

## Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|-----------|------|-----------|------|-----------|
| 03/11 | 4,838.23 | 03/27 | 9,932.55 | 04/07 | 8,195.70 |
| 03/13 | 4,750.47 | 03/28 | 5,432.55 | 04/09 | 8,181.94 |
| 03/18 | 7,056.25 | 04/02 | 5,230.72 | | |
| 03/24 | 10,132.55 | 04/04 | 8,358.20 | | |

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509


Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

---

**Employee Paystub**    Check number: 1988    Pay Period: 03/08/2003 - 03/14/2003    Pay Date: 03/13/2003

**Employee**

Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509    **SSN** ***-**-0105    **Status (Fed/State)** Married    **Allowances/Extra** Fed-2/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 50,769.18 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,186.00 | -13,046.00 |
| Social Security Employee | | | -286.15 | -3,147.69 |
| Medicare Employee | | | -66.92 | -736.15 |
| | | | -1,539.07 | -16,929.84 |

| Net Pay | | | | |
|---|---|---|---|---|
| | | | 3,076.31 | 33,839.34 |

American Legal, Inc , 4790 Caughlin Parkway #324, Reno, NV  89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

**Employee Paystub**          Check number: 2003

Pay Period: 03/14/2003 - 03/20/2003                      Pay Date: 03/21/2003

**Employee**

Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|
| ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 55,384.56 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Federal Withholding | | -1,186.00 | -14,232.00 |
| Social Security Employee | | -286.15 | -3,433.84 |
| Medicare Employee | | -66.93 | -803.08 |
| | | -1,539.08 | -18,468.92 |
| **Net Pay** | | **3,076.30** | **36,915.64** |

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV 89509