American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV  89509


Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | Check number: 2049 | | | Pay Period: 03/28/2003 - 04/03/2003 | | Pay Date: 04/04/2003 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 64,615.32 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,186.00 | -16,604.00 |
| Social Security Employee | -286.15 | -4,006.15 |
| Medicare Employee | -66.92 | -936.92 |
| | -1,539.07 | -21,547.07 |

| Net Pay | 3,076.31 | 43,068.25 |
|---|---|---|

American Legal, Inc , 4790 Caughlin Parkway #324, Reno, NV  89509



✔ Track Your Expenses...

☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment
☐ Clothing  ☐ Home Improvement (Maintenance, Repairs)  ☐ Other_____

DO NOT USE
FOR REORDERING

TAX DEDUCTIBLE ITEM ➡ ☐

1029

Cash

Four Thousand Five Hundred ___ %

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo_____

BAL. FOR'D
THIS PAYMENT  4500
BALANCE
OTHER
BAL. FOR'D

⑆3266270⑆: ⑆8471656163⑆ 1029

NOT NEGOTIABLE

WD-SUP (V)

## Account Statement

April 10 through May 9, 2003
Account Number: 647-1615143
Page 1 of 3



41,279

1-3

LEAH M ANDERSON
3401 ARDEN CREEK RD
SACRAMENTO CA 95825-0445

Thank you for banking with Wells Fargo. For assistance, call: **1-800-TO-WELLS (1-800-869-3557)**, TDD number (for the hearing impaired only):1-800-877-4833. Or write: **WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

Make this your last paper statement. Get free online statement delivery and have access to your deposit account statements online anytime, anywhere. It's simple, safe and convenient. Online statements look just like your paper statements. Simply use your computer to view, print or save your statement anytime. No more searching for misplaced paper statements. Enroll today at wellsfargospecial.com and enter keyword: statement.

## Advantage Plus Checking

Leah M Anderson
**Account Number:**  647-1615143

### Activity summary

| | |
|---|---:|
| Balance on 04/09 | $8,181.94 |
| Deposits and interest | 9,229.23 |
| Withdrawals | - 8,985.03 |
| Balance on 05/09 | $8,426.14 |

### Interest you've earned

| Interest earned this period | |
|---|---:|
| | **$0.31** |
| Average collected balance this period | $7,532.27 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $0.90 |



April 10 through May 9, 2003
Account Number: 647-1615143
Page 2 of 3
41,280

---

## Activity detail
### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 04/21 | Bank By Mail Deposit *paychecks # 2058 & 2085* | |
| 05/05 | Bank By Mail Deposit *paycheck # 2128* | 6,152.61 |
| 05/09 | Interest Payment | 3,076.31 |
| | | 0.31 |

| | |
|---|---|
| **Total deposits and interest** | **$9,229.23** |

### Withdrawals
#### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1030 | 04/15 | 13.30 | 1033 | 04/30 | 21.95 | 1036 | 05/07 | 15.00 |
| 1031 | 04/15 | 1,000.00 | 1034 | 04/25 | 6,500.00 | 1037 | 05/05 | 1,000.00 |
| 1032 | 04/28 | 200.00 | 1035 | 05/07 | 20.87 | | | |

| | |
|---|---|
| Total checks | **$8,771.12** |

#### Other withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 04/14 | POS Purchase - 04/14 Mach ID 000000 1730 Watt Ave Rite Aid #Sacramento Ca 7902 | |
| 04/14 | POS Purchase - 04/12 Mach ID 000000 Tower Books 314Tower Bookssacramento Ca 7902 | 28.47 |
| 04/24 | POS Purchase - 04/23 Mach ID 000000 4055 S Durango Albertsonsias Vegas Nv 7902 | 30.68 |
| 05/09 | Check Crd Purchase 05/08 Proflowers.Com 888-373-7437 Ca 432371XXXXXX7902 | 71.79 |
| | 24692164000PX7Dzb ?MCC= 5992 321270742DA | 68.97 |
| 05/09 | Monthly Service Fee | |
| | | 14.00 |

| | |
|---|---|
| Total other withdrawals | |
| **Total withdrawals** | **$213.91** |
| | **$8,985.03** |

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 04/09 | 8,181.94 | 04/24 | 13,190.31 | 05/05 | 8,544.67 |
| 04/14 | 8,122.79 | 04/25 | 6,690.31 | 05/07 | 8,508.80 |
| 04/15 | 7,109.49 | 04/28 | 6,490.31 | 05/09 | 8,426.14 |
| 04/21 | 13,262.10 | 04/30 | 6,468.36 | | |

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

**Employee Paystub**    Check number: 2058    Pay Period: 04/04/2003 - 04/10/2003    Pay Date: 04/11/2003

**Employee**

Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509

| | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 69,230.70 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,186.00 | -17,790.00 |
| Social Security Employee | | | -286.15 | -4,292.30 |
| Medicare Employee | | | -66.93 | -1,003.85 |
| | | | -1,539.08 | -23,086.15 |
| Net Pay | | | 3,076.30 | 46,144.55 |

American Legal, Inc , 4790 Caughlin Parkway #324, Reno, NV 89509

...ican Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV  89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | Check number: 2085 | | | Pay Period: 04/11/2003 - 04/17/2003 | | Pay Date: 04/18/2003 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 73,846.08 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,186.00 | -18,976.00 |
| Social Security Employee | -286.16 | -4,578.46 |
| Medicare Employee | -66.92 | -1,070.77 |
| | -1,539.08 | -24,625.23 |

| Net Pay | | |
|---|---|---|
| | 3,076.30 | 49,220.85 |

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV  89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

**Employee Paystub**                     Check number: 2128                          Pay Period: 04/24/2003 - 04/30/2003                    Pay Date: 05/01/2003

**Employee**

Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|
| ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 83,076.84 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,186.00 | -21,348.00 |
| Social Security Employee | -286.15 | -5,150.76 |
| Medicare Employee | -66.92 | -1,204.61 |
| | -1,539.07 | -27,703.37 |

| Net Pay | | |
|---|---|---|
| | 3,076.31 | 55,373.47 |

American Legal, Inc , 4790 Caughlin Parkway #324, Reno, NV 89509



## Account Statement

May 10 through June 10, 2003
Account Number: 647-1615143
Page 1 of 4

42,978

LEAH M ANDERSON
3401 ARDEN CREEK RD
SACRAMENTO CA 95825-0445

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

You could save up to 70% on term life insurance. Call 1-800-421-6413 ext. 7011 or visit wellsfargo.com/freequote. Compare rates from highly rated insurance companies. Available in most states through Wells Fargo Insurance, Inc. or licensed affiliates in cooperation with Insurance Central. *Insurance products are not insured by FDIC or any Federal Government Agency* *Insurance products are not a deposit of or guaranteed by any bank*

Important Account Information: If the bank receives an Item (as defined in the Consumer Account Agreement) against your account and there are insufficient funds to cover the Item, the bank may pay the Item and create an overdraft to your account. You will be charged an Overdraft Paid Item Fee as disclosed in the Consumer Account Fee & Information Schedule. To avoid these fees, we encourage you to discuss Overdraft Protection options with your banker or call us at 1-800-TO-WELLS (1-800-869-3557).

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

### Activity summary

| | |
|---|---|
| Balance on 05/09 | $8,426.14 |
| Deposits and interest | 20,158.57 |
| Withdrawals | - 12,191.41 |
| Balance on 06/10 | $16,393.30 |

### Interest you've earned

**Interest earned this period**

| | |
|---|---|
| Average collected balance this period | $0.38 |
| Annual percentage yield earned | $8,535.09 |
| Interest and bonuses paid this year | 0.05% |
| | $1.28 |

**WELLS FARGO**

May 10 through June 10, 2003
Account Number: 647-1615143
Page 2 of 4
42,979

## Activity detail
### Deposits and interest

| Date | Description | $ Amount |
|------|-------------|---------:|
| 05/12 | Bank By Mail Deposit paycheck # 5077 | 3,119.21 |
| 05/29 | Deposit - Out Of State paycheck # 2100 : 2197  (redeposit for NSF) | 6,438.77 |
| 06/06 | Mbna America Direct Dep 030605 74993805767909 credit card advance/loan | 10,600.21 |
| 06/10 | Interest Payment | 0.38 |

| | | |
|------|-------------|---------:|
| **Total deposits and interest** | | **$20,158.57** |

## Withdrawals
### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|---------:|--------|------|---------:|--------|------|---------:|
| 1039 | 05/21 | 21.95 | 1044 | 05/29 | 427.92 | 1050* | 06/09 | 111.99 |
| 1040 | 05/20 | 100.00 | 1045 | 05/28 | 6,000.00 | 1051 | 06/09 | 48.98 |
| 1041 | 05/20 | 112.00 | 1046 | 06/06 | 340.62 | 1052 | 06/10 | 1,000.00 |
| 1042 | 05/28 | 189.51 | 1047 | 06/09 | 364.58 | | | |
| 1043 | 05/27 | 39.47 | 1048 | 06/09 | 339.08 | | | |

| | | |
|------|-------------|---------:|
| Total checks | | $9,096.10 |

*** Gap in Check Sequence**

### Other withdrawals

| Date | Description | $ Amount |
|------|-------------|---------:|
| 05/12 | Return Item Fee Az 030512 | 5.00 |
| 05/12 | Return Item Az 030512 | 3,076.31 |
| 06/10 | Monthly Service Fee | 14.00 |

| | | |
|------|-------------|---------:|
| Total other withdrawals | | $3,095.31 |

| | | |
|------|-------------|---------:|
| **Total withdrawals** | | **$12,191.41** |

## Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|----------:|------|----------:|------|----------:|
| 05/09 | 8,426.14 | 05/27 | 8,190.62 | 06/09 | 17,406.92 |
| 05/12 | 8,464.04 | 05/28 | 2,001.11 | 06/10 | 16,393.30 |
| 05/20 | 8,252.04 | 05/29 | 8,011.96 | | |
| 05/21 | 8,230.09 | 06/06 | 18,271.55 | | |

## Direct Deposit Advance (Lender - Wells Fargo Bank Nevada, N.A.)

| | |
|---|---:|
| Outstanding balance as of last statement | $0.00 |
| Outstanding balance as of this statement | $0.00 |

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV  89509


Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | Check number: 5077 | | | | Pay Period: 05/02/2003 - 05/08/2003 | | Pay Date: 05/09/2003 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 87,692.22 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,186.00 | -22,534.00 |
| Social Security Employee | | | -243.24 | -5,394.00 |
| Medicare Employee | | | -66.93 | -1,271.54 |
| | | | -1,496.17 | -29,199.54 |

| **Net Pay** | | | **3,119.21** | **58,492.68** |
|---|---|---|---|---|

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV  89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

**Employee Paystub**          Check number: 2100          Pay Period: 04/18/2003 - 04/24/2003          Pay Date: 04/25/2003

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 78,461.46 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,186.00 | -20,162.00 |
| Social Security Employee | | | -286.15 | -4,864.61 |
| Medicare Employee | | | -66.92 | -1,137.69 |
| | | | -1,539.07 | -26,164.30 |

| Net Pay | | | 3,076.31 | 52,297.16 |
|---|---|---|---|---|

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV 89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV  89509




Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509


| Employee Paystub | | Check number: 2197 | | | | Pay Period: 05/23/2003 - 05/29/2003 | | | Pay Date: 05/30/2003 |
|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | | ***-**-0105 | Married | | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 101,538.36 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,186.00 | -26,092.00 |
| Medicare Employee | | | -66.93 | -1,472.31 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,252.93 | -32,958.31 |
| **Net Pay** | | | **3,362.45** | **68,580.05** |

American Legal, Inc , 4790 Caughlin Parkway #324, Reno, NV  89509



# Account Statement

June 11 through July 10, 2003
Account Number: 647-1615143
Page 1 of 4

40,477

I-3

**WELLS FARGO**

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

Thank you for banking with Wells Fargo. For assistance, call: **1-800-TO-WELLS (1-800-869-3557)**, TDD number (for the hearing impaired only):1-800-877-4833. Or write: **WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

Wells Fargo offers FREE convenient services including direct deposit, online banking, online statements and more. For more information on these and additional FREE Wells Fargo services visit www.wellsfargospecial.com and enter keyword: FREE.

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

## Activity summary

| | |
|---|---|
| Balance on 06/10 | $16,393.30 |
| Deposits and interest | 8,020.16 |
| Withdrawals | - 20,613.32 |
| Balance on 07/10 | $3,800.14 |

## Interest you've earned

| | |
|---|---|
| Interest earned this period | **$0.25** |
| Average collected balance this period | $6,131.57 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $1.53 |

**WELLS FARGO**

une 11 through July 10, 2003
ccount Number: 647-1615143
age 2 of 4
40,478

---

## Activity detail

### Deposits and interest

| Date | Description | $ Amount |
|------|-------------|----------|
| 6/17 | ATM Deposit - 06/16 Mach ID 0360D 2301 Watt Ave Sacramento Ca 7902 paycheck #2239 | 3,362.46 |
| 6/19 | Deposit paycheck #2259 | 3,472.45 |
| 07/01 | Deposit | 1,185.00 |
| 07/10 | Interest Payment | 0.25 |

**Total deposits and interest** **$8,020.16**

## Withdrawals

### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|--------|------|----------|
| 038 | 07/09 | 100.00 | 1054 | 06/25 | 146.90 | 1061* | 06/30 | 539.97 |
| 049* | 06/11 | 20.85 | 1055 | 06/25 | 565.30 | | | |
| 053* | 06/11 | 10,600.21 | 1056 | 06/24 | 202.96 | | | |

**Total checks** **$12,176.19**
*Gap in Check Sequence*

### Other withdrawals

| Date | Description | $ Amount |
|------|-------------|----------|
| 06/17 | ATM Withdrawal - 06/16 Mach ID 0360D 2301 Watt Ave Sacramento Ca 7902 | 200.00 |
| 06/17 | POS Purchase - 06/16 Mach ID 000000 1919 Fulton Avetarget 031Sacramento Ca 7902 | 7.71 |
| 06/24 | Chase Credit Car Bill Pay 030623 54910425101 Anderson Leah | 6,545.00 |
| 06/30 | Chase Credit Car Bill Pay 030627 54910425101 Anderson Leah | 1,182.52 |
| 07/09 | Esurance P&c 8009266012 000000011186728 Anderson Leah | 487.90 |
| 07/10 | Monthly Service Fee | 14.00 |

**Total other withdrawals** **$8,437.13**

**Total withdrawals** **$20,613.32**

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|-----------|------|-----------|------|-----------|
| 6/10 | 16,393.30 | 06/24 | 5,651.48 | 07/09 | 3,813.89 |
| 6/11 | 5,772.24 | 06/25 | 4,939.28 | 07/10 | 3,800.14 |
| 6/17 | 8,926.99 | 06/30 | 3,216.79 | | |
| 6/19 | 12,399.44 | 07/01 | 4,401.79 | | |

---

## Direct Deposit Advance (Lender - Wells Fargo Bank Nevada, N.A.)

Outstanding balance as of last statement $0.00
Outstanding balance as of this statement $0.00

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | Check number: 2239 | | | Pay Period: 06/06 2003 - 06/12/2003 | | Pay Date: 06/13/2003 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 110,769.12 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,186.00 | -28,464.00 |
| Medicare Employee | | | -66.92 | -1,606.15 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,252.92 | -35,464.15 |
| **Net Pay** | | | **3,362.46** | **75,304.97** |

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV 89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV  89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | Check number: 2259 | | | | Pay Period: 06/13/2003 - 06/19/2003 | | Pay Date: 06/20/2003 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 115,384.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,076.00 | -29,540.00 |
| Medicare Employee | | | -66.93 | -1,673.08 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.93 | -36,607.08 |

| Net Pay | | | 3,472.45 | 78,777.42 |
|---|---|---|---|---|

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV  89509

# Account Statement

July 11 through August 11, 2003
Account Number: 647-1615143
Page 1 of 3

40,783

**WELLS FARGO**

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

---

Thank you for banking with Wells Fargo. For assistance, call: **1-800-TO-WELLS (1-800-869-3557)**, TDD number (for the hearing impaired only):**1-800-877-4833**. Or write: **WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

---

Moving? Look to Wells Fargo - we're here to help. Chances are there is a Wells Fargo store or ATM nearby. Just go to wellsfargo.com and click on the "Locations" button or ask your banker for a Move With Wells brochure. This brochure includes helpful moving checklists and valuable coupons to use when moving. At Wells Fargo we're here to help lighten your load and make your move easier too.

---

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

Sign up for Bill Pay between July 14 and September 13, 2003, and Wells Fargo will donate $10 to local school districts. To qualify, at least one bill payment must be completed by October 12, 2003. See your local banker or enroll by visiting wellsfargospecial.com and entering keyword: Schools

### Activity summary

| | |
|---|---|
| Balance on 07/10 | $3,800.14 |
| Deposits and interest | 2,390.00 |
| Withdrawals | - 417.09 |
| Balance on 08/11 | $5,773.05 |

### Interest you've earned

| | |
|---|---|
| Interest earned this period | $0.17 |
| Average collected balance this period | $3,876.76 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $1.70 |

FARGO

July 11 through August 11, 2003
Account Number: 647-1615143
Page 2 of 3
40,784

---

## Activity detail
### Deposits and interest

| Date | Description | $ Amount |
|------|-------------|---------:|
| 07/11 | Deposit paycheck # 2316 | 672.46 |
| 07/29 | Deposit paycheck # 2355 | 572.46 |
| 08/04 | Deposit paycheck # 2317 | 772.46 |
| 08/08 | Deposit paycheck # 2313 | 372.45 |
| 08/11 | Interest Payment | 0.17 |
| **Total deposits and interest** | | **$2,390.00** |

## Withdrawals
### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|---------:|--------|------|---------:|--------|------|---------:|
| 1057 | 07/18 | 4.45 | 1058 | 07/23 | 113.84 | | | |
| Total checks | | | | | | | | $118.29 |

### Other withdrawals

| Date | Description | $ Amount |
|------|-------------|---------:|
| 07/24 | Esurance P&c 8009266012 000000011313418 Anderson Leah | 167.00 |
| 07/31 | Peoples Bank Speedpay 030730 221172181214734 Leah Anderson | 117.80 |
| 08/11 | Monthly Service Fee | 14.00 |
| Total other withdrawals | | $298.80 |

| **Total withdrawals** | | **$417.09** |
|---|---|---:|

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|----------:|------|----------:|------|----------:|
| 07/10 | 3,800.14 | 07/24 | 4,187.31 | 08/08 | 5,786.88 |
| 07/11 | 4,472.60 | 07/29 | 4,759.77 | 08/11 | 5,773.05 |
| 07/18 | 4,468.15 | 07/31 | 4,641.97 | | |
| 07/23 | 4,354.31 | 08/04 | 5,414.43 | | |

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509


Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | | Check number: 2316 | | Pay Period: 07/04/2003 - 07/10/2003 | | Pay Date: 07/11/2003 |
|---|---|---|---|---|---|---|---|
| Employee | | | | SSN | Status (Fed/State) | | Allowances/Extra |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | ***-**-0105 | Married | | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 129,230.64 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | -1,076.00 | -32,768.00 |
| Medicare Employee | | | -66.92 | -1,873.84 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.92 | -40,035.84 |
| Net Pay | | | 3,472.46 | 89,194.80 |

deposited *672.46

Cash - *2800*

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV 89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV  89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | Check number: 2355 | | | Pay Period: 07/18/2003 - 07/24/2003 | | | Pay Date: 07/25/2003 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 138,461.40 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,076.00 | -34,920.00 |
| Medicare Employee | | | -66.92 | -2,007.69 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.92 | -42,321.69 |
| **Net Pay** | | | **3,472.46** | **96,139.71** |

*deposited  ⁎572.46*

*Cash – ⁎2900⁻*

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV  89509