American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub** Check number: 2377 Pay Period: 07/25/2003 - 07/31/2003 Pay Date: 08/01/2003

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 143,076.78 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,076.00 | -35,996.00 |
| Medicare Employee | | | -66.92 | -2,074.61 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.92 | -43,464.61 |
| **Net Pay** | | | **3,472.46** | **99,612.17** |

deposited - $772.46

cash - $2700

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub** Check number: 2393 Pay Period: 08/01/2003 - 08/07/2003 Pay Date: 08/08/2003

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 147,692.16 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,076.00 | -37,072.00 |
| Medicare Employee | -66.93 | -2,141.54 |
| Social Security Employee | | -5,394.00 |
| | -1,142.93 | -44,607.54 |
| **Net Pay** | **3,472.45** | **103,084.62** |

deposited $372.45 cash - $3100-

# Account Statement

WELLS FARGO

August 12 through September 10, 2003
Account Number: 647-1615143
Page 1 of 3
42,425
1-1

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

**Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only): 1-800-877-4833. Or write: WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

Direct Deposit Advance(R) Service - Additional terms relating to eligibility: The Direct Deposit Advance Service is a credit service available only to customers with at least one monthly recurring direct deposit of $100 or more to a consumer checking account from an employer or outside agency excluding accounts with a representative payee or accounts held by a minor. (Wells Fargo Portfolio Management Account and Well Fargo Electronic Transfer Account (ETA) are also excluded.) For questions, please contact your Wells Fargo Banker at 1-800-869-3557.

Buying a home or refinancing your current mortgage? Our free online tools can take the guesswork out of selecting the right home loan or keep track of interest rate trends. Visit wellsfargospecial.com today and enter keyword: Loan Tools. And as a Wells Fargo Bank customer, you may receive a special discount on select Wells Fargo Home Mortgage programs. For details, call 1-866-295-9153 or stop by any branch and mention code DMX7AZQ. Equal Housing Lender.

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

### Activity summary

| | |
|---|---|
| Balance on 08/11 | $5,773.05 |
| Deposits and interest | 1,617.57 |
| Withdrawals | - 1,365.22 |
| Balance on 09/10 | $6,025.40 |

### Interest you've earned

| | |
|---|---|
| **Interest earned this period** | **$0.20** |
| Average collected balance this period | $4,982.70 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $1.90 |

WELLS FARGO



## ctivity detail

### eposits and interest

| te | Description | $ Amount |
|---|---|---|
| /19 | Deposit paycheck # 2423 | 472.46 |
| /05 | Deposit paychecks # 2461 : 2478 | 1,144.91 |
| /10 | Interest Payment | 0.20 |
| | **otal deposits and interest** | **$1,617.57** |

## Vithdrawals

### hecks

| umber | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| )59 | 08/12 | 79.19 | 1065 | 08/26 | 122.32 | 1067 | 08/26 | 103.48 |
| )64* | 08/26 | 270.43 | 1066 | 08/26 | 328.04 | | | |

otal checks $903.46

*Gap in Check Sequence*

### *ther withdrawals*

| ate | Description | $ Amount |
|---|---|---|
| 8/13 | Check Crd Purchase 08/11 Merchbrokr/Jewelryimpr 970-535-0191 Co 432371XXXXXX7902 24803907000HTX9Rs ?MCC=5944 321270742DA | 89.16 |
| 8/20 | Peoples Bank Speedpay 030819 221172181284879 Leah Anderson | 14.60 |
| 9/09 | Chase Credit Car Bill Pay 030908 54910425101 Anderson Leah | 10.00 |
| 9/10 | Chase Credit Car Bill Pay 030909 54910425101 Anderson Leah | 334.00 |
| 9/10 | Monthly Service Fee | 14.00 |
| | otal other withdrawals | $461.76 |
| | **otal withdrawals** | **$1,365.22** |

### aily balance summary

| ate | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 8/11 | 5,773.05 | 08/19 | 6,077.16 | 09/05 | 6,383.20 |
| 8/12 | 5,693.86 | 08/20 | 6,062.56 | 09/09 | 6,373.20 |
| )8/13 | 5,604.70 | 08/26 | 5,238.29 | 09/10 | 6,025.40 |

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub** Check number: 2423 Pay Period: 08/08/2003 - 08/14/2003 Pay Date: 08/15/2003

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 152,307.54 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,076.00 | -38,148.00 |
| Medicare Employee | | | -66.92 | -2,208.46 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.92 | -45,750.46 |
| **Net Pay** | | | **3,472.46** | **106,557.08** |

deposited - $472.46

cash - $3000-

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub** Check number: 2461 Pay Period: 08/22/2003 - 08/28/2003 Pay Date: 08/29/2003

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 161,538.30 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,076.00 | -40,300.00 |
| Medicare Employee | | | -66.93 | -2,342.31 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.93 | -48,036.31 |
| **Net Pay** | | | **3,472.45** | **113,501.99** |

both deposited together
$1149.91 cash - $5800 -

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub** Check number: 2478 Pay Period: 08/29/2003 - 09/04/2003 Pay Date: 09/05/2003

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 168,153.68 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,076.00 | -41,376.00 |
| Medicare Employee | | | -66.92 | -2,409.23 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.92 | -49,179.23 |
| **Net Pay** | | | **3,472.46** | **116,974.45** |

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690




# Account Statement

September 11 through October 9, 2003
Account Number: 647-1615143
Page 1 of 3
40,120

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

**Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

Need home repairs? Whether you need a new roof, new windows or a kitchen remodel, a Wells Fargo Home Equity Account is a smart financial resource for home improvements. To apply for a Home Equity Account call 1-877-302-3769.

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

### Activity summary

| | |
|---|---|
| Balance on 09/10 | $6,025.40 |
| Deposits and interest | 0.18 |
| Withdrawals | - 3,410.48 |
| Balance on 10/09 | $2,615.10 |

### Interest you've earned

| | |
|---|---|
| **Interest earned this period** | **$0.18** |
| Average collected balance this period | $4,330.34 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $2.08 |

WELLS FARGO

September 11 through October 9, 2003
Account Number: 647-1615143

40,121

## Activity detail

### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 10/09 | Interest Payment | 0.18 |
| **Total deposits and interest** | | **$0.18** |

## Withdrawals

### *Checks*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1068 | 09/18 | 20.93 | 1069 | 09/15 | 47.75 | 1070 | 09/25 | 2,800.00 |

Total checks $2,868.68

### *Other withdrawals*

| Date | Description | $ Amount |
|---|---|---|
| 09/25 | Peoples Bank Speedpay 030924 221172181393468 Leah Anderson | 44.85 |
| 09/30 | Chase Credit Car Bill Pay 030929 54910425101 Anderson Leah | 482.95 |
| 10/09 | Monthly Service Fee | 14.00 |
| Total other withdrawals | | $541.80 |
| **Total withdrawals** | | **$3,410.48** |

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 09/10 | 6,025.40 | 09/18 | 5,956.72 | 09/30 | 2,628.92 |
| 09/15 | 5,977.65 | 09/25 | 3,111.87 | 10/09 | 2,615.10 |

# Account Statement

WELLS FARGO

October 10 through November 12, 2003
Account Number: 647-1615143
Page 1 of 3
43,409

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

**Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

The following changes are effective January 12, 2004. Insufficient Funds*: Paid Item (OD), $33/item. Returned Item (NSF), $30/item. A $10.00 Overdraft Protection transfer fee will be charged to a checking account for each day on which an advance is made from a line of credit account to pay for an overdraft. This fee will apply to customers with a Wells Fargo Reserve Line of Credit account linked to a checking account to provide Overdraft Protection and to customers who establish a new Overdraft Protection linkage on or after January 12, 2004, to a Wells Fargo Personal or Home Equity Line of Credit. For questions, please contact your Wells Fargo banker or call 1-800-869-3557. We appreciate your business & look forward to continuing to serve your financial needs.

*Effective March 15, 2004, for quarterly savings accounts.

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

### Activity summary

| | |
|---|---|
| Balance on 10/09 | $2,615.10 |
| Deposits and interest | 4,286.47 |
| Withdrawals | - 2,532.22 |
| Balance on 11/12 | $4,369.35 |

### Interest you've earned

| | |
|---|---|
| **Interest earned this period** | **$0.15** |
| Average collected balance this period | $3,327.33 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $2.23 |

Receive 2,500 bonus rewards points when you qualify for a Wells Fargo credit card* with the optional Wells Fargo Rewards** program. With the Wells Fargo Rewards program you can earn points for every purchase you make. Add an additional cardholder and earn points even faster. To apply for a Wells Fargo credit card with Rewards, call 1-877-302-3770 or visit wellsfargospecial.com and enter keyword: Reward me. Existing cardholders who are not already enrolled can sign up for the Wells Fargo Rewards** program and receive 2,500 bonus points by calling the phone number on the back of their card. *Credit card subject to credit qualification. **Wells Fargo Rewards has a $19 annual program fee.

WELLS FARGO

October 10 through November 12, 2003
Account Number: 647-1615143
Page 2 of 3
43,410

## Activity detail

### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 10/10 | Deposit paycheck # 2558, 2510 | 1,181.76 |
| 10/31 | Deposit Made In A Branch/Store paycheck # 2631 | 3,104.56 |
| 11/12 | Interest Payment | 0.15 |
| **Total deposits and interest** | | **$4,286.47** |

### Withdrawals

***Checks***

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1071 | 10/14 | 78.39 | 1073 | 10/17 | 21.10 | 1075 | 10/24 | 1,000.00 |
| 1072 | 10/15 | 425.95 | 1074 | 10/20 | 639.03 | 1076 | 11/06 | 21.09 |

Total checks $2,185.56

***Other withdrawals***

| Date | Description | $ Amount |
|---|---|---|
| 10/15 | Peoples Bank Speedpay 031014 221172181450018 Leah Anderson | 175.65 |
| 11/10 | Bk Of Amer VI/Mc Online Pmt 031110 CKF753402482POS Anderson,Leah | 157.01 |
| 11/12 | Monthly Service Fee | 14.00 |
| Total other withdrawals | | $346.66 |
| **Total withdrawals** | | **$2,532.22** |

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 10/09 | 2,615.10 | 10/17 | 3,095.77 | 11/06 | 4,540.21 |
| 10/10 | 3,796.86 | 10/20 | 2,456.74 | 11/10 | 4,383.20 |
| 10/14 | 3,718.47 | 10/24 | 1,456.74 | 11/12 | 4,369.35 |
| 10/15 | 3,116.87 | 10/31 | 4,561.30 | | |

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub** Check number: 2558 Pay Period: 09/26/2003 - 10/02/2003 Pay Date: 10/03/2003

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 185,999.82 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,304.00 | -46,136.00 |
| Medicare Employee | -76.96 | -2,697.00 |
| Social Security Employee | | -5,394.00 |
| | -1,380.96 | -54,227.00 |
| **Net Pay** | **3,926.73** | **131,772.82** |

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub** Check number: 2570 Pay Period: 10/03/2003 - 10/09/2003 Pay Date: 10/10/2003

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 191,307.51 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -47,440.00 |
| Medicare Employee | | | -76.96 | -2,773.96 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.96 | -55,607.96 |
| **Net Pay** | | | **3,926.73** | **135,699.55** |

both deposited $1181.76

cash - $671.70

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub** Check number: 2631 Pay Period: 10/24/2003 - 10/30/2003 Pay Date: 10/31/2003

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 207,230.58 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -51,352.00 |
| Medicare Employee | | | -76.96 | -3,004.84 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.96 | -59,750.84 |
| **Net Pay** | | | **3,926.73** | **147,479.74** |

deposited $3104.56

cash $822.17

WELLS FARGO

# Account Statement

November 13 through December 9, 2003
Account Number: 647-1615143
Page 1 of 3

39,894 (CO825)

I-3

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

**Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

Plan for your FUTURE. Take advantage of tax-wise retirement solutions with a Wells Fargo Individual Retirement Account (IRA). Contribute up to $3,000 per year ($3,500 for individuals age 50 and over) to a Traditiona or Roth IRA. For details or to open a Wells Fargo IRA, visit wellsfargospecial.com and enter keyword: IRA Today or stop by your local branch.

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

### Activity summary

| | |
|---|---|
| Balance on 11/12 | $4,369.35 |
| Deposits and interest | 2,388.74 |
| Withdrawals | - 1,652.14 |
| Balance on 12/09 | $5,105.95 |

### Interest you've earned

| | |
|---|---|
| **Interest earned this period** | **$0.14** |
| Average collected balance this period | $3,836.32 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $2.37 |

WELLS FARGO

November 13 through December 9, 2003
Account Number: 647-1615143
Page 2 of 3
39,895

## Activity detail

### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 11/14 | Deposit paycheck # 2661 | 1,056.97 |
| 12/09 | Deposit paycheck # 2708 | 1,331.63 |
| 12/09 | Interest Payment | 0.14 |
| **Total deposits and interest** | | **$2,388.74** |

## Withdrawals

### *Checks*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1077 | 12/08 | 239.02 | | | | | | |

Total checks $239.02

### *Other withdrawals*

| Date | Description | $ Amount |
|---|---|---|
| 11/17 | Peoples Bank Speedpay 031114 221172181525418 Leah Anderson | 275.50 |
| 11/17 | Chase Credit Car Bill Pay 031114 54910425101 Anderson Leah | 704.95 |
| 12/02 | Chase Credit Car Bill Pay 031201 54910425101 Anderson Leah | 411.34 |
| 12/03 | Bk Of Amer VI/Mc Online Pmt 031203 CKF753402482POS Anderson,Leah | 7.33 |
| 12/09 | Monthly Service Fee | 14.00 |
| Total other withdrawals | | $1,413.12 |
| **Total withdrawals** | | **$1,652.14** |

## Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 11/12 | 4,369.35 | 12/02 | 4,034.53 | 12/09 | 5,105.95 |
| 11/14 | 5,426.32 | 12/03 | 4,027.20 | | |
| 11/17 | 4,445.87 | 12/08 | 3,788.18 | | |

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub** Check number: 2661 Pay Period: 11/07/2003 - 11/13/2003 Pay Date: 11/14/2003

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 217,845.96 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -53,960.00 |
| Medicare Employee | | | -76.97 | -3,158.77 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.97 | -62,512.77 |
| **Net Pay** | | | **3,926.72** | **155,333.19** |

deposited $1056.97

cash - $2869.75

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | Check number: 2708 | Pay Period: 11/28/2003 - 12/04/2003 | Pay Date: 12/05/2003 |
|---|---|---|---|

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 233,769.03 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -57,872.00 |
| Medicare Employee | | | -76.96 | -3,389.65 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.96 | -66,655.65 |
| **Net Pay** | | | **3,926.73** | **167,113.38** |

deposited $1331.63

cash - 2595.10

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

WELLS FARGO

# Account Statement

December 10, 2,003 through January 12, 2004
Account Number: 647-1615143
Page 1 of 4
43,419 (CO825)

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

**Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only): 1-800-877-4833. Or write: WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

Simplify your life with these **FREE** convenient services:

- **FREE** Direct Deposit
- **FREE** Online Statements
- **FREE** Online Banking Access
- And more!

For more information visit **wellsfargospecial.com** and enter keyword: **Free Services**

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

### Activity summary

| | |
|---|---|
| Balance on 12/09 | $5,105.95 |
| Deposits and interest | 11,995.79 |
| Withdrawals | - 11,125.90 |
| Balance on 01/12 | $5,975.84 |

### Interest you've earned

| | |
|---|---|
| **Interest earned this period** | **$0.16** |
| Average collected balance this period | $3,290.64 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $0.16 |
| Total interest and bonuses earned in 2003 | $2.37 |

WELLS FARGO

December 10, 2,003 through January 12, 2004
Account Number: 647-1615143
Page 2 of 4
43,420

## Activity detail

### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 12/19 | Deposit paycheck # 2731 | 1,226.73 |
| 12/30 | Deposit paycheck # 2744 + reimbursement check #6004 for 262.70 | 4,189.42 |
| 01/02 | Deposit paycheck # 1013 | 1,991.73 |
| 01/12 | Deposit paycheck # 1012 - unsure re: bal | 4,587.75 |
| 01/12 | Interest Payment | 0.16 |
| **Total deposits and interest** | | **$11,995.79** |

## Withdrawals

### *Checks*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1078 | 12/19 | 21.09 | 1081 | 12/17 | 100.00 | 1084 | 01/05 | 1,250.94 |
| 1079 | 12/18 | 110.00 | 1082 | 12/17 | 1,200.00 | 1085 | 01/05 | 1,731.83 |
| 1080 | 12/17 | 100.00 | 1083 | 12/18 | 200.89 | | | |

Total checks $4,714.75

### *Other withdrawals*

| Date | Description | $ Amount |
|---|---|---|
| 12/10 | Esurance P&c 8009266012 000000013028485 Anderson Leah | 655.90 |
| 12/17 | Check Crd Purchase 12/15 Ernesto'S Mexican Food Sacramento Ca 432371XXXXXX7902 2449398AY5S97Ptex ?MCC=5814 321270742DA | 37.00 |
| 12/17 | Check Crd Purchase 12/15 Borders Bks/MU01004019 Folsom Ca 432371XXXXXX7902 2416407AYEQE9ZN6T ?MCC=5942 321270742DA | 58.42 |
| 12/19 | Check Crd Purchase 12/17 Chili'S GRI50700005074 Reno Nv 432371XXXXXX7902 2416407B0Qqtfksen ?MCC=5812 321270742DA | 27.00 |
| 12/22 | POS Purchase - 12/22 Mach ID 000000 0853 Wal-Sams Wal-Mart Smobile (West)Al 7902 | 63.47 |
| 12/23 | POS Purchase - 12/22 Mach ID 000000 0853 Wal-Sams Wal-Mart Smobile (West)Al 7902 | 52.07 |
| 12/24 | Check Crd Purchase 12/23 Ruby Tuesday #2687 Mobile Al 432371XXXXXX7902 2479262B56EFT7Rln ?MCC=5812 321270742DA | 50.00 |
| 12/24 | POS Purchase - 12/23 Mach ID 000000 3300 Bel Air Madillard'S Mobile Al 7902 | 102.45 |
| 12/26 | Check Crd Purchase 12/23 Shoe Department 707 Mobile Al 432371XXXXXX7902 2407314B6S662ZPZ6 ?MCC=5661 321270742DA | 42.99 |
| 12/26 | Check Crd Purchase 12/23 McRae'S #0020 Mobile Al 432371XXXXXX7902 2444500B6M3973Hgm ?MCC=5311 321270742DA | 99.82 |
| 12/30 | Chase Credit Car Bill Pay 031229 54910425101 Anderson Leah | 1,281.30 |
| 01/06 | Return Item Co 040106 | 3,926.73 |
| 01/12 | Monthly Service Fee | 14.00 |

Total other withdrawals $6,411.15

**Total withdrawals** **$11,125.90**

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | Check number: 2731 | Pay Period: 12/12/2003 - 12/18/2003 | Pay Date: 12/19/2003 |
|---|---|---|---|

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 244,384.41 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -60,480.00 |
| Medicare Employee | | | -76.96 | -3,543.57 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.96 | -69,417.57 |
| **Net Pay** | | | **3,926.73** | **174,966.84** |

deposited *1226.73

cash - *2700-

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub** Check number: 2744 Pay Period: 12/19/2003 - 12/25/2003 Pay Date: 12/27/2003

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 249,692.10 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -61,784.00 |
| Medicare Employee | | | -76.97 | -3,620.54 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.97 | -70,798.54 |
| **Net Pay** | | | **3,926.72** | **178,893.56** |

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690