American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 1013 | | Pay Period: 12/26/2003 - 01/01/2004 | | Pay Date: 12/31/2003 |
|---|---|---|---|---|---|---|
| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 254,999.79 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -63,088.00 |
| Medicare Employee | | | -76.96 | -3,697.50 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.96 | -72,179.50 |
| **Net Pay** | | | 3,926.73 | 182,820.29 |

*deposited $1991.73          cash - $1935*

American Legal, Inc , P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 1012 | | | Pay Period: 01/02/2004 - 01/08/2004 | | Pay Date: 01/09/2004 |
|---|---|---|---|---|---|---|---|
| | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Employee | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 5,307.69 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -1,304.00 |
| Social Security Employee | | | -329.08 | -329.08 |
| Medicare Employee | | | -76.96 | -76.96 |
| | | | -1,710.04 | -1,710.04 |
| **Net Pay** | | | **3,597.65** | **3,597.65** |

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

✓ Track Your Expenses...

☐ Mortgage / Rent ☐ Transportation ☐ Entertainment & Travel
☐ Gas / Electric ☐ Credit Card ☐ Medical / Dental
☐ Telephone ☐ Taxes ☐ Dependent Care
☐ Food ☐ Insurance (Life, Home, Auto) ☐ Savings & Investment
☐ Clothing ☐ Home Improvement (Maintenance, Repairs) ☐ Other _____

**DO NOT USE FOR REORDERING**   TAX DEDUCTIBLE ITEM ➡ ☐

1082

Cash

Two Hundred ——

Dec 11 03

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

| | |
|---|---|
| BAL FOR'D | |
| THIS PAYMENT | 200 |
| BALANCE | |
| OTHER | |
| BAL FOR'D | |

**NOT NEGOTIABLE**

# Account Statement
January 13 through February 10, 2004
Account Number: 647-1615143
Page 1 of 4
45,952        (CO825)



LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK NEVADA, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

Effective April 1, 2004, if you use your ATM & Check Card to get cash from a teller at a non-Wells Fargo Bank, there is a $3 cash disbursement fee that will be charged to your Wells Fargo account.

Also, beginning June 1, 2004, for all accounts, Cashed/Deposited Items Returned Unpaid will be $7 per item.

For questions, please contact your Wells Fargo Banker or call 1-800-869-3557. We appreciate your business & look forward to continuing to serve your financial needs.

## Advantage Plus Checking
Leah M Anderson
**Account Number:** 647-1615143

### Activity summary
| | |
|---|---|
| Balance on 01/12 | |
| Deposits and interest | $5,975.84 |
| Withdrawals | 1,665.11 |
| | - 6,653.02 |
| Balance on 02/10 | $987.93 |

### Interest you've earned
**Interest earned this period**

| | |
|---|---|
| Average collected balance this period | $0.11 |
| Annual percentage yield earned | $2,832.42 |
| Interest and bonuses paid this year | 0.05% |
| Total interest and bonuses earned in 2003 | $0.27 |
| | $2.37 |



Case No. 1:05-cv-00637-REB-PAC   Document 80-9   filed 11/18/05   USDC Colorado   pg 5 of 20

January 13 through February 10, 2004
Account Number: 647-1615143
Page 2 of 4
45,953

**WELLS FARGO**

Effective February 20, 2004, the Direct Deposit Advance Service will be provided by Wells Fargo Bank, National Association as Wells Fargo Bank Nevada, N.A. will merge into Wells Fargo Bank, National Association, and all fees and any other amounts charged in connection with the Service that are considered "interest" under the National Bank Act shall be governed and interpreted under South Dakota law.

Effective April 5, 2004, for advances taken on or after that date, the Finance Charge will be $2 for every $20 that you advance from the Direct Deposit Advance Service. The Finance Charge will be reflected as an Annual Percentage Rate (APR) in the Direct Deposit Advance section of your statement. The APR is a measure of the cost of credit, expressed as a yearly rate.

Beginning April 1, 2004, to complete as many of your Bill Pay transactions as possible, Wells Fargo is enhancing the Bill Pay Service processing procedures. If you schedule a payment through your Bill Pay Service, and there are not sufficient funds in your account to cover the transaction on the payment date, Wells Fargo may take any of the following actions:
- Cover the transaction if you have overdraft protection;
- Pay the transaction and create an overdraft to your account; or
- Decline the transaction.

You may be assessed a fee, which will vary depending on the action taken. If you do not have overdraft protection, we encourage you to contact your local Banker, call 1-800-869-3557, or visit us Online to enroll.

## Activity detail
### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 01/26 | Deposit paycheck # 1024 | 1,665.00 |
| 02/10 | Interest Payment | 0.11 |
| **Total deposits and interest** | | **$1,665.11** |

## Withdrawals
### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1086 | 01/16 | 201.52 | 1088 | 01/22 | 4,000.00 | | | |
| 1087 | 01/20 | 21.09 | 1090* | 02/09 | 240.28 | | | |
| **Total checks** | | | | | | | | **$4,462.89** |

*\* Gap in Check Sequence*

**WELLS FARGO**

January 13 through February 10, 2004
Account Number: 647-1615143
Page 3 of 4
45,954

## Other withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 01/20 | Bk Of Amer VI/Mc Online Pmt 040120 CKF753402482POS Anderson,Leah | 255.37 |
| 01/28 | Chase Credit Car Bill Pay 040127 54910425101 Anderson Leah | 1,662.42 |
| 01/29 | Peoples Bank Speedpay 040128 221172181702047 Leah Anderson | 116.95 |
| 01/30 | Check Crd Purchase 01/29 Midi Hits 386-4268496 Fl 432371XXXXXX7902 2430133DDQR14GMW2 ?MCC=5735 321270742DA | 8.95 |
| 01/30 | Check Crd Purchase 01/29 Midi Hits 386-4268496 Fl 432371XXXXXX7902 2430133DDQR14Gmvg ?MCC=5735 321270742DA | 8.95 |
| 02/03 | Bk Of Amer VI/Mc Online Pmt 040203 CKF753402482POS Anderson,Leah | 123.49 |
| 02/10 | Monthly Service Fee | 14.00 |
| **Total other withdrawals** | | **$2,190.13** |
| **Total withdrawals** | | **$6,653.02** |

As part of our ongoing service commitment, we will begin printing messages that specifically relate to your account in this space. Be sure to check for information that may help you manage your account and related services more effectively. We appreciate your business and hope you find these new messages helpful.

## Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 01/12 | 5,975.84 | 01/26 | 3,162.86 | 02/03 | 1,242.10 |
| 01/16 | 5,774.32 | 01/28 | 1,500.44 | 02/09 | 1,001.82 |
| 01/20 | 5,497.86 | 01/29 | 1,383.49 | 02/10 | 987.93 |
| 01/22 | 1,497.86 | 01/30 | 1,365.59 | | |

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 1024 | | | Pay Period: 01/16/2004 - 01/22/2004 | Pay Date: 01/23/2004 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN / Status (Fed/State) | Allowances/Extra |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105   Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 15,923.07 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -3,912.00 |
| Social Security Employee | | | -329.08 | -987.23 |
| Medicare Employee | | | -76.96 | -230.88 |
| | | | -1,710.04 | -5,130.11 |
| **Net Pay** | | | **3,597.65** | **10,792.96** |

*[handwritten: deposited $1665 -]*

*[handwritten: cash - $1932.65]*

American Legal, Inc., P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

✓ Track Your Expenses...   TAX DEDUCTIBLE ITEM ➡

☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel   **DO NOT USE**
☐ Gas / Electric   ☐ Credit Card     ☐ Medical / Dental         **FOR REORDERING**   1088
☐ Telephone       ☐ Taxes            ☐ Dependent Care
☐ Food            ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment    Jan 21 04
☐ Clothing        ☐ Home Improvement (Maintenance, Repairs)  ☐ Other _____

Cash

Tim Sherman

BAL. FOR'D
THIS PAYMENT  400.—
BALANCE
OTHER
BAL. FOR'D   0

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

**NOT NEGOTIABLE**

WD-DUP (3)

# Account Statement

February 11 through March 9, 2004
Account Number: 647-1615143
Page 1 of 4

43,953   (CO825)

**WELLS FARGO**

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

Do you need college funding for you or your family? Use a Wells Fargo student loan to pay for tuition, books, and supplies. Apply today. Call Wells Fargo Education Financial Services at 1-888-945-5374 or visit us online at wellsfargospecial.com and enter keyword: Student Loan.

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

### Activity summary

| | |
|---|---:|
| Balance on 02/10 | $987.93 |
| Deposits and interest | 8,382.36 |
| Withdrawals | - 7,605.36 |
| Balance on 03/09 | $1,764.93 |

### Interest you've earned

| | |
|---|---:|
| **Interest earned this period** | **$0.05** |
| Average collected balance this period | $1,334.81 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $0.32 |
| Total interest and bonuses earned in 2003 | $2.37 |

**WELLS FARGO**

February 11 through March 9, 2004
Account Number: 647-1615143
Page 2 of 4
43,954

## Activity detail
### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 02/27 | American Legal, Quickbooks 040227 XXXXX1514 Leah M Anderson | 4,191.16 |
| 03/05 | American Legal, Quickbooks 040305 XXXXX1514 Leah M Anderson | 4,191.15 |
| 03/09 | Interest Payment | 0.05 |

**Total deposits and interest**  $8,382.36

## Withdrawals
### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1091 | 02/20 | 20.96 | 1093* | 02/27 | 2,400.00 | 1096* | 03/05 | 3,600.00 |

**Total checks**  $6,020.96

*\* Gap in Check Sequence*

### Other withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 02/27 | Chase Credit Car Bill Pay 040226 54910425101 Anderson Leah | 443.88 |
| 03/02 | Peoples Bank Speedpay 040301 221172181874431 Leah Anderson | 1,126.52 |
| 03/09 | Monthly Service Fee | 14.00 |

Total other withdrawals  $1,584.40

**Total withdrawals**  $7,605.36

Make this your last paper statement. Get free Online Statements and you'll find it easier to keep track of your personal checking and savings accounts. It's simple, convenient and paper-free - plus, you won't have to waste time searching for misplaced paper statements. Enroll today at wellsfargospecial.com, enter keyword "statement."

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 02/10 | 987.93 | 02/27 | 2,314.25 | 03/05 | 1,778.88 |
| 02/20 | 966.97 | 03/02 | 1,187.73 | 03/09 | 1,764.93 |

## Direct Deposit Advance (Lender - Wells Fargo Bank, N.A.)

| | |
|---|---|
| Outstanding balance as of last statement | $0.00 |
| Outstanding balance as of this statement | $0.00 |

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | | Pay Period: 02/20/2004 - 02/26/2004 | Pay Date: 02/27/2004 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 6,307.69 | 46,461.52 | Checking - ******5143 | 4,191.16 |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -1,634.00 | -11,752.00 | | |
| Social Security Employee | | | -391.07 | -2,880.61 | | |
| Medicare Employee | | | -91.46 | -673.69 | | |
| | | | -2,116.53 | -15,306.30 | | |
| **Net Pay** | | | **4,191.16** | **31,155.22** | | |

American Legal, Inc., P.O. Box 254735, Sacramento, CA  95865  (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | Pay Period: 02/27/2004 - 03/04/2004 | Pay Date: 03/05/2004 |
|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |

Leah M Anderson, P.O. Box 2587, Parker, CO 80134      ***-**-0105   Married/Married   Fed-2/0/CO-6/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 6,307.69 | 52,769.21 | Checking - ******5143 | 4,191.15 |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -1,634.00 | -13,386.00 | | |
| Social Security Employee | | | -391.08 | -3,271.69 | | |
| Medicare Employee | | | -91.46 | -765.15 | | |
| | | | -2,116.54 | -17,422.84 | | |
| **Net Pay** | | | **4,191.15** | **35,346.37** | | |

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

TAX DEDUCTIBLE ITEM

DO NOT USE FOR REORDERING   1093

- [ ] Mortgage / Rent
- [ ] Transportation
- [ ] Entertainment & Travel
- [ ] Gas / Electric
- [ ] Credit Card
- [ ] Medical / Dental
- [ ] Telephone
- [ ] Taxes
- [ ] Dependent Care
- [ ] Food
- [ ] Insurance (Life, Home, Auto)
- [ ] Savings & Investment
- [ ] Clothing
- [ ] Home Improvement (Maintenance, Repairs)
- [ ] Other

Feb 27 04

Cash

Twenty Four Hundred

BAL. FOR'D
THIS PAYMENT   2400
BALANCE
OTHER
BAL. FOR'D

...Here's How:
- Carry balance forward
- Check type of expense
- Add details on memo line
- Retain duplicates in Deluxe Check box

Memo

1093   NOT NEGOTI

I understand that the charge for this order of checks will be deducted from my checking account. The amount of the charge will include a delivery charge and sales tax, and will be reflected on my statement. I am aware that prices are subject to change without notice.

---

☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel   **DO NOT USE FOR REORDERING**   1096
☐ Gas / Electric   ☐ Credit Card     ☐ Medical / Dental
☐ Telephone       ☐ Taxes           ☐ Dependent Care     Mar 5 04
☐ Food            ☐ Insurance (Life, Home, Auto)   ☐ Savings & Investment
☐ Clothing        ☐ Home Improvement (Maintenance, Repairs)   ☐ Other ____

Cash
Three Thousand Six Hundred

BAL FOR'D
THIS PAYMENT  3600—
BALANCE
OTHER
BAL FOR'D

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

⑉321270742⑈647161566431⑊ 1096    **NOT NEGOTIABLE**

# Account Statement

March 10 through April 9, 2004
Account Number: 647-1615143
Page 1 of 4
44,371          (CO825)

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

Thinking of going back to school?

There has never been a better time to get a college education. Whether you would be a first time college student or attending graduate school, let Wells Fargo Education Financial Services help finance your dream. Wells Fargo offers numerous private and federal student loans. For more information or to apply call 1-866-380-1720 or visit wellsfargospecial.com and enter keyword: Dream. Wells Fargo Education Financial Services is a division of Wells Fargo Bank, N.A.

## Advantage Plus Checking
Leah M Anderson
**Account Number:** 647-1615143

### Activity summary
| | |
|---|---|
| Balance on 03/09 | $1,764.93 |
| Deposits and interest | 79,665.11 |
| Withdrawals | - 75,165.18 |
| Balance on 04/09 | $6,264.86 |

### Interest you've earned
| | |
|---|---|
| Interest earned this period | $1.51 |
| Average collected balance this period | $35,615.11 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $1.83 |

As a Wells Fargo customer, get some of the best available rates on used auto loans. A Wells Fargo secured auto loan features low competitive rates, a choice of terms and funding up to $125,000. And a Wells Fargo secured auto loan is one of the most affordable ways to finance a vehicle. The loan process is fast and simple so you'll be on the open road before you know it. To apply visit wellsfargospecial.com and enter keyword: My Auto, call 1-800-932-6736, or stop by your local Wells Fargo branch.

WELLS FARGO

March 10 through April 9, 2004
Account Number: 647-1615143
Page 2 of 4
44,372

## Activity detail

### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 3/12 | American Legal, Quickbooks 040312 XXXXX1514 Leah M Anderson | 4,191.14 |
| 3/12 | Deposit check from AAC for furnishings/computers | 61,750.00 |
| 3/26 | American Legal, Quickbooks 040326 XXXXX1514 Leah M Anderson | 4,191.15 |
| 4/02 | American Legal, Quickbooks 040402 XXXXX1514 Leah M Anderson | 4,765.65 |
| 4/09 | American Legal, Quickbooks 040409 XXXXX1514 Leah M Anderson | 4,765.66 |
| 4/09 | Interest Payment | 1.51 |
| **Total deposits and interest** | | **$79,665.11** |

### Withdrawals

**Checks**

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1094 | 03/11 | 20.40 | 1098 | 03/12 | (3,600.00) | 1101 | 04/02 | (20,000.00) |
| 1095 | 03/10 | 210.33 | 1099 | 03/19 | (5,000.00) | 1103* | 04/02 | (30,000.00) |
| 1097* | 04/08 | 1,000.00 | 1100 | 03/26 | (9,000.00) | 1104 | 04/07 | (5,850.00) |
| **Total checks** | | | | | | | | **$74,680.73** |

*Gap in Check Sequence*

**Other withdrawals**

| Date | Description | $ Amount |
|---|---|---|
| 3/19 | Bk Of Amer VI/Mc Online Pmt 040319 CKF753402482POS Anderson,Leah | 171.77 |
| 3/29 | Chase Credit Car Bill Pay 040326 54910425101 Anderson Leah | 298.68 |
| 4/09 | Monthly Service Fee | 14.00 |
| **Total other withdrawals** | | **$484.45** |
| **Total withdrawals** | | **$75,165.18** |

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 3/09 | 1,764.93 | 03/19 | 58,703.57 | 04/07 | 2,511.69 |
| 3/10 | 1,554.60 | 03/26 | 53,894.72 | 04/08 | 1,511.69 |
| 3/11 | 1,534.20 | 03/29 | 53,596.04 | 04/09 | 6,264.86 |
| 3/12 | 63,875.34 | 04/02 | 8,361.69 | | |

### Direct Deposit Advance (Lender - Wells Fargo Bank, N.A.)

| | |
|---|---|
| Outstanding balance as of last statement | $0.00 |
| Outstanding balance as of this statement | $0.00 |

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | Check number: | | | Pay Period: 03/05/2004 - 03/11/2004 | | Pay Date: 03/12/2004 |
|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 6,307.69 | 59,076.90 | Checking - ******5143 | 4,191.14 |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -1,634.00 | -15,020.00 | | |
| Social Security Employee | | | -391.08 | -3,662.77 | | |
| Medicare Employee | | | -91.47 | -856.62 | | |
| | | | -2,116.55 | -19,539.39 | | |
| **Net Pay** | | | **4,191.14** | **39,537.51** | | |

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 1074 | | | Pay Period: 03/12/2004 - 03/18/2004 | Pay Date: 03/19/2004 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | SSN ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 6,307.69 | 65,384.59 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,634.00 | -16,654.00 |
| Social Security Employee | -391.07 | -4,053.84 |
| Medicare Employee | -91.46 | -948.08 |
| | -2,116.53 | -21,655.92 |
| **Net Pay** | 4,191.16 | 43,728.67 |

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | | | Pay Period: 03/26/2004 - 04/01/2004 | | Pay Date: 04/02/2004 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 78,999.97 | Checking - ******5143 | 4,765.65 |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -1,983.00 | -20,271.00 | | |
| Social Security Employee | | | -453.08 | -4,898.00 | | |
| Medicare Employee | | | -105.96 | -1,145.50 | | |
| | | | -2,542.04 | -26,314.50 | | |
| **Net Pay** | | | **4,765.65** | **52,685.47** | | |

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | Pay Period: 04/02/2004 - 04/08/2004 | Pay Date: 04/09/2004 |
|---|---|---|---|---|---|
| **Employee** | | | | **SSN** / **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | ***-**-0105  Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 86,307.66 | Checking - ******5143 | 4,765.66 |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -1,983.00 | -22,254.00 | | |
| Social Security Employee | | | -453.07 | -5,351.07 | | |
| Medicare Employee | | | -105.96 | -1,251.46 | | |
| | | | -2,542.03 | -28,856.53 | | |
| **Net Pay** | | | **4,765.66** | **57,451.13** | | |

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690