WELLS FARGO

March 10 through April 9, 2004
Account Number: 647-1615143
Page 2 of 4
44,372

## Activity detail

### Deposits and interest

| Date | Description | $ Amount |
|------|-------------|----------|
| 3/12 | American Legal, Quickbooks 040312 XXXXX1514 Leah M Anderson | 4,191.14 |
| 3/12 | Deposit *check from AAC for furnishings/computers* | 61,750.00 |
| 3/26 | American Legal, Quickbooks 040326 XXXXX1514 Leah M Anderson | 4,191.15 |
| 4/02 | American Legal, Quickbooks 040402 XXXXX1514 Leah M Anderson | 4,765.65 |
| 4/09 | American Legal, Quickbooks 040409 XXXXX1514 Leah M Anderson | 4,765.66 |
| 4/09 | Interest Payment | 1.51 |

**Total deposits and interest** — **$79,665.11**

## Withdrawals

### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|--------|------|----------|
| 094 | 03/11 | 20.40 | 1098 | 03/12 | 3,600.00 | 1101 | 04/02 | 20,000.00 |
| 095 | 03/10 | 210.33 | 1099 | 03/19 | 5,000.00 | 1103* | 04/02 | 30,000.00 |
| 097* | 04/08 | 1,000.00 | 1100 | 03/26 | 9,000.00 | 1104 | 04/07 | 5,850.00 |

**Total checks** — **$74,680.73**

*Gap in Check Sequence*

### Other withdrawals

| Date | Description | $ Amount |
|------|-------------|----------|
| 3/19 | Bk Of Amer VI/Mc Online Pmt 040319 CKF753402482POS Anderson,Leah | 171.77 |
| 3/29 | Chase Credit Car Bill Pay 040326 54910425101 Anderson Leah | 298.68 |
| 4/09 | Monthly Service Fee | 14.00 |

**Total other withdrawals** — **$484.45**

**Total withdrawals** — **$75,165.18**

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|-----------|------|-----------|------|-----------|
| 3/09 | 1,764.93 | 03/19 | 58,703.57 | 04/07 | 2,511.69 |
| 3/10 | 1,554.60 | 03/26 | 53,894.72 | 04/08 | 1,511.69 |
| 3/11 | 1,534.20 | 03/29 | 53,596.04 | 04/09 | 6,264.86 |
| 3/12 | 63,875.34 | 04/02 | 8,361.69 | | |

## Direct Deposit Advance (Lender - Wells Fargo Bank, N.A.)

| | |
|---|---|
| Outstanding balance as of last statement | $0.00 |
| Outstanding balance as of this statement | $0.00 |

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | Check number: | | | Pay Period: 03/05/2004 - 03/11/2004 | | Pay Date: 03/12/2004 |
|---|---|---|---|---|---|---|

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 6,307.69 | 59,076.90 |

| Direct Deposit | Amount |
|---|---|
| Checking - ******5143 | 4,191.14 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,634.00 | -15,020.00 |
| Social Security Employee | -391.08 | -3,662.77 |
| Medicare Employee | -91.47 | -856.62 |
| | -2,116.55 | -19,539.39 |
| Net Pay | 4,191.14 | 39,537.51 |

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub**　　　　　Check number: 1074　　　　　Pay Period: 03/12 2004 - 03/18/2004　　　Pay Date: 03/19/2004

**Employee**

| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 6,307.69 | 65,384.59 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,634.00 | -16,654.00 |
| Social Security Employee | -391.07 | -4,053.84 |
| Medicare Employee | -91.46 | -948.08 |
| | -2,116.53 | -21,655.92 |
| **Net Pay** | **4,191.16** | **43,728.67** |

American Legal, Inc , P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865




Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | | | Pay Period: 03/26 2004 - 04/01/2004 | | Pay Date: 04/02/2004 |
|---|---|---|---|---|---|---|---|---|

| Employee | | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 78,999.97 | Checking - ******5143 | | | 4,765.65 |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| Federal Withholding | | | -1,983.00 | -20,271.00 | | | | |
| Social Security Employee | | | -453.08 | -4,898.00 | | | | |
| Medicare Employee | | | -105.96 | -1,145.50 | | | | |
| | | | -2,542.04 | -26,314.50 | | | | |
| **Net Pay** | | | **4,765.65** | **52,685.47** | | | | |

American Legal, Inc , P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | Check number: | | | | Pay Period: 04/02 2004 - 04/08/2004 | | Pay Date: 04/09/2004 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 7,307.69 | 86,307.66 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,983.00 | -22,254.00 |
| Social Security Employee | | | -453.07 | -5,351.07 |
| Medicare Employee | | | -105.96 | -1,251.46 |
| | | | -2,542.03 | -28,856.53 |
| **Net Pay** | | | **4,765.66** | **57,451.13** |

| Direct Deposit | Amount |
|---|---|
| Checking - ******5143 | 4,765.66 |

☐ Mortgage / Rent   ☐ Transportation   ☐ Entertainment & Travel   DO NOT USE
☐ Gas / Electric   ☐ Credit Card   ☐ Medical / Dental   FOR REORDERING   1098
☐ Telephone   ☐ Taxes   ☐ Dependent Care
☐ Food   ☐ Insurance (Life, Home, Auto)   ☐ Savings & Investment   May 12 04
☐ Clothing   ☐ Home Improvement (Maintenance, Repairs)   ☐ Other _____

Cash

Three Thousand Six Hundred

|  |  |
|---|---|
| BAL. FOR'D |  |
| THIS PAYMENT | 3600 |
| BALANCE |  |
| OTHER |  |
| BAL. FOR'D |  |

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

⑆332127074⑆:3647151354:3⑈  1098

**NOT NEGOTIABLE**



☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel  DO NOT USE
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental  FOR REORDERING   1099
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment  Mar 19 04
☐ Clothing  ☐ Home Improvement (Maintenance, Repairs)  ☐ Other _____

BAL. FOR'D

Cash

THIS PAYMENT  5000

Five Thousand —

BALANCE

OTHER

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

BAL. FOR'D

Memo_____

⑆ 3 2 1 2 7 0 7 ⑆ 2 ⑈ 6 4 7 1 6 1 5 1 4 3 ⑈   1 0 9 9

NOT NEGOTIABLE



☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel   DO NOT USE
☐ Gas / Electric   ☐ Credit Card      ☐ Medical / Dental        FOR REORDERING    1100
☐ Telephone        ☐ Taxes            ☐ Dependent Care
☐ Food             ☐ Insurance        ☐ Savings & Investment     Mar 26 04
                     (Life, Home, Auto)
☐ Clothing         ☐ Home Improvement  ☐ Other _____
                     (Maintenance, Repairs)

Cash

Nine Thousand ——/10

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

⑆3⁣2⁣1⁣2⁣70⁣7⁣4�) 2⁣0⁣6⁣4⁣7⁣3⁣6⁣1⁣5⁣4⁣3⁣9⁞   1100

| | |
|---|---|
| BAL. FOR'D | |
| THIS PAYMENT | 9000 |
| BALANCE | |
| OTHER | |
| BAL. FOR'D | |

NOT NEGOTIABLE

WD-DUP (3)







☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel   DO NOT USE
☐ Gas / Electric   ☐ Credit Card     ☐ Medical / Dental        FOR REORDERING    1104
☐ Telephone        ☐ Taxes           ☐ Dependent Care
☐ Food             ☐ Insurance       ☐ Savings & Investment     Apr 7 04
☐ Clothing           (Life, Home, Auto)  ☐ Other____
                   ☐ Home Improvement                            BAL.
                     (Maintenance, Repairs)                      FOR'D

Cash                                                             THIS       5 850 00
                                                                 PAYMENT
Two Thousand Eight Hundred Fifty                                 BALANCE

...Here's How:                                                   OTHER
 • Carry balance forward
 • Check type of expense
 • Add details on memo line                                      BAL.
 • Retain duplicates in Deluxe Check box                         FOR'D

Memo_____

⑈3242704⑈ ⑆647 16 15 4⑈ 3⑉  1104                                 NOT NEGOTIABLE
WD-DUP 131

# Account Statement

April 10 through May 11, 2004
Account Number: 647-1615143
Page 1 of 4
  47,698        (CO825)

1-1

IlluulLLLLLuullLLLLLLuulLLLIIIIIIIIIIIIIIIIIIIIl

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

**Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

Access your accounts online - for FREE.

Wells Fargo Online Banking puts you in control of your finances. With free, secure online access you can check your balances, transfer funds, view monthly statements, and manage all of your online accounts in one place. To get started, visit wellsfargospecial.com and enter keyword: My Online.

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

### Activity summary

| | |
|---|---|
| Balance on 04/09 | $6,264.86 |
| Deposits and interest | 20,776.37 |
| Withdrawals | - 23,204.55 |
| Balance on 05/11 | $3,836.68 |

### Interest you've earned

| | |
|---|---|
| Interest earned this period | $0.19 |
| Average collected balance this period | $4,463.75 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $2.02 |



April 10 through May 11, 2004
Account Number: 647-1615143
Page 2 of 4
47,699

Change in Terms - Direct Deposit Advance Service Agreement in the Consumer Account Fee and Information Schedule:

CREDIT LIMIT DECREASE BASED ON CONTINUOUS USAGE (effective August 13, 2004)
Because Direct Deposit Advance Service is intended to meet your short-term credit needs, you will not be permitted to make advances for more than 12 consecutive statement periods at your standard Credit Limit. If you do take advances for 12 consecutive statement periods, your Credit Limit the following statement period will be reduced by $100. If you continue to take advances, your Credit Limit will continue to decrease by $100 each statement period until it equals zero. The Credit Limit will remain at zero for one statement period during which time you will not be able to make any advances. Thereafter, your Credit Limit will be restored to an amount calculated in accordance with the Direct Deposit Advance Service Agreement. If you do take a break during any 12 consecutive statement periods by not using Direct Deposit Advance Service, your Credit Limit will remain at its regularly calculated amount.

## Activity detail
### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 04/16 | American Legal, Quickbooks 040416 XXXXX1514 Leah M Anderson | 5,120.00 |
| 04/23 | American Legal, Quickbooks 040423 XXXXX1514 Leah M Anderson | 5,218.73 |
| 04/30 | American Legal, Quickbooks 040430 XXXXX1514 Leah M Anderson | 5,218.72 |
| 05/07 | American Legal, Quickbooks 040507 XXXXX1514 Leah M Anderson | 5,218.73 |
| 05/11 | Interest Payment | 0.19 |
| **Total deposits and interest** | | **$20,776.37** |

## Withdrawals
### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1105 | 04/15 | 4,100.00 | 1107 | 04/20 | 20.61 | 1109 | 04/30 | 4,000.00 |
| 1106 | 04/16 | 4,100.00 | 1108 | 04/23 | 4,600.00 | 1110 | 05/11 | 5,000.00 |
| **Total checks** | | | | | | | | **$21,820.61** |

### Other withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 04/19 | Bk Of Amer VI/Mc Online Pmt 040419 CKF753402482POS Anderson,Leah | 154.63 |
| 04/27 | Chase Credit Car Bill Pay 040426 54910425101 Anderson Leah | 1,084.31 |
| 05/07 | Check Crd Purchase 05/06 Original Oyster Ho Gulf Shores Al 432371XXXXXX7902 2422443GG8TiM8Qjq ?MCC=5812 321270742DA | 131.00 |
| 05/11 | Monthly Service Fee | 14.00 |
| **Total other withdrawals** | | **$1,383.94** |
| **Total withdrawals** | | **$23,204.55** |

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 04/09 | 6,264.86 | 04/15 | 2,164.86 | 04/16 | 3,184.86 |

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | Check number: | | | Pay Period: 04/09/2004 - 04/15/2004 | | Pay Date: 04/16/2004 |
|---|---|---|---|---|---|---|

**Employee**

Leah M Anderson, P.O. Box 2587, Parker, CO 80134

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|
| ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 7,307.69 | 93,615.35 |

| Direct Deposit | Amount |
|---|---|
| Checking - ******5143 | 5,120.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,983.00 | -24,237.00 |
| Social Security Employee | -98.73 | -5,449.80 |
| Medicare Employee | -105.96 | -1,357.42 |
| | -2,187.69 | -31,044.22 |
| **Net Pay** | **5,120.00** | **62,571.13** |

(

American Legal, Inc , P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | | | Pay Period: 04/16/2004 - 04/22/2004 | | | Pay Date: 04/23/2004 |
|---|---|---|---|---|---|---|---|---|---|

| Employee | | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | ***-**-0105 | Married/Married | | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | | Amoun |
|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 100,923.04 | | Checking - ******5143 | | | 5,218.7: |
| **Taxes** | | | **Current** | **YTD Amount** | | | | | |
| Federal Withholding | | | -1,983.00 | -26,220.00 | | | | | |
| Medicare Employee | | | -105.96 | -1,463.38 | | | | | |
| Social Security Employee | | | | -5,449.80 | | | | | |
| | | | -2,088.96 | -33,133.18 | | | | | |
| **Net Pay** | | | **5,218.73** | **67,789.86** | | | | | |

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690