American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | | | Pay Period: 04/23/2004 - 04/29/2004 | | Pay Date: 04/30/2004 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 7,307.69 | 108,230.73 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,983.00 | -28,203.00 |
| Medicare Employee | | | -105.97 | -1,569.35 |
| Social Security Employee | | | | -5,449.80 |
| | | | -2,088.97 | -35,222.15 |
| **Net Pay** | | | **5,218.72** | **73,008.58** |

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******5143 | | 5,218.72 |

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | | Check number: | | | | Pay Period: 04/30/2004 - 05/06/2004 | | Pay Date: 05/07/2004 |
|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 7,307.69 | 115,538.42 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,983.00 | -30,186.00 |
| Medicare Employee | | | -105.96 | -1,675.31 |
| Social Security Employee | | | | -5,449.80 |
| | | | -2,088.96 | -37,311.11 |
| **Net Pay** | | | **5,218.73** | **78,227.31** |

| Direct Deposit | Amount |
|---|---|
| Checking - ******5143 | 5,218.73 |

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690



Pay to: Wesley Metzger
Four Thousand One Hundred
This Payment: 4100=
1105

NOT NEGOTIABLE









Cash
Five Thousand
May 11 04
DO NOT USE FOR REORDERING 1110
THIS PAYMENT 5000-
NOT NEGOTIABLE

# Account Statement

May 12 through June 9, 2004
Account Number: 647-1615143
Page 1 of 4
   43,728        (CO825)
I-3

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

There's a unique way to manage one of your most valuable assets - your home. The Wells Fargo Home Asset Management Account combines a first mortgage with a home equity line of credit that can increase as you build equity in your home. For more information and to apply for a Wells Fargo Home Asset Management Account visit wellsfargospecial.com and enter keyword: My Asset. Equal Housing Lender.

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

### Activity summary

| | |
|---|---|
| Balance on 05/11 | $3,836.68 |
| Deposits and interest | 20,875.13 |
| Withdrawals | - 21,545.40 |
| Balance on 06/09 | $3,166.41 |

### Interest you've earned

| | |
|---|---|
| Interest earned this period | $0.21 |
| Average collected balance this period | $5,170.98 |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $2.23 |

IMPORTANT MESSAGE FOR CUSTOMERS WHO RECEIVE WIRE TRANSFERS: Effective August 16, 2004 any wire transfer that is sent to Wells Fargo for your account must use the following Wire Routing Transit Number (RTN): 121000248. If you are currently receiving funds by wire transfer, this may be a change from the RTN that is currently being used by the sender. Although the new RTN must be used as of August 16, 2004, the new RTN may be used effective immediately. If you receive an incoming wire, please tell those who send you wires to begin using the new RTN immediately. For outgoing wire transfers (wires that you send from your Wells Fargo account) no change is required. Also, this does not affect RTNs used for checks, deposits, or ACH (direct deposit/debit) transactions; they remain the same. For more information, please contact your Wells Fargo banker or call the customer service number printed on your statement.

May 12 through June 9, 2004
Account Number: 647-1615143
Page 2 of 4

43,729

## Activity detail

### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 05/14 | American Legal, Quickbooks 040514 XXXXX1514 Leah M Anderson | 5,218.73 |
| 05/21 | American Legal, Quickbooks 040521 XXXXX1514 Leah M Anderson | 5,218.73 |
| 05/28 | American Legal, Quickbooks 040528 XXXXX1514 Leah M Anderson | 5,218.73 |
| 06/04 | American Legal, Quickbooks 040604 XXXXX1514 Leah M Anderson | 5,218.73 |
| 06/09 | Interest Payment | 0.21 |
| **Total deposits and interest** | | **$20,875.13** |

### Withdrawals
#### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1111 | 05/26 | 100.00 | 1114 | 05/21 | 4,600.00 | 1117 | 06/04 | 4,000.00 |
| 1112 | 05/18 | 20.61 | 1115 | 06/01 | 5,000.00 | | | |
| 1113 | 05/17 | 5,000.00 | 1116 | 06/07 | 1,036.90 | | | |

| | |
|---|---|
| Total checks | $19,757.51 |

#### Other withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 05/12 | Check Crd Purchase 05/10 Dodge'S Stores #702 Mobile Al 432371XXXXXX7902 133404104410685 ?MCC=5542 321270742DA | 25.57 |
| 05/12 | Check Crd Purchase 05/10 Wintzells Oyster House Mobile Al 432371XXXXXX7902 133404103235552 ?MCC=5812 321270742DA | 61.00 |
| 05/12 | Check Crd Purchase 05/10 0656 Cato - Cato Plus Mobile Al 432371XXXXXX7902 133404102427065 ?MCC=5621 321270742DA | 64.45 |
| 05/18 | Bk Of Amer VI/Mc Online Pmt 040518 CKF753402482POS Anderson,Leah | 204.10 |
| 05/20 | Check Crd Purchase 05/19 Skymall*airline Catlog 800-759-6255 Az 432371XXXXXX7902 141404105445145 ?MCC=5969 321270742DA | 61.63 |
| 05/24 | Check Crd Purchase 05/21 Skymall*airline Catlog 800-759-6255 Az 432371XXXXXX7902 144404110861943 ?MCC=5969 321270742DA | 36.96 |
| 05/27 | Chase Credit Car Bill Pay 040526 54910425101 Anderson Leah | 464.00 |
| 06/01 | Check Crd Purchase 05/28 Direct Paymetric Oakle 800-4037449 Ca 432371XXXXXX7902 151404112986549 ?MCC=5999 321270742DA | 94.91 |
| 06/03 | Check Crd Purchase 06/01 Old Navy On-Line 614-5642000 Oh 432371XXXXXX7902 155404103646102 ?MCC=5964 321270742DA | 91.47 |
| 06/09 | Check Crd Purchase 06/08 Cdi*colorful Images I 800-272-9209 Cc 432371XXXXXX7902 161404105898594 ?MCC=5969 321270742DA | 15.90 |
| 06/09 | Esurance Insurance 040608 Leah M *anderson | 653.90 |
| 06/09 | Monthly Service Fee | 14.00 |

| | |
|---|---|
| Total other withdrawals | $1,787.89 |
| **Total withdrawals** | **$21,545.40** |

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | | Pay Period: 05/07/2004 - 05/13/2004 | | Pay Date: 05/14/2004 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 122,846.11 | Checking - ******5143 | 5,218.73 |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -1,983.00 | -32,169.00 | | |
| Medicare Employee | | | -105.96 | -1,781.27 | | |
| Social Security Employee | | | | -5,449.80 | | |
| | | | -2,088.96 | -39,400.07 | | |
| **Net Pay** | | | **5,218.73** | **83,446.04** | | |

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| **Employee Paystub** | | **Check number:** | | | | **Pay Period:** 05/16/2004 - 05/22/2004 | | **Pay Date:** 05/21/2004 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| **Employee** | | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | | | |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Direct Deposit** | **Amount** |
|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 130,153.80 | Checking - ******5143 | 5,218.73 |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -1,983.00 | -34,152.00 | | |
| Medicare Employee | | | -105.96 | -1,887.23 | | |
| Social Security Employee | | | | -5,449.80 | | |
| | | | -2,088.96 | -41,489.03 | | |
| **Net Pay** | | | **5,218.73** | **88,664.77** | | |

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | Check number: | | | | | Pay Period: 05/21/2004 - 05/27/2004 | Pay Date: 05/28/2004 |
|---|---|---|---|---|---|---|---|
| | | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Employee | | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 137,461.49 | Checking - ******5143 | 5,218.73 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,983.00 | -36,135.00 |
| Medicare Employee | -105.96 | -1,993.19 |
| Social Security Employee | | -5,449.80 |
| | -2,088.96 | -43,577.99 |
| Net Pay | 5,218.73 | 93,883.50 |

American Legal, Inc , P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| **Employee Paystub** | | Check number: | | | Pay Period: 05/28/2004 - 06/03/2004 | Pay Date: 06/04/2004 |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Direct Deposit** | **Amount** |
|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 144,769.18 | Checking - ******5143 | 5,218.73 |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -1,983.00 | -38,118.00 | | |
| Medicare Employee | | | -105.96 | -2,099.15 | | |
| Social Security Employee | | | | -5,449.80 | | |
| | | | -2,088.96 | -45,666.95 | | |
| **Net Pay** | | | **5,218.73** | **99,102.23** | | |

American Legal, Inc., P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690



