



| ☐ Mortgage / Rent | ☐ Transportation | ☐ Entertainment & Travel | DO NOT USE | |
|---|---|---|---|---|
| ☐ Gas / Electric | ☐ Credit Card | ☐ Medical / Dental | FOR REORDERING | 1117 |
| ☐ Telephone | ☐ Taxes | ☐ Dependent Care | | |
| ☐ Food | ☐ Insurance (Life, Home, Auto) | ☐ Savings & Investment | | |
| ☐ Clothing | ☐ Home Improvement (Maintenance, Repairs) | ☐ Other | | |

Cash

Four Thousand

THIS PAYMENT 4000

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo_____

NOT NEGOTIABLE

# Account Statement

June 10 through July 12, 2004

Page 1 of 4
42,785        (CO825)

LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only): 1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

With Wells Fargo, you can count on a range of resources and financial products designed especially for college students. Each product will guide college students in taking their first step to financial independence. Select from a Wells Fargo College Checking Account, a Wells Fargo College Visa Credit Card, and a variety of Wells Fargo Student Loans. For more information and to apply, visit wellsfargospecial.com and enter keyword: WF Student, or talk to your local banker.

## Advantage Plus Checking

Leah M Anderson
**Account Number:** 647-1615143

### Activity summary

| | |
|---|---|
| Balance on 06/09 | $3,166.41 |
| Deposits and interest | 26,098.75 |
| Withdrawals | - 25,869.99 |
| Balance on 07/12 | $3,395.17 |

| | |
|---|---|
| Average collected balance this period | $3,616.__ |
| Annual percentage yield earned | 0.05% |
| Interest and bonuses paid this year | $2.39 |



June 10 through July 12, 2004
Account Number: 647-1615143
Page 2 of 4

## Activity detail

| Date | Description | $ Amount |
|---|---|---|
| 06/11 | American Legal, Quickbooks 040611 XXXXX1514 Leah M Anderson | 5,218.73 |
| 06/21 | American Legal, Quickbooks 040621 XXXXX1514 Leah M Anderson | 5,218.72 |
| 06/21 | Check Crd Pur Rtrn 06/18 Hammacher Schlemmer 800-233-4800 Oh 432371XXXXXX7902 172404110884631 ?MCC = 5964 321270742DA | 4.95 |
| 06/25 | American Legal, Quickbooks 040625 XXXXX1514 Leah M Anderson | 5,218.73 |
| 07/06 | American Legal, Quickbooks 040706 XXXXX1514 Leah M Anderson | 5,218.73 |
| 07/09 | American Legal, Quickbooks 040709 XXXXX1514 Leah M Anderson | 5,218.73 |
| 07/12 | Interest Payment | 0.16 |

**Total deposits and interest** $26,098.75

## Withdrawals
### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1118 | 06/14 | 5,000.00 | 1120 | 06/25 | 4,000.00 | 1122 | 07/09 | 4,600.00 |
| 1119 | 06/22 | 5,000.00 | 1121 | 07/07 | 4,600.00 | | | |

**Total checks** $23,200.00

### Other withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 06/14 | Check Crd Purchase 06/12 Carfax Vehicle History 877-429-6148 VA 432371XXXXXX7902 165404105101483 ?MCC = 7399 321270742DA | 19.99 |
| 06/14 | Check Crd Purchase 06/11 Hammacher.Com 800-233-4800 Il 432371XXXXXX7902 165404111555046 ?MCC = 5999 321270742DA | 124.90 |
| 06/17 | PAC Bell North Payments 040617 9169731839263 Leah M Anderson-Majors | 20.61 |
| 06/17 | Bk Of Amer VI/Mc Online Pmt 040617 CKF753402482POS Anderson,Leah | 141.35 |
| 06/18 | Check Crd Purchase 06/17 Hammacher Schlemmer 800-233-4800 Oh 432371XXXXXX7902 170404105627567 ?MCC = 5964 321270742DA | 4.95 |
| 06/21 | Check Crd Purchase 06/18 Hammacher Schlemmer 800-233-4800 Oh 432371XXXXXX7902 172404110884598 ?MCC = 5964 321270742DA | 166.90 |
| 06/25 | Check Crd Purchase 06/23 800 U S Search 888-999-4384 Fl 432371XXXXXX7902 177404104279544 ?MCC = 7375 321270742DA | 9.95 |
| 06/25 | Check Crd Purchase 06/23 800 U S Search 888-999-4384 Fl 432371XXXXXX7902 177404104279542 ?MCC = 7375 321270742DA | 12.95 |
| 06/25 | Check Crd Purchase 06/23 800 U S Search 888-999-4384 Fl 432371XXXXXX7902 177404104279543 ?MCC = 7375 321270742DA | 14.95 |
| 06/25 | Check Crd Purchase 06/23 800 U S Search 888-999-4384 Fl 432371XXXXXX7902 177404104279541 ?MCC = 7375 321270742DA | 39.95 |

42,787



### Other withdrawals -continued

| Date  | Description | $ Amount |
|-------|-------------|----------|
| 06/25 | Chase Credit Car Bill Pay 040624 54910425101 Anderson Leah | 1,956.10 |
| 07/02 | Bk Of Amer VI/Mc Online Pmt 040702 CKF753402482POS Anderson,Leah | 143.39 |
| 07/12 | Monthly Service Fee | 14.00 |
| | Total other withdrawals | $2,669.99 |
| | **Total withdrawals** | **$25,869.99** |

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|-----------|------|-----------|------|-----------|
| 06/09 | 3,166.41 | 06/21 | 8,130.11 | 07/07 | 2,790.28 |
| 06/11 | 8,385.14 | 06/22 | 3,130.11 | 07/09 | 3,409.01 |
| 06/14 | 3,240.25 | 06/25 | 2,314.94 | 07/12 | 3,395.17 |
| 06/17 | 3,078.29 | 07/02 | 2,171.55 | | |
| 06/18 | 3,073.34 | 07/06 | 7,390.28 | | |

### Direct Deposit Advance (Lender - Wells Fargo Bank, N.A.)

| | |
|---|---|
| Outstanding balance as of last statement | $0.00 |
| Outstanding balance as of this statement | $0.00 |

THE DIRECT DEPOSIT ADVANCE SERVICE IS THERE WHEN YOU NEED IT. ADVANCE UP TO $500 OF YOUR RECURRING DIRECT DEPOSIT INCOME AT THE ATM, ONLINE OR CALL THE PHONE BANK. SEE YOUR CONSUMER ACCOUNT FEE AND INFORMATION SCHEDULE FOR COMPLETE DETAILS.

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | | | Pay Period: 06/04/2004 - 06/10/2004 | | Pay Date: 06/11/2004 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| **Employee** | | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 152,076.87 | Checking - ******5143 | 5,218.73 |
| **Taxes** | | | Current | YTD Amount | | |
| Federal Withholding | | | -1,983.00 | -40,101.00 | | |
| Medicare Employee | | | -105.96 | -2,205.11 | | |
| Social Security Employee | | | | -5,449.80 | | |
| | | | -2,088.96 | -47,755.91 | | |
| **Net Pay** | | | 5,218.73 | 104,320.96 | | |

American Legal, Inc., P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

**Employee Paystub**

Check number:

Pay Period: 06/11/2004 - 06/17/2004     Pay Date: 06/18/2004

**Employee**
Leah M Anderson, P.O. Box 2587, Parker, CO 80134

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|
| ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 7,307.69 | 159,384.56 |

**Direct Deposit**

| | Amount |
|---|---|
| Checking - ******5143 | 5,218.72 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,983.00 | -42,084.00 |
| Medicare Employee | -105.97 | -2,311.08 |
| Social Security Employee | | -5,449.80 |
| | -2,088.97 | -49,844.88 |

| Net Pay | | |
|---|---|---|
| | 5,218.72 | 109,539.68 |

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | | Pay Period: 06/18/2004 - 06/24/2004 | | Pay Date: 06/25/2004 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 166,692.25 | Checking - ******5143 | 5,218.73 |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -1,983.00 | -44,067.00 | | |
| Medicare Employee | | | -105.96 | -2,417.04 | | |
| Social Security Employee | | | | -5,449.80 | | |
| | | | -2,088.96 | -51,933.84 | | |
| **Net Pay** | | | 5,218.73 | 114,758.41 | | |

American Legal, Inc , P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | | | Pay Period: 06/25/2004 - 07/01/2004 | | Pay Date: 07/02/2004 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 173,999.94 | Checking - ******5143 | 5,218.73 |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -1,983.00 | -46,050.00 | | |
| Medicare Employee | | | -105.96 | -2,523.00 | | |
| Social Security Employee | | | | -5,449.80 | | |
| | | | -2,088.96 | -54,022.80 | | |
| **Net Pay** | | | **5,218.73** | **119,977.14** | | |

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690