American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: | | | | Pay Period: 07/02/2004 - 07/08/2004 | | Pay Date: 07/09/2004 | |
|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 7,307.69 | 181,307.63 | Checking - ******5143 | 5,218.73 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,983.00 | -48,033.00 |
| Medicare Employee | -105.96 | -2,628.96 |
| Social Security Employee | | -5,449.80 |
| | -2,088.96 | -56,111.76 |
| **Net Pay** | 5,218.73 | 125,195.87 |

American Legal, Inc , P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

✔ Track Your Expenses
☐ Mortgage / Rent ✔ Transportation ☐ Entertainment & Travel
☐ Gas / Electric ☐ Credit Card ☐ Medical / Dental
☐ Telephone ☐ Taxes ☐ Dependent Care
☐ Food ☐ Insurance (Life, Home, Auto) ☐ Savings & Investment
☐ Clothing ☐ Home Improvement (Maintenance, Repairs) ☐ Other_____

DO NOT USE FOR REORDERING    1118

June 14 04

Cash
Five Thousand and /100

THIS PAYMENT  500.—

...Here's How:
* Carry balance forward
* Check type of expense
* Add details on memo line
* Retain duplicates in Deluxe Check box

Memo_____

NOT NEGOTIABLE









# Account Statement
July 13 through August 10, 2004
Account Number: 647-1615143
Page 1 of 4

43,612      (CO825)
I-4





LEAH M ANDERSON
PO BOX 254735
SACRAMENTO CA 95865-4735

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

**Watch your mailbox for a special credit card offer!**
To get additional information or apply, see your local banker or call **1-866-412-5958**

## Advantage Plus Checking
Leah M Anderson
**Account Number:** 647-1615143

### Activity summary
| | |
|---|---|
| Balance on 07/12 | $3,395.17 |
| Deposits and interest | 28,025.15 |
| Withdrawals | - 17,713.63 |
| Balance on 08/10 | $13,706.69 |

### Interest you've earned
**Interest earned this period**
| | |
|---|---|
| Average collected balance this period | $0.29 |
| Annual percentage yield earned | $7,412.16 |
| Interest and bonuses paid this year | 0.05% |
| | $2.68 |