EXHIBIT F

The following paychecks were cashed by me and never deposited into any account:

| Date | Check | Amount |
|---|---|---|
| 1/10/03 | ck#5069 | $ 3,076.29 |
| 1/31/03 | ck#1894 | 3,076.29 |
| 2/21/03 | ck#1937 | 3,076.30 |
| 3/7/03 | ck#1972 | 3,076.30 |
| 3/28/03 | ck#2024 | 3,076.30 |
| 5/16/03 | ck#2151 | 3,362.46 |
| 5/23/03 | ck#2174 | 3,362.46 |
| 6/6/03 | ck#2215 | 3,362.46 |
| 6/27/03 | ck#2280 | 3,472.46 |
| 7/3/03 | ck#2298 | 3,472.46 |
| 7/18/03 | ck#2334 | 3,472.45 |
| 8/22/03 | ck#2437 | 3,472.46 |
| 9/12/03 | ck#2498 | 3,472.46 |
| 9/19/03 | ck#2520 | 3,472.46 |
| 9/26/03 | ck#2532 | 3,926.72 |
| 10/17/03 | ck#2598 | 3,926.73 |
| 10/24/03 | ck#2608 | 3,926.73 |
| 11/7/03 | ck#2646 | 3,926.73 |
| 11/21/03 | ck#2679 | 3,926.73 |
| 11/26/03 | ck#2691 | 3,926.73 |
| 12/12/03 | ck#2723 | 3,926.73 |
| 1/16/04 | ck#1017 | 3,597.66 |
| 1/30/04 | ck#1034 | 3,597.64 |
| 2/7/04 | ck#1041 | 4,191.16 |
| 2/13/04 | ck#1052 | 4,191.15 |
| 2/20/04 | ck#1058 | 4,191.15 |

$   93,559.47

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509


Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

---

| Employee Paystub | Check number: 5069 | | Pay Period: 01/03/2003 - 01/09/2003 | | Pay Date: 01/10/2003 |
|---|---|---|---|---|---|
| **Employee** | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 9,230.76 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,186.00 | -2,372.00 |
| Social Security Employee | | | -286.16 | -572.31 |
| Medicare Employee | | | -66.93 | -133.85 |
| | | | -1,539.09 | -3,078.16 |
| **Net Pay** | | | **3,076.29** | **6,152.60** |

*Cashed*

American Legal, Inc , 4790 Caughlin Parkway #324, Reno, NV 89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV  89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | | Check number: 1894 | | | Pay Period: 01/24/2003 - 01/30/2003 | | Pay Date: 01/31/2003 |
|---|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 23,076.90 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,186.00 | -5,930.00 |
| Social Security Employee | | | -286.16 | -1,430.77 |
| Medicare Employee | | | -66.93 | -334.62 |
| | | | -1,539.09 | -7,695.39 |
| **Net Pay** | | | **3,076.29** | **15,381.51** |

*Cashed*

American Legal, Inc , 4790 Caughlin Parkway #324, Reno, NV  89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509


Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | Check number: 1937 | Pay Period: 02/14/2003 - 02/20/2003 | Pay Date: 02/21/2003 |
|---|---|---|---|

| Employee | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 36,923.04 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,186.00 | -9,488.00 |
| Social Security Employee | -286.16 | -2,289.23 |
| Medicare Employee | -66.92 | -535.38 |
| | -1,539.08 | -12,312.61 |
| Net Pay | 3,076.30 | 24,610.43 |

*Cashed*

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV 89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | Check number: 1972 | | | Pay Period: 02/28/2003 - 03/06/2003 | | Pay Date: 03/07/2003 |
|---|---|---|---|---|---|---|
| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 46,153.80 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,186.00 | -11,860.00 |
| Social Security Employee | | | -286.16 | -2,861.54 |
| Medicare Employee | | | -66.92 | -669.23 |
| | | | -1,539.08 | -15,390.77 |
| Net Pay | | | 3,076.30 | 30,763.03 |

cashed

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV 89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | Check number: 2024 | Pay Period: 03/21/2003 - 03/27/2003 | Pay Date: 03/28/2003 |
|---|---|---|---|

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 59,999.94 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,186.00 | -15,418.00 |
| Social Security Employee | | | -286.16 | -3,720.00 |
| Medicare Employee | | | -66.92 | -870.00 |
| | | | -1,539.08 | -20,008.00 |
| Net Pay | | | 3,076.30 | 39,991.94 |

*Cashed*

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV 89509

From: 8000000        Page: 2/9        Date: 11/18/2005 9:43:05 AM

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | Check number: 2151 | | | Pay Period: 05/09/2003 - 05/15/2003 | | Pay Date: 05/15/2003 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | ***-**-0105 | Married | | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 92,307.60 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,186.00 | -23,720.00 |
| Medicare Employee | | | -66.92 | -1,338.46 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,252.92 | -30,452.46 |

| Net Pay | | | 3,362.46 | 61,855.14 |

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | | Check number: 2174 | | Pay Period: 05/16/2003 - 05/22/2003 | | Pay Date: 05/23/2003 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 96,922.98 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,186.00 | -24,906.00 |
| Medicare Employee | | | -66.92 | -1,405.38 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,252.92 | -31,705.38 |
| Net Pay | | | 3,362.46 | 65,217.60 |

From: 8000000     Page: 4/9     Date: 11/18/2005 9:43:06 AM

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | | Check number: 2215 | | Pay Period: 05/30/2003 - 06/05/2003 | | Pay Date: 06/08/2003 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 106,153.74 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,186.00 | -27,278.00 |
| Medicare Employee | | | -66.92 | -1,539.23 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,252.92 | -34,211.23 |

| Net Pay | | | 3,362.46 | 71,942.51 |
|---|---|---|---|---|

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV 89509

From: 8000000        Page: 5/9        Date: 11/18/2005 9:43:06 AM

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509


Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | Check number: 2280 | | | | Pay Period: 06/20/2003 - 06/26/2003 | | Pay Date: 06/27/2003 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 119,999.88 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,076.00 | -30,616.00 |
| Medicare Employee | | | -66.92 | -1,740.00 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.92 | -37,750.00 |
| **Net Pay** | | | **3,472.46** | **82,249.88** |

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV 89509

From: 8000000      Page: 6/9      Date: 11/18/2005 9:43:07 AM

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV  89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | | Check number: 2298 | | Pay Period: 06/27/2003 - 07/03/2003 | | Pay Date: 07/03/2003 |
|---|---|---|---|---|---|---|---|

| Employee | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | ***-**-0105 | Married | Fed-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,815.38 | 124,615.26 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,076.00 | -31,692.00 |
| Medicare Employee | | | -66.92 | -1,806.92 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.92 | -38,892.92 |

| Net Pay | | | 3,472.46 | 85,722.34 |
|---|---|---|---|---|

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV  89509

American Legal, Inc.
4790 Caughlin Parkway #324
Reno, NV 89509

Leah M Anderson
4790 Caughlin Parkway
#324
Reno, NV 89509

| Employee Paystub | | Check number: 2334 | | | | Pay Period: 07/11/2003 - 07/17/2003 | | Pay Date: 07/18/2003 |
|---|---|---|---|---|---|---|---|---|
| | | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
| **Employee** | | | | | ***-**-0105 | Married | | Fed-2/0 |
| Leah M Anderson, 4790 Caughlin Parkway, #324, Reno, NV 89509 | | | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 133,846.02 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,076.00 | -33,844.00 |
| Medicare Employee | | | -66.93 | -1,940.77 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.93 | -41,178.77 |

| Net Pay | | | 3,472.45 | 92,667.25 |
|---|---|---|---|---|

American Legal, Inc., 4790 Caughlin Parkway #324, Reno, NV 89509

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865


Leah M Anderson
P.O. Box 2587
Parker, CO 80134


| Employee Paystub | | Check number: 2437 | | | Pay Period: 08/15/2003 - 08/21/2003 | | Pay Date: 08/22/2003 |
|---|---|---|---|---|---|---|---|
| | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| **Employee** | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 156,922.92 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,076.00 | -39,224.00 |
| Medicare Employee | | | -66.92 | -2,275.38 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.92 | -46,893.38 |
| **Net Pay** | | | 3,472.46 | 110,029.54 |

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| **Employee Paystub** | | Check number: 2498 | | | Pay Period: 09/05/2003 - 09/11/2003 | | Pay Date: 09/12/2003 |
|---|---|---|---|---|---|---|---|
| | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| **Employee** | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

Leah M Anderson, P.O. Box 2587, Parker, CO 80134

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 170,769.06 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,076.00 | -42,452.00 |
| Medicare Employee | | | -66.92 | -2,476.15 |
| Social Security Employee | | | | -6,394.00 |
| | | | -1,142.92 | -50,322.15 |
| **Net Pay** | | | 3,472.46 | 120,446.91 |

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 2520 | | | Pay Period: 09/12,2003 - 09/18/2003 | | Pay Date: 09/19/2003 |
|---|---|---|---|---|---|---|---|
| Employee | | | | SSN | Status (Fed/State) | | Allowances/Extra |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | ***-**-0105 | Married/Married | | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,615.38 | 175,384.44 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,076.00 | -43,528.00 |
| Medicare Employee | | | -66.92 | -2,543.07 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,142.92 | -51,465.07 |
| **Net Pay** | | | **3,472.46** | **123,919.37** |

*Cashed*

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 2532 | | | Pay Period: 09/19/2003 - 09/25/2003 | | Pay Date: 09/26/2003 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 180,692.13 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,304.00 | -44,832.00 |
| Medicare Employee | | | -76.97 | -2,620.04 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.97 | -52,846.04 |
| **Net Pay** | | | **3,926.72** | **127,846.09** |

*Cashed*

American Legal, Inc., P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 2598 | | | Pay Period: 10/10/2003 - 10/16/2003 | | Pay Date: 10/17/2003 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | ***-**-0105 | Married/Married | | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 196,615.20 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -48,744.00 |
| Medicare Employee | | | -76.96 | -2,850.92 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.96 | -56,988.92 |
| **Net Pay** | | | **3,926.73** | **139,626.28** |

*Cashed*

American Legal, Inc , P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 2608 | | Pay Period: 10/17/2003 - 10/23/2003 | | Pay Date: 10/24/2003 |
|---|---|---|---|---|---|---|

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 201,922.89 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,304.00 | -50,048.00 |
| Medicare Employee | | | -76.96 | -2,927.88 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.96 | -58,369.88 |
| Net Pay | | | 3,926.73 | 143,553.01 |



Cashed

American Legal, Inc , P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865


Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | Check number: 2646 | | | | Pay Period: 10/31/2003 - 11/06/2003 | | Pay Date: 11/07/2003 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 212,538.27 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,304.00 | -52,656.00 |
| Medicare Employee | | | -76.96 | -3,081.80 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.96 | -61,131.80 |
| **Net Pay** | | | **3,926.73** | **151,406.47** |

*Cashed*

American Legal, Inc., P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 2679 | | | Pay Period: 11/14/2003 - 11/20/2003 | | Pay Date: 11/21/2003 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | ***-**-0105 | Married/Married | | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 223,153.65 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -55,264.00 |
| Medicare Employee | | | -76.96 | -3,235.73 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.96 | -63,893.73 |
| **Net Pay** | | | **3,926.73** | **159,259.92** |

American Legal, Inc., P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 2691 | | | | Pay Period: 11/21/2003 - 11/27/2003 | | Pay Date: 11/26/2003 |
|---|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 228,461.34 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,304.00 | -56,568.00 |
| Medicare Employee | -76.96 | -3,312.69 |
| Social Security Employee | | -5,394.00 |
| | -1,380.96 | -65,274.69 |

| Net Pay | 3,926.73 | 163,186.65 |
|---|---|---|

*Cashed*

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865



Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| **Employee Paystub** | | Check number: 2723 | | | Pay Period: 12/05.2003 - 12/11/2003 | | Pay Date: 12/12/2003 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 239,076.72 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,304.00 | -59,176.00 |
| Medicare Employee | | | -76.96 | -3,466.61 |
| Social Security Employee | | | | -5,394.00 |
| | | | -1,380.96 | -68,036.61 |
| **Net Pay** | | | **3,926.73** | **171,040.11** |

Cashed

American Legal, Inc , P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| **Employee Paystub** | | Check number: 1017 | | | Pay Period: 01/09/2004 - 01/15/2004 | | Pay Date: 01/16/2004 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 10,615.38 |

| **Taxes** | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -1,304.00 | -2,608.00 |
| Social Security Employee | | | -329.07 | -658.15 |
| Medicare Employee | | | -76.96 | -153.92 |
| | | | -1,710.03 | -3,420.07 |
| **Net Pay** | | | **3,597.66** | **7,195.31** |

*cashed*

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 1034 | | | Pay Period: 01/23 2004 – 01/29/2004 | | Pay Date: 01/30/2004 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 5,307.69 | 21,230.76 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,304.00 | -5,216.00 |
| Social Security Employee | -329.08 | -1,316.31 |
| Medicare Employee | -76.97 | -307.85 |
| | -1,710.05 | -6,840.16 |
| Net Pay | 3,597.64 | 14,390.60 |

Cashed

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA 95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | | Check number: 1041 | | | Pay Period: 01/30.2004 - 02/05/2004 | | Pay Date: 02/07/2004 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 6,307.69 | 27,538.45 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,634.00 | -6,850.00 |
| Social Security Employee | | | -391.07 | -1,707.38 |
| Medicare Employee | | | -91.46 | -399.31 |
| | | | -2,116.53 | -8,956.69 |
| **Net Pay** | | | **4,191.16** | **18,581.76** |

*Cashed*

American Legal, Inc , P.O. Box 254735, Sacramento, CA 95865 (800) 796-4690

American Legal, Inc.
P.O. Box 254735
Sacramento, CA  95865

Leah M Anderson
P.O. Box 2587
Parker, CO 80134

| Employee Paystub | Check number: 1052 | | | | Pay Period: 02/06/2004 - 02/12/2004 | | Pay Date: 02/13/2004 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Leah M Anderson, P.O. Box 2587, Parker, CO 80134 | | | | | ***-**-0105 | Married/Married | Fed-2/0/CO-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 6,307.69 | 33,846.14 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -1,634.00 | -8,484.00 |
| Social Security Employee | | | -391.08 | -2,098.46 |
| Medicare Employee | | | -91.46 | -490.77 |
| | | | -2,116.54 | -11,073.23 |
| **Net Pay** | | | **4,191.15** | **22,772.91** |

Cashed

American Legal, Inc., P.O. Box 254735, Sacramento, CA  95865 (800) 796-4690