# EXHIBIT G



000876



000677



000878



000879

000880



000681



000882



