# EXHIBIT H

**Leah M. Anderson-Majors**
P.O. Box 254735
Sacramento, CA 95865
(916) 973-1839

1202

9470743212

BAL
FOR'D

THIS
CHECK

BALANCE

DEPOSIT

BAL
FOR'D

**WELLS FARGO BANK NEVADA, N.A.**
390 EAST PLUMB LANE
RENO, NV 89502

⑆321270742⑆647161514430⑈1202

NOT NEGOTIABLE