EXHIBIT I



Search results for **Wells Fargo Bank Na: Park Lane** near **Reno, NV**

A  **Wells Fargo Bank Na: Park Lane**
390 E Plumb Ln, Reno, NV
(775) 829-5302