EXHIBIT J

I recognize the following notes on bills as having been written by my husband:

| Page | Notation |
| --- | --- |
| 000320 | 10 |
| 000326 | 800 |
| 000359 | 10,000 |
| 000362 | 10 |
| 000364 | 10 |
| 000384 | 2,000 |
| 000388 | 5,000 |
| 000431 | 1000 |
| 000432 | 3200 and 96 Suburban |
| 000482 | 2900 |
| 000550 | 4300 |
| 000562 | 10 |
| 000567 | 1000 |
| 000572 | 10 |
| 000575 | 10,000 (the "1" is difficult to see) |
| 000590 | 1000 |
| 000624 | 10 |
| 000625 | 5000 |
| 000690 | 2,000 |
| 000700 | 4,000 and WM (my husband's initials) |
| 000711 | 5,000 |
| 000726 | 5,000 and 10 |
| 000732 | 420 and 10 |
| 000736 | 5,000 |
| 000737 | 1,600 |
| 000746 | 16400 |
| 000474 | 10 |
| 000784 | 1750 |
| 000787 | 2200 |
| 000794 | 500 |



000320







000326



000359







000364





000384