

000388












000431












000432



000482







000562



000567

