



000590












000624





000625



000690





000711



000726