










000732





000737



000746

AB14445204J
B2
AB14445204J

AK39628479B
K39628479B

AB11109853*
B2
AB11109853*

B50553291Q
B2
AB50553291Q

AE14777875C
E5
AE14777875C

B01673250P
A2
AB01673250P

AH73753411A
AH73753411A
H8

AE39936856C
E5
AE39936856C

AI21384515A
AI21384515A

AC26926797B
AC26926797B
C7

000747



000784












