EXHIBIT 2

04/19/2005 17:58 FAX 303 592 5910          STARRS MIHM & CASCHETTE                    ☒009/010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-637-RB-PAC

UNITED STATES OF AMERICA

        Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS,
WESLEY METZGER, AND JERRY MILLS

        Defendants

---

### AFFIDAVIT OF WAYNE MAJORS

---

    I, WAYNE MAJORS, being first duly sworn and under oath, state under penalty of perjury as follows:

1. I presently reside at 292 Starburst Circle, Castle Rock, Colorado 80104.

2. I have read this affidavit carefully and it represents my sworn testimony.

3. I am currently married to Leah M. Anderson and have been since July 2002. Wesley Metzger is my brother-in-law.

4. The money that is the subject of this action belongs to my wife, Leah M. Anderson. This money represented her savings over the past several years.

5. Jerry Mills has no lawful claim to the money.

6. I am hereby relinquishing any potential claim I may have to the funds made the subject of Civil Action No. 05-RB-637 (PAC) as my wife is the rightful owner of the funds.

There is no dispute between myself, Leah Anderson, and Wesley Metzger as to the proper owner of the funds.

Further Affiant Sayeth Naught

_____          4/21/05
Wayne Majors                              Date

STATE OF COLORADO    )
                     ) ss.
DOUGLAS COUNTY       )

Subscribed and sworn to before me, in my presence, on _04-21-05_ by Wayne Majors..

My commission expires: __MY COMMISSION EXPIRES 6/17/2007__.

(Seal: VERNA BICKFORD, NOTARY PUBLIC, STATE OF COLORADO)

_____
NOTARY PUBLIC

2