EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-637-RB-PAC

UNITED STATES OF AMERICA

        Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS,
WESLEY METZGER, AND JERRY MILLS

        Defendants

---

### AFFIDAVIT OF WESLEY METZGER

---

I, WESLEY METZGER, being first duly sworn and under oath, state under penalty of perjury as follows:

1. I presently reside in Parker, Colorado.

2. I have read this affidavit carefully and it represents my sworn testimony.

3. Leah M. Anderson is my sister and her husband, Wayne Majors, is my brother-in-law.

4. In December 2004, Jerry Mills stole over $500,000 of my sister's money that she had temporarily stored in my attic.

5. The money that is the subject of this action belongs to my sister, Leah M. Anderson. This money represented her savings over the past several years.

6. Jerry Mills has no lawful claim to the funds at issue here.

7. I spoke with Jerry Mills on January 6, 2005, and he confessed to taking the money. On January 12, 2005, I spoke with Detective Chavez of the Douglas County Sheriff's Department who informed me that Jerry Mills had confessed to him that he had stolen the money.

8. I am hereby relinquishing any potential claim I may have to the funds made the subject of Civil Action No. 05 - RB - 637 (PAC) as my sister, Leah Anderson is the rightful owner of the funds. There is no dispute between myself, Leah Anderson, and Wayne Majors as to the proper owner of the funds.

Further Affiant Sayeth Naught

_____    4-21-05
Wesley Metzger                      Date

2

STATE OF COLORADO )
) ss.
DOUGLAS COUNTY )

Subscribed and sworn to before me, in my presence, on __4-21-05__ by Wesley Metzger.

MY COMMISSION EXPIRES 6/17/2007

My commission expires: _____

(SEAL)

_____
NOTARY PUBLIC

3