EXHIBIT A-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-637-REB-PAC

**UNITED STATES OF AMERICA**
    Plaintiff,

v.

**LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER,
and JERRY MILLS,**
    Defendants.

---

### AFFIDAVIT OF JERRY MILLS

---

I, Jerry Mills, having been duly sworn upon oath, state and aver as follows:

1. I am a named Defendant in the above captioned case.

2. I did not take any money from the attic of Wesley Metzger's house in December of 2004, or at any other time.

3. I told Detective Chavez, of the Douglas County Sheriff's Office, in a recorded interview, how I came to have possession of the funds that this Court now holds, by picking up a box in Las Vegas and bringing it back to Colorado, where I transferred the money into a duffle bag.

4. I have read the Affidavit of Wesley Metzger, filed in support of the Motion For Release of Interpleaded Funds To Leah Anderson.

5. The statements in paragraphs 4 and 5 of Wesley Metzger's Affidavit are not true.

6. The statements in paragraph 7 are inaccurate, because they seem to say that I confessed to him that I took the money from his attic. I did speak with Wesley Metzger

on the telephone several times during January of 2005, and I did tell him that I took the money—from the box that I had transported from Las Vegas. I did not tell Metzger that I took the money from his attic.

7. I never told Detective Chavez that I took the money from Metzger's attic. If I had told Chavez that I took the money from Metzger's attic, he would have arrested me, because that is the alleged crime he was investigating.

Further, the Affiant Sayeth Naught.

_____
Jerry Mills

STATE OF ~~CALIFORNIA~~ AZ  )
                            )ss.
COUNTY OF _Mohave_          )

Subscribed and sworn to before me this __8__ day of December, 2005, by Jerry Mills.

Witness my hand and official seal.

My commission expires: __4-3-08__

_____
Notary Public

[Notary seal: MELODY COFFIN, Notary Public - Arizona, Mohave County, My Commission Expires April 3, 2008]

Affidavit of Jerry Mills   2