```
IN THE UNITED STATES DISTRICT COURT

        FOR THE DISTRICT OF COLORADO

Case No. 05-CV-637-REB-PAC

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY
MILLS,

        Defendants.
_____

            DEPOSITION OF RONNIE CHAVEZ
                  October 4, 2005
_____
```

**EXHIBIT 4**

RECEIVED
OCT 1 0 2005

Page 25

1 phone call from Jerry Mills. And I explained the facts
2 of this case to Mills and he told me the following:
3 That he was en route to Sacramento to meet with the
4 U.S. Attorney. That he didn't take any money from Leah
5 Anderson or her husband, Wayne Majors. He did
6 report -- he told me that he reported to IRS that
7 they -- Anderson and Majors had $300,000 to $400,000
8 hidden in a false wall at their home in Castle Rock.
9 He knows this because he built the wall for them. And
10 that he's turning State's witness. Again, he used that
11 term. I've only heard that "State's witness" term on
12 TV, by the way. That he'd been talking to Agent Shawn
13 Breslin about this situation via phone.
14    Q  Okay. And did Mr. Mills repeat to you
15 during that phone call that he does not have the money?
16    A  Yeah. I think he told me initially that
17 he didn't take any money from them.
18    Q  He told you a few times during that
19 conversation that he didn't have any money; right?
20    A  Yeah.
21    Q  And he denied during that conversation
22 that he had taken any money from Leah Anderson or her
23 husband, Wayne Majors?
24    A  He denied taking money from the attic of
25 the home of the Andersons.

Page 26

1     Q  Did he tell you that he had taken money
2 from somewhere other than the attic of the home?
3     A  No.
4     Q  So he straight out denied he had taken
5 any money?
6     A  Right.
7     Q  All right. What did you do next?
8     A  I continued to talk to him and I asked
9 him why he's turning State's witness against Anderson
10 and Majors, and he told me that, They are dragging me
11 in and trying to use me as the fall guy. He's done a
12 lot of illegal stuff for Wayne Majors. The illegal
13 stuff was money and check fraud and phony receipts.
14        He also mentioned that Wayne Majors
15 wanted to take a guy out for him. And I asked him what
16 that meant and he said he wanted to -- he wanted him to
17 kill somebody for him. And it was a -- he wanted to --
18 he said that Majors wanted him to -- wanted Mills to
19 kill his -- Majors' ex-wife for him.
20        He explained that Leah Anderson was the
21 wife of his boss and that Wesley Metzger is Leah's
22 brother. I had contact with Leah and Wesley. I hadn't
23 had any contact with Mr. Majors at all.
24    Q  As of this point in time, you had
25 already run NCIC; correct?

Page 27

1     A  Uh-huh.
2     Q  How many felony convictions did
3 Mr. Mills have?
4     A  I didn't do a history. I just did --
5 when I found that he had a -- no wants, no warrants,
6 what came up was that he was on probation -- or parole.
7 So that's where I started, right there.
8     Q  For what?
9     A  Bank robbery.
10    Q  Anything else?
11    A  That's all I knew was bank robbery.
12    Q  Okay. All right. What happened then?
13    A  He again advised that he doesn't have
14 the money and that he's meeting with Shawn Breslin on
15 Wednesday or Thursday of that week. And that he was
16 currently at a hotel in Nevada. He also talked that --
17 he also told me that a girl by the name of Michelle
18 Simono was his girlfriend out in Parker and she was
19 taking care of his apartment while he was gone. She
20 knows about all the situation.
21    Q  What did he -- how did you interpret
22 that when he told you that she knows all about the
23 situation?
24    A  The way I interpreted that is that he --
25 she understood that he was taking off to be -- to turn

Page 28

1 State's witness against the Andersons. That's how I
2 interpreted it.
3     Q  Okay.
4     A  He gave her phone number as
5 (720)261-7951. She spoke with me this morning. She
6 also told me that she had caught a couple kids breaking
7 into his apartment and that she found dope in the
8 dresser of his bedroom. That he does not do dope and
9 that she had flushed the dope down the toilet. I think
10 it was marijuana she said it was. And that she would
11 like to talk to me because, apparently, he had already
12 talked to her. They thought that the Majors crew were
13 trying to set him up.
14    Q  Okay.
15    A  I asked Mills that if I had any further
16 questions if I could call him again and he said yes,
17 any time. And the conversation ended. I then later
18 received a phone call from Michelle Simono who told me
19 the following. That she was at Jerry's home. That she
20 had caught a couple of kids breaking into Jerry's
21 house. That they had stolen the TV. They had a key.
22 They ran away. She called Parker police department to
23 notify them of this -- of this incident. That the kids
24 had returned with their dad, who was one of Jerry's
25 boss's, Wesley Metzger. Metzger was claiming the TV

Page 57

1 laundering and shifting of a lot of money that's cash
2 hidden -- that's cash all over -- hidden all over, and
3 this was one of the packages. In the past, he has gone
4 to get packages like this for Wayne Majors.
5     Q  Did he talk about the Samaritan House?
6     A  No.
7     Q  Well, keep going down.
8     A  You mean the -- up here in Denver?
9     Q  Yeah.
10    A  Yeah. Okay.
11    Q  What did he say?
12    A  Well, he says that he took -- he took
13 the $1.12 million from a guy out in Vegas and returned
14 to Parker. I explained to Mills that I'd also
15 recovered receipts from the Postal Service from Leah
16 Anderson and Wesley Metzger. And I explained to Mills
17 that I still believed these transactions say that he
18 was sending money to various people in his family. He
19 replied, Yes, I've sent money to my family. They are
20 all in debt so I wanted to help them out. The receipts
21 that you have were for Christmas packages. We talked
22 about the packages for a minute.
23        And then he said that he gave a lot of
24 money to the homeless people. And then he asked me, Do
25 you remember during Christmastime, when the Good

Page 58

1 Samaritan was giving out money to the homeless shelters
2 in Denver? And I said, Yes, I do remember hearing
3 that. Jerry replied, That was me. And he added, I
4 gave about 50- to $60,000 to those people during
5 Christmastime and it was all in the news. You can
6 check it out in the news.
7     Q  All right. So Jerry told you he had --
8 he had read about this in the news; right?
9        MR. JANISZEWSKI: Objection as to form.
10    A  He doesn't say -- he didn't say anything
11 about him reading it. He says, You can check it out.
12    Q  (BY MR. CASCHETTE) Well -- but he
13 suggested to you that it was in the news somewhere;
14 right?
15    A  Yeah.
16    Q  So he'd be able to read about this as
17 easily as you'd be able to read about this; correct?
18    A  Sure.
19    Q  Okay. So this was public knowledge that
20 somebody had given money away because it was all over
21 the newspapers --
22    A  Uh-huh.
23    Q  -- right?
24    A  Yes, it was.
25    Q  So this wasn't private information that

Page 59

1 only the person who actually handed out the money would
2 know about, is it?
3     A  Right.
4     Q  Okay. And then did he tell you how much
5 money he had left? Next page.
6     A  He said he had $200,000 left.
7     Q  Between 180- and 200,000; correct?
8     A  I don't see where you're looking at. I
9 see $200,000.
10        Right here. He says, In reality, I have
11 about 180- to $200,000 left of that money.
12    Q  All right. So that's what he had left
13 out of the money he had stolen from my clients; right?
14        MR. JANISZEWSKI: Objection as to form.
15    Q  (BY MR. CASCHETTE) Is that what he told
16 you?
17    A  That's what he said.
18    Q  That's a lie, isn't it?
19    A  Why is that a lie?
20    Q  Because he handed over over 500,000 to
21 you, didn't he?
22    A  No, he did not.
23    Q  Oh. Well, we know that he had stashed a
24 little over 300,000 in -- in Douglas County; right?
25    A  Uh-huh.

Page 60

1     Q  Okay. And he had about 123,000 on his
2 person when he came to your office; correct?
3     A  Later, I proved that it was a lie.
4     Q  I understand that.
5     A  At this point, it's not --
6     Q  You're right.
7     A  Okay.
8     Q  You're right. You're absolutely
9 correct. But, in retrospect, is it true that what he
10 told you here is a lie?
11    A  Yeah.
12    Q  All right. It's another lie --
13    A  Yeah.
14    Q  -- right?
15    A  Yeah.
16    Q  Okay. Am I correct that -- that
17 Mr. Mills did not admit to stealing money from my
18 clients until you told him that you had him admitting
19 to the crime on tape?
20    A  Yeah.
21    Q  Am I correct that Mr. Mills did not
22 produce the stolen money to you until he was aware that
23 you had heard his admission to the crime on tape?
24    A  Correct.
25    Q  So this wasn't some situation where