

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Action No. 05-CV-637-REB-PAC

_____

DEPOSITION OF DEE MICHELLE SIMONO        October 5, 2005

_____

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER,
and JERRY MILLS,

        Defendants.

_____

        The deposition of DEE MICHELLE SIMONO, taken before Leeann Keenan, a Registered Merit Reporter and a Notary Public in and for the County of Summit and State of Colorado, at 201 14th Street, Suite 200, Glenwood Springs, Colorado, on Wednesday, October 5, 2005, at the hour of 9:26 o'clock a.m., pursuant to subpoena.

EXHIBIT 5

```
 1       Q.    So it was you that asked Ms. Weatherby to
 2   take the money and hold it?
 3       A.    Uh-huh.
 4       Q.    And did you have suspicions as to whether
 5   the money was stolen at that time?
 6       A.    No. I didn't believe it was stolen, but I
 7   knew that -- Jerry had told me that Mr. Majors dealt
 8   in large sums of cash, so I figured he was holding it
 9   for Mr. Majors for a few days.
10       Q.    And where were you when Mr. Mills handed
11   you this money?
12       A.    He didn't actually hand it to me. He left
13   it for me on the hay in the barn at 20085 East Main
14   Street, and he left me a note and said put it
15   somewhere safe.
16       Q.    Okay. So did he call you and let you know
17   that he was going to be leaving you this money?
18       A.    No, he did not. He did not.
19       Q.    You just came across the money in the
20   barn?
21       A.    Well, I went over to feed the horses, as I
22   did twice a day, and it was sitting there on the hay.
23       Q.    Was this in the horse stall?
24       A.    Uh-huh. In the barn, uh-huh.
25       Q.    So the horses were walking around the
```

26

1  Q.  So as far as you know, the only person or
2  people that Mr. Mills ever gave money to were people
3  at the homeless shelter?
4  A.  Correct, two homeless shelters.  He went
5  to two different ones.
6  Q.  Which homeless shelters were those?
7  A.  I have no idea.
8  Q.  Were they both in Denver?
9  A.  Yes.
10  Q.  At some point Mr. Mills left Colorado;
11  isn't that right?
12  A.  Not -- I have no idea.
13  Q.  December 2004 he left Colorado?
14  A.  He said he had to go do some work for
15  Mr. Majors and he was leaving for a while, about a
16  month.
17  Q.  After Christmas, I think you said?
18  A.  Yes.
19  Q.  And he said he was going to do work for
20  Mr. Majors?
21  A.  Uh-huh, and he had to leave for about a
22  month.
23  Q.  And if he wasn't actually doing work for
24  Mr. Majors when he left, that would be a lie, right?
25  A.  Yeah.

27

```
 1        Q.    Okay.  And did you later come to learn
 2   that he had not actually left the state to do work
 3   for Mr. Majors?
 4        A.    As far as I can recall, correct, yes.
 5        Q.    So he lied to you about that?
 6        A.    Yes.
 7        Q.    All right.  Where did he go after he left
 8   Colorado in 2004?
 9        A.    I have no idea.  He never told me.
10        Q.    Were you in communication with him while
11   he was out of the state?
12        A.    Yes, he called occasionally.  Just like he
13   normally did when he went on work for Mr. Majors, he
14   would call me.
15        Q.    And what did he tell you he was doing?
16        A.    He did not.  He stated that -- and this
17   was all through the time that I knew him when he
18   worked for Mr. Majors.  He did not tell me details of
19   what he did.
20        Q.    At some point you were contacted by
21   Detective Ronnie Chavez.  This would be January 2001?
22        A.    Correct.
23        Q.    Can you tell me about your first contact
24   with Detective Chavez?
25        A.    He came to me and said that they were
```

28

1    looking for Jerry, that it was reported that he had
2    stolen some money.
3         Q.    Where did they come to you?  Where did he
4    come to you, Detective Chavez?
5         A.    At my work.
6         Q.    And that would have been at the Parker
7    Fire Department --
8         A.    Yes.
9         Q.    -- at the time?
10        A.    On Park Glenway.  I don't remember the
11   exact address.
12        Q.    And you told Detective Chavez that
13   Mr. Mills had not returned to Colorado?
14        A.    I don't recall.
15        Q.    Well, did you tell Detective Chavez that
16   Jerry Mills had told you he had entered the Witness
17   Protection Program?
18        A.    Yes.
19        Q.    And Jerry Mills actually did tell you
20   that --
21        A.    Yes, he did.
22        Q.    -- he was under the Witness Protection
23   Program?  Did you later learn that he had not
24   actually entered the Witness Protection Program?
25        A.    I -- I had no clue what was going on at

1   that point.  So, yes, I believe I did learn, and I
2   don't remember who from.
3       Q.   All right.  And so Mr. Mills' statement
4   that he had entered the Witness Protection Program
5   was a lie?
6       A.   Correct, yes.
7       Q.   And Mr. Mills had also told you that he
8   had testified before a grand jury?
9       A.   He was going to, yes.
10      Q.   And he never testified before a grand
11  jury, did he?
12      A.   Not to my knowledge, but I have no idea.
13  I don't know what he was thinking.
14      Q.   Well, that would be another lie that he
15  told you, correct?
16      A.   Possibly.
17      Q.   Did you tell Detective Chavez that you
18  loved Jerry Mills?
19      A.   Yeah.  Yes.
20      Q.   And you wanted to believe that he hadn't
21  stolen the money?
22      A.   Yes.
23      Q.   And then that was that conversation, first
24  conversation with Detective Chavez?
25      A.   Uh-huh.