IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0637-REB-PAC

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, AND JERRY MILLS,

Defendants.

---

**JERRY MILLS' RESPONSE TO LEAH ANDERSON'S AND WAYNE MAJORS'
FIRST SET OF DISCOVERY**

---

Defendant Jerry Mills, by and through the law firm of Riggs, Abney, Neal, Turpen, Orbison, & Lewis, Steven Janiszewski, submits the following responses to written discovery requests from defendants and counter-claimants Leah Anderson and Wayne Majors:

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

1.   All Documents relating to any investigation conducted by the United States Government from 12/21/2004 to present relating to the Interplead Funds.

   **Answer:** None in my possession.

2.   All Documents relating to any investigation by the Douglas County Sheriff's Office from 12/21/2004 to the present relating to the Interplead Funds.

   **Answer:** None in my possession.

EXHIBIT 6

RECEIVED
JUL 20 2005

3.      All Documents evidencing payments for gas, food, lodging or other expenses incurred by you on the way to, while in, or returning from Las Vegas, Nevada from December 15, 2004 through December 29, 2004.

   **Answer:** None in my possession..

4.      All Documents which in any way evidence any ownership or other proprietary interest that you claim to have in the Interplead Funds.

   **Answer:** None in my possession.

5.      Any and all communications, whether electronic or otherwise, between you and anyone other than your counsel, from 12/21/2004 to the present relating to the Interplead Funds, including but not limited to communications between you and Detective Chavez, Agent Shawn Breslin, Agent Kareem Carter, AUSA Robert Twiss, Leah Anderson, Wayne Majors, Wesley Metzger, Rick Mills, Bill Mills, Carla Oachs, or Michelle Simono.

   **Answer:** None in my possession.

6.      Any and all communications and agreements, whether electronic or otherwise, between you and any representative of the Internal Revenue Service or the United States Attorney's prepared from 01/01/2001 to present in any way relating to Leah Anderson or Wayne Majors.

   **Answer:** None in my possession.

7.      All documents relating to the terms of any agreement for your lease and/or purchase of the 1996 Chevrolet Tahoe which is the subject of the counterclaim brought against you by Wayne Majors.

   **Answer:** None in my possession.

8.  All documents evidencing that you have paid in full for the 1996 Chevrolet Tahoe pursuant to the terms of your lease/purchase agreement referred to in paragraph 7.

**Answer:** None in my possession.

## COMBINED REQUEST FOR ADMISSIONS AND INTERROGATORIES

1.  Request for Admissions No. 1: Admit that you are not asserting that you have an ownership interest in the Interplead Funds.

    **Answer:** Admitted. However, I am asserting the possessory interest upon which everyone agrees. I had the funds; and I turned the funds into the Government.

2.  Interrogatory No. 1: If your response to Request for Admission No. 1 is anything other than an unqualified admission, please describe in detail your response.

    **Answer:** I have a possessory interest in the Interplead Funds. If Leah Anderson cannot prove to the Court that she is the true owner of the Funds, the Funds should be returned to me.

3.  Interrogatory No. 2: Please provide the address for where you are living at the present time.

    **Answer:** This interrogatory has been withdrawn by Richard Caschette, counsel for Majors and Anderson.

4.  Interrogatory No. 3: Please provide the address for each permanent and/or temporary location where you have lived since December 29, 2004.

    **Answer:** 20085 East Main Street, Parker, Colorado 80138.

5.  Interrogatory No. 4: Have you ever been convicted of a felony? If so, please describe in detail the conviction, date of conviction, place of conviction, sentence, discharge date from prison, and any active conditions for parole and/or probation.

**Answer:** Yes. I was convicted of Second Degree Burglary in Utah in 1985. I was granted probation. I violated probation and became a fugitive. Utah terminated its interest in this case while I was in prison in Idaho.

In 1986, I was convicted of 3 counts of robbery in Idaho. I was sentenced to 25 years in prison. I escaped. I was later apprehended in Montana, extradited back to Idaho, and convicted of escape. I was sentenced to 5 years in prison for that. I was released from parole for the Idaho convictions on June 17, 2005 and Burglary.

I was convicted of attempted theft and Burglary in Montana in 1988. I was sentenced to ten years on each at the Montana State Prison at Deer Lodge, Montana. That sentence was suspended on a list of conditions, including my voluntarily waiving extradition to the State of Idaho on the escape charge.

DATED: July 5, 2005

I declare under penalty of perjury that the foregoing answers are true and correct, to the best of my knowledge.

_____
Jerry Mills

STATE OF __UT__ )
                ) ss.
COUNTY OF __SL__ )

Subscribed and sworn to before me this 6th day of July, 2005.
My commission expires: 3-17-2007
Witness my hand and official seal.

_____
Mary L. R_____
Notary Public

NOTARY PUBLIC
MARY L. ROBINSON
2610 S. State St.
Salt Lake City, UT 84115
My Commission Expires: 3-17-2007
State of Utah

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 19, 2005, a true and correct copy of **JERRY MILLS' RESPONSE TO LEAH ANDERSON'S AND WAYNE MAJORS' FIRST SET OF DISCOVERY** was placed in the U.S. Mails, postage prepaid, and addressed to:

James S. Russell, Esq.
Assistant United States Attorney
U.S. Department of Justice
1225 17th Street, Suite 700
Denver, CO 80202

Richard B. Caschette, Esq.
Starrs Mihm @ Caschette, LLP
1675 Broadway, Suite 1800
Denver, CO 80202

_____
Scott O. Sutton