UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-RB-PAC

UNITED STATES OF AMERICA

Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS,
WESLEY METZGER, AND JERRY MILLS

Defendants

---

## SECOND AFFIDAVIT OF LEAH M. ANDERSON

---

I, LEAH M. ANDERSON, being first duly sworn and under oath, state under penalty of perjury as follows:

1.   I am one of the named parties in this case.

2.   Jerry Mills, Wayne Majors, and Wesley Metzger all had Nextel telephones through my father-in-law's business account.

3.   Jerry Mills's Nextel Direct Connect number was 125*150550*3.

4.   Wayne Majors's Nextel Direct Connect number was 125*150550*1.

5.   Wesley Metzger's Nextel Direct Connect number was 125*150550*4.

6.   I have obtained the Nextel bill for my father-in-law's account showing Direct Connect calls made in December 2004.  The billing statement lists all calls that were made from one Nextel calling area to another Nextel calling area.  It does not list calls that are made within the same Nextel calling area.

**EXHIBIT**

tabbies®

8

7.     The Nextel bill for November 19 to December 18, 2004 is attached as Exhibit A. The Nextel bill for December 19, 2004 to January 18, 2005 is attached as Exhibit B. All Direct Connect calls made between calling areas during the month of December are reflected in these two billing statements.

8.     Direct Connect calls made by Wayne Majors (i.e., number 125*150550*1) are listed on pages 14 to 16 of Exhibit A and pages 16 to 22 of Exhibit B.

9.     The bills do not list any Direct Connect telephone calls by Wayne Majors to Jerry Mills on December 18, 2004. *See* Ex A at 16; Ex. B at 16.

10.    Direct Connect calls made by Jerry Mills (i.e., number 125*150550*3) are listed on pages 22 and 23 of Exhibit A and on pages 27 to 29 of Exhibit B.

11.    The bills do not list any Direct Connect telephone calls by Jerry Mills on December 19, 2004. *See* Ex. A at 24; Ex. B at 27.

12.    Jerry Mills's made a Direct Connect call to Wayne Majors on December 6, 2004, at 7:11 a.m. *See* Ex. A at 24. The next listed direct connect call from Jerry Mills to Wayne Majors took place on December 24, 2004 at 2:41 p.m. *See* Ex. B at 28

13.    I am aware that Jerry Mills alleges that, upon arriving in Las Vegas on the morning of December 19, 2004, he Direct Connect called Wayne Majors. Wayne Majors was in Colorado on December 19, 2004 which is a different calling area than Las Vegas. Had Jerry Mills made a Direct Connect to Wayne Majors on December 19, 2004 it would be reflected on Exhibit B. No such Direct Connect entry is contained on Exhibit B.

2

_____

Leah M. Anderson

12-15-05

Date

STATE OF COLORADO )
                  ) ss.
Douglas COUNTY )

    Subscribed and sworn to before me, in my presence, on

12/15/05_____ by Leah M. Anderson.

    My commission expires: _____

| My Commission Expires |
| 12/09/2006 |

NOTARY PUBLIC