**EXHIBIT 1**

**EXHIBIT 1**

```
IN THE UNITED STATES DISTRICT COURT

        FOR THE DISTRICT OF COLORADO

Case No. 05-CV-637-REB-PAC

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY
MILLS,

        Defendants.
_____

                DEPOSITION OF JERRY MILLS
                   October 6, 2005
_____

APPEARANCES:

FOR THE PLAINTIFF:            No appearance

FOR THE DEFENDANTS,           RICHARD B. CASCHETTE, ESQ.
WAYNE MAJORS and LEAH         Starrs, Mihm &
ANDERSON:                         Caschette, L.L.P.
                              1675 Broadway
                              Suite 1800
                              Denver, CO  80202

FOR THE DEFENDANT,            STEVEN JANISZEWSKI, ESQ.
JERRY MILLS:                  Riggs, Abney, Neal, Turpen,
                                  Orbison & Lewis
                              7979 East Tufts Avenue Pkwy.
                              Suite 1300
                              Denver, CO  80237

ALSO PRESENT:                 Leah Anderson
                              Wayne Majors
```

```
 1           Q    Wayne was the one that told you to go
 2   pick it up for him in Las Vegas?
 3           A    Yes.
 4           Q    And Wayne is the one that told you to
 5   secure it when you brought it back from Las Vegas?
 6           A    Yes.
 7           Q    You knew it wasn't your money?
 8           A    Yes.
 9           Q    You knew you had no right to the money;
10   correct?
11           A    I don't know.
12           Q    Well, you knew you didn't have any right
13   to that money, didn't you, Jerry?
14                MR. JANISZEWSKI:  Objection as to form.
15           A    I don't know.
16           Q    (BY MR. CASCHETTE)  What right, if any,
17   would you have had to that money?
18           A    It was in my possession.
19           Q    Yeah.  Other than it was in your
20   possession, you didn't have any right to that money,
21   did you?
22           A    I don't know.
23           Q    And if I put your wallet on the -- on
24   the -- if I put my --
25                MR. JANISZEWSKI:  Objection to the form.
```

```
 1          Q    (BY MR. CASCHETTE)  -- wallet in your
 2   hand, does that mean it's your wallet, Jerry --
 3               MR. JANISZEWSKI:  Objection as to form.
 4          Q    (BY MR. CASCHETTE)  -- because it's in
 5   your possession?
 6          A    No.
 7          Q    Is that how you -- is that how you
 8   interpret possessory interest?
 9               MR. JANISZEWSKI:  Objection as to form.
10          A    No.  Because I know that's your wallet.
11               MR. JANISZEWSKI:  Argumentative.
12          Q    (BY MR. CASCHETTE)  And you knew this
13   was Wayne's box, didn't you?
14          A    No.  I did not.
15          Q    All right.  You stole the box, didn't
16   you?
17          A    I did not steal anything.
18          Q    All right.  So you -- they're out of
19   town.  Tell me what you did with the box.
20          A    I opened it, took out money, and started
21   giving it away.
22          Q    So why did you decide to go out and get
23   the box when Wayne and Leah were out of town?
24               MR. JANISZEWSKI:  Objection as to form.
25          A    I don't know.  I don't recall.
```

```
 1                     C E R T I F I C A T E

 2    STATE OF COLORADO        )
                               ) ss
 3    COUNTY OF ARAPAHOE       )

 4              I, Bonnie Carpenter, Notary Public of
      the State of Colorado, duly appointed to take the
 5    deposition of the above-named Deponent, do hereby
      certify that previous to the commencement of the
 6    examination of the said above-named Deponent, he was
      first by me duly sworn to testify the truth, the
 7    whole truth and nothing but the truth touching and
      concerning the matters in controversy between the
 8    parties hereto, so far as he should be interrogated
      concerning the same;
 9
                That said deposition was
10    stenographically reported by me at the time and place
      heretofore set forth, and was reduced to typewritten
11    form under my supervision as per the foregoing;

12              That the foregoing is a true and
      correct transcript of my shorthand notes then and
13    there taken;

14              That after the deposition was
      transcribed, the same was submitted by letter to the
15    Deponent for reading and signing, a copy of which is
      hereto annexed;
16
                That I am not kin or in anywise
17    associated with any of the parties to said cause of
      action or their counsel and that I am not interested
18    in the event thereof;

19              IN WITNESS WHEREOF, I have hereunto
      set my hand and seal this __11__ day of __Oct_____,
20    2005.

21              My Commission Expires:  9-22-2007.

22                        _____
                          Bonnie Carpenter
23                        Notary Public
                          12510 East Iliff
24                        Suite 120
                          Aurora, CO  80014
25
```

CARPENTER REPORTING, INC.
(303) 752-1200