IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
January 17, 2006

    IT IS HEREBY **ORDERED** that a three hour **evidentiary hearing** on the Motion to Release Interpleaded Funds to Leah Anderson, Doc. # 80, is set for **February 16, 2006** at 9:00 a.m. in Courtroom A-501, 901 19th St. Denver, CO 80294.

    **Valid, current photographic identification is needed for courthouse access.**