IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

## UNOPPOSED MOTION FOR STATUS CONFERENCE

Defendants / Cross-Claimants Leah Anderson ("Anderson") and Wayne Majors ("Majors"), through their attorneys Richard B. Caschette, Ross W. Pulkrabek, and Justin G. Blankenship of the law firm Starrs Mihm & Caschette LLP, move the Court for entry of an Order setting a brief telephonic status conference in this matter at the earliest convenient time.  As grounds, Anderson and Majors state as follows:

1.    Counsel for Anderson and Majors has conferred with counsel for Jerry Mills ("Mills"), and Mills does not oppose the relief requested herein.

2.    This Court entered a Minute Order [#86] setting a three hour evidentiary hearing on the Motion to Release Interpleaded Funds to Leah Anderson for February 16, 2006, at 9:00 a.m.

3.    Anderson and Majors are in need of guidance on the limited issue of whether, to what extent, and in what capacity Mills, whose claims to the interpleaded

funds have been dismissed with prejudice, will be allowed to participate in that hearing.

4. Anderson and Mills also seek guidance on whether pre-hearing filings are appropriate.

WHEREFORE Leah Anderson and Wayne Majors respectfully request that this Court enter an Order setting a brief telephonic status conference in the above matter at the earliest convenient time.  A proposed order is submitted herewith.

Respectfully submitted January 18, 2006.

s/ Ross W. Pulkrabek
Richard B. Caschette
Ross W. Pulkrabek
Justin G. Blankenship
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, CO 80202
Phone:  (303) 592-5900/Fax: (303) 592-5910
rcaschette@starrslaw.com
rpulkrabek@starrslaw.com
blankenship@starrslaw.com
*Attorneys for Defendants Leah Anderson and Wayne Majors*

2

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Steven Janiszewski, Esq.
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, Inc.
7979 E. Tufts Avenue Parkway, Ste 1300
Denver, Colorado 80237
sjaniszewski@riggsabney.com

s/ Ross W. Pulkrabek
Richard B. Caschette
Ross W. Pulkrabek
Justin G. Blankenship
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, CO 80202
Phone:  (303) 592-5900/
Fax:  (303) 592-5910

rcaschette@starrslaw.com
rpulkrabek@starrslaw.com
jblankenship@starrslaw.com
*Attorneys for Defendants Leah Anderson and Wayne Majors*