IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

## ORDER

This matter comes before the Court on Leah Anderson and Wayne Majors's Unopposed Motion for Status Conference [#88]. The Court, having reviewed the motion, pleadings, file, and being fully advised in the premises, grants said motion. Accordingly, it is hereby ordered that this matter is set for a telephonic status conference before United States Magistrate Judge Patricia A. Coan on _____ commencing at _____. Counsel for Anderson and Majors shall initiate the call to Magistrate Coan's chambers and opposing counsel.

Dated ____, _____.

BY THE COURT:

_____
Patricia A. Coan
United States Magistrate Judge