Case 1:05-cv-00637-REB-PAC   Document 88-2   Filed 01/18/2006   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

---

**ORDER**

---

This matter comes before the Court on Leah Anderson and Wayne Majors's Unopposed Motion for Status Conference [#88]. The Court, having reviewed the motion, pleadings, file, and being fully advised in the premises, grants said motion. Accordingly, it is hereby ordered that this matter is set for a telephonic status conference before United States Magistrate Judge Patricia A. Coan on January 31, 06 commencing at 9:00 am. Counsel for Anderson and Majors shall initiate the call to Magistrate Judge Coan's chambers at 303 844 4892, and opposing counsel.

Dated 19, January, 2006

BY THE COURT:

s/ Patricia A Coan
Patricia A. Coan
United States Magistrate Judge