**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Patricia A. Coan**

| | |
|---|---|
| **Civil Action No.** 05-cv-00637-REB-PAC | FTR - PAC COURTROOM A-501 |
| **Date:** January 31, 2006 | Deputy Clerk: Ben Van Dyke |

UNITED STATES OF AMERICA,

                Plaintiff,

v.

| | |
|---|---|
| LEAH ANDERSON, | Richard B. Caschette, via telephone |
| WAYNE MAJORS, | Steven C. Janiszewski, via telephone |
| WESLEY METZGER, and | |
| JERRY MILLS, | |

                Defendants.

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**Status Conference**

**9:05 a.m.**   **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED:** **Jerry Mills and his counsel may attend the evidentiary hearing on the Motion to Release Interpleaded Funds to Leah Anderson set for February 16. 2006 at 9:00 a.m., but they may not actively participate in the hearing.**

Court discusses the procedure for the hearing with Mr. Caschette.

**9:17 a.m.**   **Court in recess.**

Total time in court:   12 minutes.

Hearing concluded.