**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Patricia A. Coan**

Civil Action No. 05-cv-00637-REB-PAC          **FTR - PAC COURTROOM A-501**

**Date:** January 31, 2006                              Deputy Clerk: Ben Van Dyke

UNITED STATES OF AMERICA,

                            Plaintiff,

v.

LEAH ANDERSON,                                Richard B. Caschette, via telephone
WAYNE MAJORS,                                 Steven C. Janiszewski, via telephone
WESLEY METZGER, and
JERRY MILLS,

                            Defendants.

---

## COURTROOM MINUTES / MINUTE ORDER

---

**Status Conference**

**9:05 a.m.       Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED:     Jerry Mills and his counsel may attend the evidentiary hearing on the
Motion to Release Interpleaded Funds to Leah Anderson set for February
16. 2006 at 9:00 a.m., but they may not actively participate in the hearing.**

Court discusses the procedure for the hearing with Mr. Caschette.

**9:17 a.m.       Court in recess.**

Total time in court:     12 minutes.

Hearing concluded.

