**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

     Defendants.

---

MINUTE ORDER[1]

---

     Defendants Leah Anderson and Wayne Majors shall file a response to defendant Jerry Mill's Objections to Nondispositive Rule [93] of Magistrate Judge Coan [#95],  filed February 3, 2006, by the close of business on Wednesday, **February 8, 2006**.

Dated:  February 6, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.