IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

    Defendants.

## ORDER OVERRULING DEFENDANT'S OBJECTION TO RULING OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is **Defendant Jerry Mill's Objections to Nondispositive Ruling [93] of Magistrate Judge Coan** [#95], filed February 3, 2006. I overrule the objections and deny defendant's request for a stay of the evidentiary hearing currently scheduled for February 16, 2006.

Defendant's objections pertain to a non-dispositive ruling by the magistrate judge on matters that have been referred to her for resolution. Under 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law." Having reviewed the magistrate judge's ruling, as well as the apposite objections and response thereto, I conclude that the magistrate judge's determination is not clearly erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Jerry Mill's Objections to Nondispositive Ruling [93] of Magistrate Judge Coan** [#95], filed February 3, 2006, is **OVERRULED**; and

2. That defendant's request for a stay of the February 16, 2006, evidentiary hearing is **DENIED**.

Dated February 9, 2006, at Denver, Colorado.

> **BY THE COURT:**
>
> **s/ Robert E. Blackburn**
> **Robert E. Blackburn**
> **United States District Judge**

2