**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Patricia A. Coan**

| | |
|---|---|
| **Civil Action No.**  05-cv-00637-REB-PAC | FTR - PAC COURTROOM A-501 |
| **Date:**  February 16, 2006 | Deputy Clerk: Ben Van Dyke |

UNITED STATES OF AMERICA,

               Plaintiff,

v.

| | |
|---|---|
| LEAH ANDERSON, | Richard B. Caschette |
| WAYNE MAJORS, | Ross Pulkrabek |
| WESLEY METZGER, and | |
| JERRY MILLS, | |

               Defendants.

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**Evidentiary Hearing**

**9:20 a.m.**     **Court in session.**

Court calls case.  Appearance of counsel.

Mr. Caschette tenders exhibits 1 through 14, except for exhibit 2A, to the Court.  The tendered exhibits are admitted for the purposes of this evidentiary hearing.

9:23 a.m.     Mr. Caschette calls his first witness, Leah Majors, f/k/a Leah Anderson.  Witness is sworn in, and Mr. Caschette performs direct examination of the witness.

Mr. Caschette tenders exhibit 2A to the Court.  The tendered exhibit is admitted for the purposes of this evidentiary hearing.

10:19 a.m.     Court cross examines Leah Majors, f/k/a Leah Anderson.

11:06 a.m.     Mr. Caschette redirects Leah Majors, f/k/a Leah Anderson.

Examination of Leah Majors, f/k/a Leah Anderson completed.

**11:08 a.m.**     **Court in recess.**

**11:20 a.m.**     **Court in session.**

**Civil Action No.  05-cv-00637-REB-PAC**
**Date:  February 16, 2006**

| | |
|---|---|
| 11:21 a.m. | Mr. Caschette calls his second witness, Wayne Majors.  Witness is sworn in, and Mr. Caschette performs direct examination of the witness. |
| 11:30 p.m. | Court cross examines Wayne Majors. |
| 11:44 a.m. | Examination of Wayne Majors completed. |
| 11:45 a.m. | Mr. Pulkrabek calls his third witness, Wesley Metzger.  Witness is sworn in, and Mr. Pulkrabek performs direct examination of the witness. |
| 11:47 a.m. | Court cross examines Wesley Metzger. |
| 11:49 a.m. | Examination of Wesley Metzger completed. |
| **ORDERED:** | **Defendant/Cross-Claimant Leah Anderson's Motion for Release of Interpleaded Funds to Leah Anderson dated November 18, 2005 (doc. 80) is taken under advisement.** |

The original copies of the exhibits are taken into the Court's custody.

**11:52 a.m.     Court in recess.**

Total time in court:     2 hours and 20 minutes.

Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.