IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 - cv - 637 - REB - PAC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS, WESLEY METZGER, and JERRY MILLS,

      Defendants.

---

### STIPULATION TO DISMISS COUNTERCLAIM OF WAYNE MAJORS

---

      Defendants Wayne Majors, Leah Anderson, and Jerry Mills, by and through their respective counsel, stipulate to the dismissal without prejudice of the Counterclaim of Wayne Majors Against Jerry Mills for Breach of Contract as follows:

      1.    Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal without prejudice of the Counterclaim of Wayne Majors Against Jerry Mills for Breach of Contract.  *See* Defendants Wayne Majors and Leah Anderson's Answer to Cross Claim and Counterclaims [#16] at 6-7.

      2.    This stipulation does not affect the Counterclaim of Leah Anderson Against Jerry Mills for Civil Theft.  *See id.* at 3-5.  A three-day trial on that counterclaim is scheduled to commence on August 28, 2006.  *See* Amended Trial Preparation Conference Order [#20] ¶ 2.

3.      This stipulation also does not affect Leah Anderson's claim to the funds that the United States of America interpleaded with the Court.  An evidentiary hearing was held on February 16, 2006, on the Motion for Release of Interpleaded Funds to Leah Anderson [#80], and that motion is pending.

Respectfully submitted April 18, 2006.

| | |
|---|---|
| s/ Ross W. Pulkrabek | s/Steven Janiszewski |
| Richard B. Caschette | Steven Janiszewski |
| Ross W. Pulkrabek | RIGGS, ABNEY, NEAL, TURPEN, ORBISON |
| Justin G. Blankenship | & LEWIS |
| STARRS MIHM & CASCHETTE LLP | 7979 East Tufts Avenue Parkway, Suite 1300 |
| 1675 Broadway, Suite 1800 | Denver, CO 80237 |
| Denver, CO 80202 | Phone: (303) 298-7392 |
| Phone:  (303) 592-5900 | Fax: (303) 298-1319 |
| Fax:  (303) 592-5910 | sjaniszewski@riggsabney.com |
| rcaschette@starrslaw.com | |
| rpulkrabek@starrslaw.com | |
| jblankenship@starrslaw.com | |
| | |
| *Attorneys for Defendants Leah Anderson and Wayne Majors* | *Attorneys for Jerry Mills* |