**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON,
WAYNE MAJORS,
WESLEY METZGER, and
JERRY MILLS,

    Defendants.

**ORDER DISMISSING CROSS-CLAIMS OF WAYNE MAJORS
AGAINST JERRY MILLS**

**Blackburn, J.**

On April 18, 2006, the parties filed a **Stipulation to Dismiss Counterclaims** [*sic*] **of Wayne Majors** [#105]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that the cross-claim of defendant Wayne Majors against defendant Jerry Mills for breach of contract should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Dismiss Counterclaims** [*sic*] **of Wayne Majors** [#105] filed April 18, 2006, **IS APPROVED**; and

2. That the cross-claim of defendant Wayne Majors against defendant Jerry Mills for breach of contract **IS DISMISSED WITHOUT PREJUDICE**.

Dated April 18, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**