IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS,
WESLEY METZGER, and JERRY MILLS,

    Defendants.

## MOTION TO WITHDRAW AS ATTORNEY

Justin G. Blankenship hereby requests that he be withdrawn from the docket and any service lists in the above proceeding, as Mr. Blankenship has resigned from Starrs Mihm & Caschette, L.L.P.

Richard B. Caschette and Ross W. Pulkrabek continue to serve as attorneys of record for defendants Leah Anderson and Wayne Majors in the above proceeding.

DATED:    July 14, 2006

                                    /s/ Richard B. Caschette
                                    Richard B. Caschette
                                    Ross W. Pulkrabek
                                    Justin G. Blankenship
                                    STARRS MIHM & CASCHETTE LLP
                                    1675 Broadway, Suite 1800
                                    Denver, CO 80202
                                    Telephone: 303-592-5900
                                    Fax: 303-592-5910
                                    E-Mail: jblankenship@starrslaw.com
                                    ***Attorneys for Defendants Leah Anderson and Wayne Majors***

## CERTIFICATE OF SERVICE

I hereby certify that on July _18_, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Steven Janiszewski, Esq.
Riggs, Abney, Neal, Turpen,
Orbison & Lewis, Inc.
7979 E. Tufts Avenue Parkway, Ste 1300
Denver, Colorado 80237
sjaniszewski@riggsabney.com

In addition, the undersigned certifies that on July _18_, 2006 a copy of the foregoing was sent by U.S. mail, postage prepaid to Leah Anderson and Wayne Majors.

Richard B. Caschette
Ross W. Pulkrabek
Justin G. Blankenship
STARRS MIHM & CASCHETTE LLP
1675 Broadway, Suite 1800
Denver, CO 80202
Phone: (303) 592-5900
Fax: (303) 592-5910
rcaschette@starrslaw.com
rpulkrabek@starrslaw.com
jblankenship@starrslaw.com
**Attorneys for Defendants Leah Anderson and Wayne Majors**

2