IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS,
WESLEY METZGER, and JERRY MILLS,

    Defendants.

## ORDER OF WITHDRAWAL

    IT IS HEREBY **ORDERED** that Justin G. Blankenship be withdrawn from the docket and any service lists in the above proceeding.

    Richard B. Caschette and Ross W. Pulkrabek are to continue to serve as the attorneys of record for Leah Anderson and Wayne Majors.

    SO ORDERED.

    Dated: _____

By the Court:

_____