# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON, WAYNE MAJORS,
WESLEY METZGER, and JERRY MILLS,

    Defendants.

## ORDER OF WITHDRAWAL

    IT IS HEREBY **ORDERED** that the Motion to Withdraw as Attorney [filed July 18, 2006; Doc. No. 109] is **GRANTED** as follows:

    Justin G. Blankenship is relieved of any further responsibility regarding the representation of defendant's Anderson and Majors; Justin G. Blankenship further is withdrawn from the docket and any service lists in the above proceeding.

    Richard B. Caschette and Ross W. Pulkrabek are to continue to serve as the attorneys of record for Leah Anderson and Wayne Majors.

    SO ORDERED.

    Dated: July 19, 2006.

    By the Court:

    s/PATRICIA A. COAN
    United States Magistrate Judge