**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON,
WAYNE MAJORS,
WESLEY METZGER, and
JERRY MILLS,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#107], filed July 12, 2006, which recommends that I grant defendant Leah Anderson's **Motion for Release of Interpleaded Funds to Leah Anderson** [#80], filed November 18, 2005.  No objections having been filed to the recommendation, I review it only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation of United States Magistrate Judge** [#107], filed July 12, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That defendant Leah Anderson's **Motion for Release of Interpleaded Funds to Leah Anderson** [#80], filed November 18, 2005, is **GRANTED**;

3. That judgment is **SHALL BE ENTERED** in favor of defendant Leah Anderson;

4. That the interpleaded funds currently in the registry of the court, together with any accumulated interest, less the registry fee assessment, shall be **DISBURSED** to defendant Leah Anderson by no later than **Friday, August 11, 2006**;

5. That each party shall bear its own attorney fees and costs;

6. That the trial preparation conference currently scheduled for Friday, August 11, 2006, at 10:00 a.m., as well as the trial to the court, currently set to commence on Monday, August 28, 2006, are **VACATED**; and

7. That immediately following disbursement of the interpleaded funds as above directed, all remaining claims, cross-claims, and counterclaims in this action shall be **DISMISSED WITH PREJUDICE** without further notice, hearing , or order.

Dated August 4, 2006, at Denver, Colorado.

**BY THE COURT:**
**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**