IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00637-REB-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEAH ANDERSON,
WAYNE MAJORS,
WESLEY METZGER , and
JERRY MILLS,

    Defendants.

_____

**JUDGMENT**
_____

Pursuant to and in accordance with the Order by Judge Robert E. Blackburn, entered on September 12, 2005, [#62], default judgment was entered against defendant, Wesley Metzger.

Pursuant to and in accordance with the Order by Judge Robert E. Blackburn, entered September 19, 2005, [#71], judgment was entered for the United States of America, which judgment, *inter alia*, discharged the United States of America from any other participation in this matter and from any liability to the parties regarding the subject funds.

Pursuant to and in accordance with the Order by Judge Robert E. Blackburn, entered April 18, 2006, [#106], the Stipulation to Dismiss Cross-Claims of defendant, Wayne Majors, was approved, and accordingly,  the cross-claim of defendant, Wayne

Page 2
Judgment
Case No. 05-cv-00637-REB-PAC

Majors, against defendant, Jerry Mills, for breach of contract was dismissed without prejudice.

Pursuant to and in accordance with the Order by Judge Robert E. Blackburn, entered, August 4, 2006, [#112], approving and adopting the Magistrate's recommendation, [#107], and granting the Motion for Release of Interpleaded Funds to Leah Anderson [#80], filed November 18, 2005, which recommendation and motion are incorporated herein by reference as if fully set forth.

**THEREFORE IT IS ORDERED** as follows:

1. That the Recommendation of United States Magistrate Judge [#107], filed July 12, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That defendant Leah Anderson's Motion for Release of Interpleaded Funds to Leah Anderson [#80], is **GRANTED**;

3. That the interpleaded funds currently in the registry of the court, together with any accumulated interest, less the registry fee assessment, shall be **DISBURSED** to defendant, Leah Anderson, by no later than **Friday, August 11, 2006**;

4. That each party shall bear its own attorney fees and costs;

5. That immediately following disbursement of the interpleaded funds as above directed, all remaining claims, cross-claims, and counterclaims in this action shall be **DISMISSED WITH PREJUDICE** without further notice, hearing, or order.

Page 3
Judgment
Case No. 05-cv-00637-REB-PAC

        DATED at Denver, Colorado, this 8th day of August, 2006.

        FOR THE COURT:
        Gregory C. Langham, Clerk

        By:    s/Stephen P. Ehrlich
                 Stephen P. Ehrlich
                 Chief Deputy

APPROVED AS TO FORM:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge